

**Page 94**

1    IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
     IN AND FOR MIAMI-DADE COUNTY, FLORIDA
2
           CASE NO. 06-25162-CA-21
3
     - - - - - - - - - - - - - - -
4    LEONARD CHERNYS,
5          Plaintiff,
6    vs.
7    STANDARD PACIFIC OF SOUTH
     FLORIDA, G.P. INC., and
8    STANDARD PACIFIC CORP.,
9          Defendant.
10   - - - - - - - - - - - - - - -
     VOLUME II
11
12         DEPOSITION OF DIANA IBARRIA
13
14         Friday, March 16, 2007
15         10:13 a.m. - 5:11 p.m.
16
17         1111 Brickell Avenue
18              Miami, Florida
19
20
21
22
     Reported By:
23   Michele Anzivino, RPR
     Notary Public, State of Florida
24   Network Reporting
     305.358.8188
25

**Page 95**

1                    * * *
2          (Thereupon, the proceedings were continued
3     from Volume I:)
4    BY MR. CARMAN:
5      Q.   Let me go back and ask you a few questions
6    for a second.
7          On the accounting records that I'm looking
8    for, the budgets and bonus and salary worksheets, the
9    person who would have prepared those would have been
10   who?
11     A.   Claudia Feldman.
12     Q.   Are you familiar with them?
13     A.   With our budgets?
14     Q.   Yes.
15     A.   Yes.
16     Q.   Are you familiar with the salary and
17   worksheets?
18     A.   Yes.
19     Q.   How many worksheets are there normally
20   prepared in a year?
21     A.   Once a year.
22     Q.   Once a year?
23     A.   Yes.
24     Q.   Are there drafts of the worksheets prepared
25   first?

**Page 96**

1      A.   I'm not sure.
2      Q.   So the best person to ask about salary
3    worksheets is then Claudia Feldman?
4      A.   Salary worksheets would be Janet Tavel.
5      Q.   I apologize.  Let me go back.  The person
6    who prepares -- let me do it this way.  Exhibit 1, who
7    is the person that prepared Exhibit 1?
8      A.   Who prepared the exhibit?  Corporate.
9      Q.   When you say "corporate", I don't mean to
10   confuse you, corporate California?
11     A.   Yes.
12     Q.   So it's the Standard Pacific Corporation
13   that prepared that?
14     A.   Yes.
15     Q.   Or is it Standard Pacific South Florida?
16     A.   No, California.
17     Q.   Does anyone in South Florida have input into
18   this?
19     A.   Of course.
20     Q.   Who?
21     A.   Myself, the project heads.
22     Q.   Okay.  They would --
23     A.   I mean department heads.
24     Q.   All right.  And I'm not trying to trick you.
25   This document purports to be what?

**Page 97**

1      A.   This is at the end of the year we prepare
2    what the next year's salaries are.
3      Q.   Now, what year is this for?
4          MS. WILSON:  Off the record.
5          (Informal discussion held off the record.)
6          MR. CARMAN:  For the record, I'm correcting
7    what's called a 2006 Westbrooke Division Bonus and
8    Salary Worksheet as number.
9          THE WITNESS:  Excuse me.  I think you mixed
10   all the pages or something.  That's 2005, isn't
11   it?  Sorry.  It's 2006.  And that's 2005.
12         MR. CARMAN:  Let me do it this way.  I'm
13   marking as Exhibit 3 the 2006 worksheet.
14         (The document referred to was thereupon
15   marked as Plaintiff's Exhibit 3 for
16   identification)
17   BY MR. CARMAN:
18     Q.   Now, let's look at 2005 first.  Who at your
19   company is responsible for preparing a draft of this
20   document?
21         MS. WILSON:  Objection to form.
22         THE WITNESS:  We don't prepare a draft of
23   this.
24   BY MR. CARMAN:
25     Q.   Well, how does it work?  Let me ask it

(Pages 94 to 97)

Page 98

```
1   another way.
2       A.   We send I think -- I'm not sure.
3       Q.   Okay.  That's fair.
4       A.   But --
5       Q.   Now, do you ever see what you are sending?
6   Do you know what you send?
7       A.   No.
8       Q.   Who at the company would be the person to
9   tell me what was sent to whom?
10      A.   Janet Tavel, our HR person.
11      Q.   What are her responsibilities at your
12  company?
13      A.   She's the VP of administration.  She
14  oversees human resources and customer service.
15      Q.   And under the term human resources, is she
16  responsible for obtaining the information that would
17  be contained in the 2005 Westbrooke division bonus and
18  salary worksheet, exhibit number 2?
19      A.   Yes.
20      Q.   Okay.  Prior to her -- how would she gather
21  that information, from what documents or source?
22      A.   We have at the end of the year meetings
23  again, all the department heads, Claudia our
24  controller.  We make the determination jointly as to
25  salaries, bonuses, and I don't know how she sends the
```

Page 99

```
1   final determination to corporate.
2       Q.   Where would she get the information?  And
3   I'm not trying to give you a hard time.  Looking at
4   Exhibit No. 2, which you have before you, this you say
5   is prepared by corporate.  Do you know who at
6   corporate actually prepares this document?
7       A.   No.
8       Q.   I notice at the bottom it says Westbrooke,
9   2005 salary worksheet.
10      A.   Yes.
11      Q.   Okay.  What does that mean to you?
12          MS. WILSON:  Objection to form.
13          THE WITNESS:  I don't know.
14  BY MR. CARMAN:
15      Q.   Okay.  So that doesn't help you at all, tell
16  you who prepared this?
17      A.   No.
18      Q.   There's like a number that says 2 of 3.
19      A.   No, it doesn't help me.
20      Q.   Okay.  Looking at this, what I'm confused
21  about, it says 2 of 3 which meant there might have
22  been 1 of 3 and then 3 of 3.
23          MR. CHERNYS:  2 of 3 being of the date,
24  March 15.
25          THE WITNESS:  I don't know what that means.
```

Page 100

```
1           MR. CARMAN:  Off the record.
2           (Informal discussion held off the record.)
3   BY MR. CARMAN:
4       Q.   Looking at the bottom here (indicating),
5   where did you -- did you have this document printed?
6       A.   Yes.
7       Q.   Okay.  What did you go to to get it printed,
8   what file?
9       A.   Janet e-mailed it to me and I printed it.
10      Q.   And you asked Janet for what?  Why did she
11  do it?
12      A.   For a bonus and salary worksheet.
13      Q.   And this was represented to you to be the
14  final salary worksheet for the year 2005?
15      A.   Yes.
16      Q.   Now, you don't know whether there were any
17  predecessors to this 2005 worksheet, do you?
18      A.   No, I don't.
19      Q.   The person then to ask would be Janet?
20      A.   Yes.
21      Q.   Do you know who in Standard Pacific
22  Corporation prepares this document?
23      A.   No.
24      Q.   Do you have access to all the files of
25  Standard Pacific Corporation in your office?
```

Page 101

```
1       A.   No.
2       Q.   Do you know whether they have a separate
3   computer system or are you all linked together?
4       A.   We are all linked together.
5       Q.   So if you wanted to get the files of
6   Standard Pacific Corporation you could pull it up in
7   your office?
8       A.   No.
9       Q.   So you are not linked with them?
10      A.   We have a network, but that doesn't mean I
11  can get somebody else's files or files from another
12  department.
13      Q.   How are you networked?
14      A.   Oh, I don't know.  I'm not tech --
15      Q.   Do you have an IT person?
16      A.   Yes.
17      Q.   Who is that IT person?
18      A.   Mike Remy.
19      Q.   Anybody else?
20      A.   Jose Ramos.
21      Q.   Is he still there?
22      A.   No.
23      Q.   Where does he work now?
24      A.   He works for California.
25      Q.   Did he work here?
```

Page 102

1    A.    Yes.
2    Q.    Does Standard Pacific Corporation have
3    employees in Miami?
4    A.    Yes.
5    Q.    Okay. Do they work out of your office?
6    A.    Yes.
7    Q.    Do they have a separate section of the
8    office?
9    A.    Yes, yes.
10   Q.    Is there a separate door and separate
11   entrance?
12   A.    Yes.
13   Q.    And on the door it says Standard Pacific
14   Corp.?
15   A.    No, it doesn't say anything on the door.
16   Q.    Do you have a key to the door?
17   A.    No, I do not have a key to the door.
18   Q.    And they don't have a key, those employees
19   to your corporate offices?
20   A.    Yes they do. Yes, they do.
21   Q.    So Diana, within your building how many
22   corporations operate?
23   A.    We have our division which is South Florida.
24   Q.    That I got.
25   A.    And within the same building there is you

Page 103

1    could call it a suite -- a suite where IT works which
2    they are employed by the corporate, meaning
3    California.
4    Q.    Does California have any other employees in
5    Miami, Florida?
6    A.    What do you mean, besides these two?
7    Q.    Yes. Who else is here that works for
8    California?
9    A.    Lordes Vasquez and June Tuller.
10   Q.    Any others?
11   A.    That's it.
12   Q.    I want to go back into another exhibit that
13   my client stole from me.
14         Looking at this Exhibit 2, as I understand
15   this, this is initially information that's put in by
16   Janet and then somehow you get it, right?
17   A.    No, Janet doesn't put anything in here.
18   Q.    Does Janet do a salary and bonus worksheet?
19   A.    No, I think it's individual sheets for the
20   employees.
21   Q.    So Janet would put, let me make sure I
22   understand this. Janet would put or have an
23   individual sheet for every employee listed here, and
24   on that sheet would have the date of hire, the years
25   of service, the job title, salary for 2004, the salary

Page 104

1    for 2005, the salary for 2006 and just like it is
2    here.
3    A.    No, I don't know if it has all those
4    columns. I have no idea.
5    Q.    Okay. Have you ever seen the separate
6    sheets?
7    A.    No.
8    Q.    Okay.
9    A.    Sorry.
10   Q.    That's okay. I guess from what you are
11   saying to me is somehow there are separate sheets that
12   may be created by Janet Tavel, somehow those sheets go
13   to California and by magic they come back as exhibit
14   number 2,?
15         MS. WILSON:  Object to form.
16         THE WITNESS:  I don't know what you mean by
17   "magic."
18   BY MR. CARMAN:
19   Q.    I was being facetious. Let me go back.
20   Janet takes the sheets of information, sends the
21   sheets to California, California takes the
22   information, inputs it into a spreadsheet and the
23   result is Exhibit 2?
24   A.    You said Janet puts in the spreadsheet?
25   I'm sorry.

Page 105

1    Q.    No, let me go back.
2         Janet has sheets of paper on every employee
3    that works in South Florida. Those sheets of paper go
4    to California, okay? So far so good?
5    A.    Yes.
6    Q.    Do you approve those sheets of paper before
7    they go to California, do you see them?
8    A.    No.
9    Q.    Do you review any of the sheets and the
10   information on them before they go there?
11   A.    Not the sheets, no.
12   Q.    Then California takes the sheets, inputs the
13   data that's on the sheets into a spreadsheet which
14   looks like and is Exhibit No. 2?
15         MS. WILSON:  Objection. Calls for
16   speculation.
17         THE WITNESS:  I don't know exactly how
18   California -- I do know if all the information
19   on -- I don't know. I can't answer that.
20   BY MR. CARMAN:
21   Q.    So if I was to ask you specific questions
22   about this, and I'll just ask you: Let's look at your
23   name. Are you on here?
24   A.    No.
25   Q.    Why?

(Pages 102 to 105)

## Page 106

1    A.   Because determination on my salary is not
2  done locally because I am -- I oversee -- I can't
3  oversee myself so that's done at the corporate level.
4    Q.   So you never see what your salary is on this
5  sheet? It's never there?
6    A.   No, my regional president comes to me like
7  we do with our employees and says this is your raise
8  for next year, et cetera.
9    Q.   Here is my question. This is 2005, and it's
10 prepared when?
11      MS. WILSON:  Objection to form.
12      THE WITNESS:  This is 2005.
13 BY MR. CARMAN:
14   Q.   That's what it says.
15   A.   And it's prepared at either of end of 2004
16 or the beginning of 2005.
17   Q.   Okay. Well, if that's the case, how do we
18 know what they are going to get in 2006?
19   A.   I'm sorry. I misspoke. It's prepared at
20 the end of 2005 or beginning of 2006.
21   Q.   Let's go back:  I don't know these
22 documents, but it looks to me like these are documents
23 which have -- and we can go through it together, the
24 2004 salary, the 2005 salary which says "current", the
25 2004 bonus, the 2005 over years to date overtime

## Page 107

1  through September, and then it goes on and says the
2  holiday bonus to be paid on 12/15, year end bonus to
3  be paid on 1/15, the 2006 annual auto allowance, the
4  2006 annual salary, the reason for the change, et
5  cetera, et cetera, et cetera.
6    A.   Yes. That is prepared usually the end of
7  2005.
8    Q.   Okay. Why would there be a compilation of
9  2004 information on this?
10   A.   I have no idea.
11   Q.   Because this looks like to me that this is a
12 three-year salary history for the company's employees.
13 And I'm trying to understand when it's prepared which
14 you now say is the end of the year. Why then if it's
15 prepared at the end of the year would the numbers be
16 there only through September 30?
17      MS. WILSON:  Objection. Calls for
18   speculation.
19      THE WITNESS:  I don't know.
20 BY MR. CARMAN:
21   Q.   Okay. What I'm really asking is is there
22 another document for the full year? Because if it
23 says through 9/30 there must be some document that
24 takes it to the complete year. Do you understand what
25 I'm saying?

## Page 108

1    A.   Yes, but I'm not sure.
2    Q.   Do you think then that there might be
3  another 2005 Westbrooke Division Bonus and Salary
4  Worksheet? That's my question.
5    A.   I don't know.
6    Q.   While I'm looking at this, if this is
7  accurate at the end of 2004 or 2005 -- if it's done at
8  the end of the 2005 we would have known what your
9  salary would have been, right, for 2004?
10      MS. WILSON:  Objection to form.
11      THE WITNESS:  I don't know. I don't
12   understand the question.
13 BY MR. CARMAN:
14   Q.   I'm trying to understand why you are left
15 off. You explained to me it's because your salary is
16 determined in California. If this is something in the
17 past, why weren't you listed?
18   A.   I don't know, sir. That's something that
19 corporate prepares. I don't know why I'm left off the
20 list.
21   Q.   Is there anybody else left off the list?
22   A.   I don't know, sir. I didn't examine it.
23   Q.   Who is Leonardo Chernys?
24   A.   That's Len.
25   Q.   Is his name Leonardo?

## Page 109

1    A.   I don't know, sir.
2    Q.   Now, it looks like he worked for the company
3  for 27 years and he was senior vice president of
4  product development. Now it looks like to me it's got
5  his 2006 annual salary there. If this is a document
6  prepared at the end of I assume 2005, why are we
7  putting the 2006 annual salary?
8    A.   We determine at the end of the year the
9  following year's salary always.
10   Q.   So this document is a document then which
11 gives me the 2004 salary, the 2005 salary, the 2005
12 bonus, and the 2006 salary. Is that what this
13 document represents?
14      MS. WILSON:  Objection to form.
15      THE WITNESS:  I don't -- I didn't prepare
16   this document. Corporate did. So I don't want to
17   speculate exactly what it does or doesn't do.
18 BY MR. CARMAN:
19   Q.   Let me ask it another way. Is this an
20 accurate record that comes from the corporation?
21   A.   It comes from the corporation. Since I
22 didn't prepare it, I can't say whether it's accurate
23 or not.
24   Q.   I'm not trying to --
25   A.   You're asking me to tell you accuracy of

(Pages 106 to 109)

Page 110

1  something I don't know anything about.
2      Q.   Is there any reason I shouldn't accept it as
3  a corporate record?
4      A.   No reason that I know.
5      Q.   Leonardo, let's go to his 2005 salary first.
6  Do you see that there?
7      A.   2005 current salary, okay.
8      Q.   Since we don't know when this was prepared
9  actually, we don't know what the word current means.
10  So we'll skip that.  But it says his 2005 salary is?
11      A.   $193,481.
12      Q.   And what was his salary in 2006?
13      A.   $193,481.
14      Q.   And was that his salary for 2006?
15      A.   I can't remember.  I don't know.
16      Q.   And you notice the note that follows that
17  $193,481?
18      A.   Yes.
19      Q.   Who wrote that?
20      A.   I have no idea.  It must have come from
21  corporate.
22      Q.   So corporate is aware of an agreement
23  between Hal Eisenacher and Jim Carr regarding a 2 and
24  a half percent profit bonus?
25      A.   I can't speak to what corporate is aware or

Page 111

1  not aware.  I don't know.
2      Q.   But you told me you didn't prepare this.
3      A.   I didn't prepare this.
4      Q.   I don't want to argue with you.  Let's stop
5  for a second.
6      A.   Okay.
7      Q.   Someone prepared the document, okay?
8  Someone put this there, that there is some sort of
9  agreement as to Leonardo over here to my left.
10          Now, do you know who put that note there?
11      A.   No.
12      Q.   And you don't know what it means on this
13  document?
14      A.   No.
15      Q.   Do you think Janet would or who would I ask
16  what it means?
17      A.   You would have to ask corporate, whoever
18  prepared the sheet.
19      Q.   Who would see the sheet in corporate besides
20  you?  Would Dickson see the sheet?
21      A.   I don't know.
22      Q.   Would Courtney see the sheet?
23      A.   I don't know.
24      Q.   Would Scarborough see the sheet?
25      A.   No idea.

Page 112

1      Q.   Would Breidenthal see the sheet?
2      A.   I have no idea.
3      Q.   Is there someone who we haven't discussed
4  that who might have seen the sheet?  Is there a
5  controller in corporate in California who might have
6  prepared the sheet?
7          MS. WILSON:  Off the record.
8          (Informal discussion held off the record.)
9  BY MR. CARMAN:
10      Q.   If you don't know, just tell me you don't
11  know.
12      A.   I don't know.
13      Q.   Eventually we are going to have to go to
14  California.
15          MS. WILSON:  That's why we'll let you know.
16  We don't need to go back and forth.
17          THE WITNESS:  I don't want to say something
18  that I don't know.
19  BY MR. CARMAN:
20      Q.   And when I see what Eisenacher and Jim Carr
21  as per them means, you don't know what year that means
22  or whether it means anything at all?
23      A.   No.
24      Q.   Why do you think that Janet would have
25  spoken to Hal and Jim to ask about Leonardo to my left

Page 113

1  here?
2          MS. WILSON:  Objection to form.
3          THE WITNESS:  I don't know that Janet did.
4  Who said Janet asked?
5  BY MR. CARMAN:
6      Q.   So no one knows what it means, and no one
7  knows what it is, but it's a company document.  Thank
8  you.
9          Now, take a look because I probably have the
10  same questions on number three.  What does three
11  represent to you?
12      A.   Looks like the same thing for 2006.
13      Q.   Okay.  Now, let me see this again.  Now,
14  what I'm curious about is why this has a different
15  date on the bottom when you pulled it out.
16      A.   It's when we printed it.
17      Q.   Why would you print one on the 13th and why
18  two days later would you print it on the 15th?  This
19  is printed out on the 15th, right?
20      A.   Yes.
21      Q.   So who printed this out on the 15th?
22      A.   You know, either Janet or I printed it.  I
23  don't remember.
24      Q.   Why was it printed?
25      A.   Because my attorney asked for this when

(Pages 110 to 113)

Page 114

1  we --
2     Q.   I don't want to know anything else.  That's
3  fine.  When did you meet?  That's all I want to know.
4     A.   We've met several times, a couple of times.
5     Q.   How many times this week did you meet?
6     A.   This week, once.
7     Q.   When did you meet this week?
8     A.   Yesterday.
9     Q.   So this was pulled out yesterday in
10 anticipation of a meeting, yes or no?
11    A.   Yes.
12    Q.   And that was pulled out not because you were
13 meeting with your attorney.  Why was that pulled out
14 on the 13th?
15    A.   Same reason.
16    Q.   And without telling me yes or no, did
17 somebody direct you to pull this out?
18    A.   Yes.
19    Q.   And was that your counsel?
20    A.   Yes.
21    Q.   Fine.  Now, looking at this particular
22 document, number three, is it complete?
23    A.   I didn't really review it.  I didn't -- I
24 couldn't say.
25    Q.   Now, you don't know when this was prepared?

Page 115

1     A.   No.
2     Q.   And you don't know whether these were the
3  employees and the salaries they received from February
4  1, 2006 through October 15, 2006?
5          MS. WILSON:  Objection to form.
6          THE WITNESS:  I -- I'm not -- I don't know.
7  BY MR. CARMAN:
8     Q.   Okay.  And do you know why Len is not on
9  this document?
10    A.   I don't know.
11    Q.   And again, the same questions as to how many
12 drafts there are.  If there are any and who prepare
13 it, you don't know, as well?
14    A.   Don't know.
15    Q.   Now, with respect to the 2000 year end bonus
16 paid between December 2 and January 31 --
17    A.   The 2000 -- can you repeat the question?
18    Q.   Yes.  See where there is a column -- let's
19 look at three together.  Do you see there is a column
20 there?
21    A.   Yes.
22    Q.   Do you see the column that says "2005 year
23 end bonus"?
24    A.   Yes.
25    Q.   That would have been the bonus for the

Page 116

1  person who worked a full year of 2005, correct?
2     A.   Again, I'm not sure because I didn't prepare
3  this.
4     Q.   That's fine.  So we are not going to go any
5  further with it.  You don't know, you don't know
6  whether it's complete, and you just had it printed
7  out.  Okay.  Now, a couple of other questions real
8  quick.
9          When did you believe Leonardo Chernys was
10 not entitled to participate in the South Florida
11 profit sharing program?
12         MS. WILSON:  Objection to form.
13 BY MR. CARMAN:
14    Q.   When was the first time you believed he was
15 not entitled to it?
16         MS. WILSON:  Objection to form.
17         THE WITNESS:  At the end of 2005 when I got
18    the call from Bruce Dickson and spoke to Jim and
19    spoke to Len.
20 BY MR. CARMAN:
21    Q.   Okay.  So that was the first time.
22    A.   Yes.
23    Q.   There was no question in your mind the whole
24 year of 2005 up until the time you got that call that
25 he was entitled to share in the profit distribution

Page 117

1  for 2005?
2          MS. WILSON:  Objection to form.
3          THE WITNESS:  I really didn't think about
4    it.
5  BY MR. CARMAN:
6     Q.   Okay.  In 2005 did anybody talk to you about
7  whether he was entitled to it or not?
8     A.   Yes, when I presented it to Bruce Dickson
9  and he brought up the question.
10    Q.   In 2005?
11    A.   Yeah, at the end of 2005.
12    Q.   Okay.  What about in 2004?
13    A.   I'm sorry -- yeah, at the end of 2005, yes.
14    Q.   What about in 2004?
15         MS. WILSON:  Objection to form.
16 BY MR. CARMAN:
17    Q.   Because the 2004 bonus is usually paid the
18 first couple weeks of 2005, right?
19    A.   Yes, the prior year bonuses are paid at the
20 beginning of the following year.
21    Q.   And that's so you can close the books and
22 determine what the pretax profit is?
23    A.   Yes.
24    Q.   And that's usually two to three weeks in
25 January to close the books?

(Pages 114 to 117)

Page 118

```
 1    A.   Yes, approximately.
 2    Q.   Do you ever get involved in the
 3  calculations?
 4    A.   Calculations of bonuses?
 5    Q.   Yes.
 6    A.   Yes, of course.
 7    Q.   Do you have a worksheet that you use for
 8  those bonuses?
 9    A.   No.
10    Q.   Have you ever seen a worksheet?
11    A.   Other than this worksheet?
12    Q.   Yes.
13    A.   No, not that I recall.
14    Q.   We'll go into that in a minute.  Who does
15  your bonus, your calculation?
16    A.   I'm assuming it's Bruce Dickson.
17    Q.   So you don't calculate your bonus at all?
18    A.   No.
19    Q.   But you calculated Len's bonus for 2004?
20    A.   No.
21    Q.   Who calculated Len's 2004 profit sharing
22  bonus?
23    A.   I believe it's corporate.
24    Q.   Okay.  You --
25    A.   California, Irvine.
```

Page 119

```
 1    Q.   So Florida has no role in doing those
 2  calculations?
 3    A.   No.
 4    Q.   Does Florida close its own books --
 5    A.   Yes.
 6    Q.   -- to determine what its pretax profit is?
 7    A.   Yes.
 8    Q.   Who does those closing of books here?
 9    A.   Claudia Feldman.
10    Q.   And then brings the numbers to you for
11  approval?
12    A.   Yes.
13    Q.   What does Claudia then do with that
14  information?
15    A.   It goes to corporate.
16    Q.   Let me show you Exhibit No. 1 if I could.
17  Who prepares Exhibit No. 1?
18    A.   Claudia Feldman.
19    Q.   Can you look at the left hand top of this
20  where it says 83500 and then underneath that there's a
21  series of letters.  Do you know what those letters
22  represent?  I can't think it's somebody's name but --
23    A.   I have no idea what that represents.
24    Q.   So it looks like an F.  Maybe it's a P.  Is
25  this the original?  I can't tell.  You don't know what
```

Page 120

```
 1  SFCMBMESE means; is that a fair statement?
 2    A.   Yes.
 3    Q.   You don't know what SCH schedule one month
 4  12 means?
 5    A.   No, I don't.
 6    Q.   Is there a schedule prepared each month like
 7  this?
 8    A.   Yes.
 9    Q.   Okay.  Who would have copies of these
10  schedules, these monthly schedules?
11    A.   Claudia Feldman, myself and the rest of the
12  management team.
13    Q.   Okay.  Now, this, for example, is for the
14  years -- strike that.
15         This, for example, Plaintiff's Exhibit 1 is
16  for the year ending December 31 of 2006.
17    A.   Yes.
18    Q.   Would there be monthly statements indicating
19  what the income was each month of 2006?
20    A.   Yes.
21    Q.   Now, would you be kind enough to look at
22  this document, and I call your attention to the column
23  that says year-to-date actual.  It says "YTD actual."
24    A.   Yes.
25    Q.   Okay?  What does that mean, if you know?
```

Page 121

```
 1    A.   That is the total for each column
 2  year-to-date.
 3    Q.   And it shows under pretax that the company
 4  made $41.669.526; is that correct?
 5    A.   Yes.
 6    Q.   And the budgeted amount was $24.880.744.
 7    A.   Yes.
 8    Q.   And the company then did not meet its budget
 9  and was down 2.8 percent?
10    A.   Yes.
11    Q.   That is why there was a need in October for
12  the RIF?
13         MS. WILSON:  Objection to form.
14         THE WITNESS:  No.
15  BY MR. CARMAN:
16    Q.   What was the RIF based on?  It seems to me
17  that the budget was only off 2 or 3 percent from what
18  you had projected for the year; is that a fair
19  statement?
20    A.   No, this is 2 percent off what we had
21  projected -- remember I explained to you previously
22  that we do our budgets quarterly.
23    Q.   Okay?
24    A.   If you look at the end of '05 we had
25  projected a little over $50 million profit.
```

(Pages 118 to 121)

Page 122

1    Q.    Okay.
2    A.    With 850 closings we ended up with 574.
3    Because this year-to-date budget is revised quarterly
4    and prepared quarterly.
5    Q.    So what you are saying is then in order for
6    me to get a full picture of what was going on in the
7    company I would basically have to get each quarter's
8    budget?
9    A.    Yes.
10    Q.    And who would have those?
11    A.    Claudia Feldman or myself.
12    Q.    Okay. Let me show you what's been marked as
13    Exhibit No. 4, and let me give one to your counsel,
14    please.
15        (The document referred to was thereupon
16        marked as Plaintiff's Exhibit 4 for
17        identification)
18    BY MR. CARMAN:
19    Q.    Looking at what's been marked Exhibit 4, can
20    you identify that?
21    A.    It says "Len Chernys bonus calculation."
22    Q.    And in order to do the bonus calculations
23    that are there you have to basically look at or know
24    what the adjusted pretax income is?
25    A.    Yes.

Page 123

1    Q.    And there's no reason for you to doubt since
2    this is produced by your company, is that accurate?
3        MS. WILSON: Objection to form.
4        THE WITNESS: I didn't prepare it so I can't
5        vouch for the accuracy of this particular sheet.
6    BY MR. CARMAN:
7    Q.    Okay.
8    A.    I don't even know who prepared it.
9    Q.    Assuming it was produced by your lawyers, is
10    there a number there for what the adjusted pretax
11    income was for the company in 2006?
12    A.    Yes, there is a number there.
13    Q.    What is that?
14    A.    $45,043,041.
15    Q.    Now, that number then was what the company
16    made in 2005, correct?
17        MS. WILSON: Objection to form.
18        THE WITNESS: That looks right.
19    BY MR. CARMAN:
20    Q.    Okay. And in 2006 it made $41,669,526,
21    right? The net profit?
22    A.    Yes.
23    Q.    So the difference is roughly three and a
24    half million dollars, correct?
25    A.    Yes.

Page 124

1    Q.    So the company's net profit pretax
2    in -- strike that.
3        The pretax income for the company for the
4    year 2006 was down $3,500,000?
5    A.    Down from what?
6    Q.    The year before, 2005?
7    A.    From the year prior?
8    A.    Yes.
9    A.    Yes.
10    Q.    Okay. At this particular point what are the
11    projections for 2007?
12    A.    $5 million.
13    Q.    Lower?
14    A.    A total of $5 million.
15    Q.    The budget for 2007 is only $5 million?
16    A.    Yes. And that's the reason for the RIF.
17    Sales are done --
18    Q.    So as I understand this, I just want to make
19    sure I understand, you are sitting here today telling
20    me that you believe that the pretax income of the
21    company in 2007 is $5 million?
22    A.    Yes, sir.
23    Q.    And what is that based on?
24    A.    Based on our projections, based on what
25    sales, construction is going to do this year.

Page 125

1    Q.    And what are the base revenues going to be
2    in 2007?
3    A.    I don't have that number handy.
4    Q.    How much money did the company save by
5    firing Mr. Chernys in October of 2006?
6        MS. WILSON: Objection to form.
7        THE WITNESS: I have no idea.
8    BY MR. CARMAN:
9    Q.    Well, what was he to receive in 2006 by way
10    of salary according to these documents?
11    A.    What was his salary in 2006?
12    Q.    Yes, looking at Exhibits 1, 2 or 3.
13    A.    Ask me the question again.
14    Q.    Okay. Look at Exhibits 1, 2 and 2. What
15    was Mr. Chernys's salary for 2006 according to those
16    documents?
17    A.    What was his salary for 2006?
18    Q.    Yes.
19    A.    I can't find them in here.
20    Q.    I think you'll find it under one where it
21    said 2006, under Leonardo.
22    A.    Salary for 2006, $193,481.
23    Q.    And that would have been for the full year?
24    A.    Yes.
25    Q.    If Mr. Chernys was going to retire in 2006

(Pages 122 to 125)

Page 126

1    as you were told by both Mr. Eisenacher and Mr. Carr,
2    why was he terminated in October when the company was
3    still making a profit during that year and then --
4    why?
5          MS. WILSON: Objection to form.
6          THE WITNESS: The decision to lay people off
7    was based on -- you have to understand that in our
8    business sales are made when -- in that year most
9    of the construction was already done, most of the
10   homes were built. We weren't making sales. We
11   knew the coming year there was no work for people.
12   We knew that the housing recession was going to
13   last a long time. Most of the income had been
14   made prior because all of the sales and
15   construction was done prior.
16   BY MR. CARMAN:
17      Q.   So there was no sales income generated for
18   2006?
19      A.   Of course there was, but most of the profit
20   was going to be made the beginning of the year.
21      Q.   Why not terminate people in early 2006 when
22   your projections come into play?
23         MS. WILSON: Object to form.
24         THE WITNESS: Because of business decisions
25   made by myself.

Page 127

1    BY MR. CARMAN:
2       Q.   You were not advised by anybody in 2006?
3       A.   No.
4       Q.   And Mr. Dickson didn't say we are going to
5    do it in October versus December?
6       A.   No.
7       Q.   And Mr. Dickson didn't say well, Chernys is
8    a 27-year employee of the company, we should let him
9    finish his year out?
10      A.   No.
11      Q.   And you didn't think he should finish the
12   year out?
13      A.   No.
14      Q.   And his he had no role in creating the
15   pretax profits for 2006?
16      A.   Very little.
17      Q.   So he was not productive at all during 2006?
18      A.   We had no new product that he was designing,
19   he was in charge of safety on the construction site.
20   He never went out to the construction sites. No,
21   there was really not much.
22      Q.   Then why did you have repeated conversations
23   with him in which you told him that he needed him to
24   stay on and help you with the company?
25         MS. WILSON: Objection to form.

Page 128

1          THE WITNESS: There was never repeated
2    conversations that I said I needed him to stay on.
3    BY MR. CARMAN:
4       Q.   Never had a conversation with him in which
5    you said that you needed his expertise or wanted his
6    expertise in 2006 to stay with the company?
7       A.   No.
8       Q.   And if he --
9       A.   Well, I take it back. I did say to him that
10   it would be nice if he did the consulting so he could
11   stay on working with us.
12      Q.   So the consulting was not given to him until
13   the end the October?
14      A.   Well, you said 2006. That's why I'm
15   confused with the dates are giving me.
16      Q.   Let's go through from January to September
17   of 2006. You never had any conversations with
18   Mr. Chernys about the company's need for his services
19   during those nine months?
20      A.   Tell me the dates again.
21      Q.   January 1, 2006 through September 30, 2006.
22      A.   Not that I recall.
23      Q.   And you never to the best of your knowledge
24   and belief had any conversations with him that he was
25   the last Westbrooke employee there and that you valued

Page 129

1    and needed his services?
2       A.   Not that I recall.
3       Q.   Okay. And if he was to testify to that,
4    would he be lying?
5          MS. WILSON: Objection to form.
6    BY MR. CARMAN:
7       Q.   That he had these conversations with you?
8       A.   I don't recall that.
9       Q.   Well, would he be lying?
10         MS. WILSON: Objection to form.
11   BY MR. CARMAN:
12      Q.   Is he a liar?
13      A.   I don't recall.
14      Q.   Well, what about Mr. Chernys, do you find
15   him to be truthful?
16      A.   Yes, in my dealings with him I have found
17   him to be truthful.
18      Q.   And those dealings are over than the last
19   quarter of a century?
20      A.   Yes.
21      Q.   And during that quarter of a century have
22   you ever found him to be lying to you?
23      A.   No.
24      Q.   You know him to be a man of integrity?
25      A.   Yes.

(Pages 126 to 129)

Page 130

```
 1    Q.   In fact, you wrote a letter for both he and
 2  his wife to the Bahamas, didn't you?
 3    A.   To the Bahamas?
 4    Q.   Recommending that they are citizens?
 5    A.   Not that I recall.
 6    Q.   You don't recall writing a letter for him?
 7    A.   For the Bahamas.
 8    Q.   Yes, the Bahamian government.
 9    A.   No.
10    Q.   I'm sorry, to whom it may concern.  Let me
11  so you what we'll mark as Exhibit No. 5.
12         (The document referred to was thereupon
13      marked as Plaintiff's Deposition Exhibit 5 for
14      identification.)
15  BY MR. CARMAN:
16    Q.   Is that your signature which appears in the
17  document?
18    A.   I cannot recall writing this letter.  I did
19  write a letter for him when he was buying his
20  apartment in Coral Gables that sounded similar to
21  this.  But I don't recall writing this letter.
22    Q.   Well, is this your signature?
23    A.   Yeah, it looks like my signature.  I wrote a
24  similar letter for his apartment that he was buying.
25    Q.   Okay.  But you don't remember writing this
```

Page 131

```
 1  letter in --
 2    A.   I don't remember, no.
 3    Q.   But this is basically your signature?
 4    A.   Yeah, it looks like my signature.
 5    Q.   Is there anything untrue about the statement
 6  set forth in paragraph 5?
 7    A.   No, there is nothing untrue.
 8    Q.   Okay.  Now, with respect to the decision to
 9  terminate Mr. Chernys in October of 2005, when was the
10  first time you told him that he was being terminated?
11         MS. WILSON:  Objection to form.
12  Misrepresenting the facts.
13         THE WITNESS:  First of all, it was not
14  October.  It was September.
15  BY MR. CARMAN:
16    Q.   Let's go back then.
17         When was the first time you told Mr. Chernys
18  that he was being terminated?
19    A.   I don't know the exact date, but it was the
20  day that I made the announcement to the company right
21  after we had laid everyone off.  I called him into my
22  office and I said, Len, we are going to -- you are
23  part of the layoff, but I'm trying to work out a
24  consulting agreement for you.
25    Q.   Was that before the cystic fibrosis weekend
```

Page 132

```
 1  or after?
 2    A.   I don't recall.  When was the cystic
 3  fibrosis weekend?
 4    Q.   End of September, beginning of October.
 5    A.   I don't recall.
 6    Q.   That would have been the first conversation
 7  with him?
 8    A.   Yes.
 9    Q.   Was there anyone present during that
10  conversation?
11    A.   No.
12    Q.   And what was his response?
13    A.   He said he wasn't surprised.
14    Q.   And what did you say after that?
15    A.   I said that I was going to try to work out a
16  consulting agreement for him.
17    Q.   And why were you working out a consulting
18  agreement for him if his services weren't needed by
19  the company any longer?
20    A.   We were friends --
21    Q.   Excuse me.  Sorry.
22         If his services in the company weren't
23  needed, if he didn't do anything productive in 2006,
24  didn't bring anything to the bottom line, then why
25  were you going to do a consulting agreement to him?
```

Page 133

```
 1         MS. WILSON:  Objection to form.
 2         THE WITNESS:  I felt that Len has a good eye
 3     when it comes to design.  We were friends, and I
 4     wanted him to work with us as a consultant.
 5  BY MR. CARMAN:
 6    Q.   Prior to you telling Len that, did you
 7  obtain any guidance from Standard Pacific Corporation
 8  as to whether you could offer him a consulting
 9  agreement or not?
10    A.   Yes.
11    Q.   Who did you talk to?
12    A.   Bruce Dickson.
13    Q.   When did you talk to Dickson?
14    A.   Around the same time, sometime in December.
15    Q.   December or September?
16    A.   Sorry, September.
17    Q.   Of 2006?
18    A.   Yes.
19    Q.   Did you talk to Dickson on the phone or did
20  you talk to Dickson in person?
21    A.   I'm pretty sure it was on the phone.
22    Q.   And do you have any records of when that was
23  in your office?  Do you have a phone log, do you have
24  a telephone bill?  Anything which would indicate when
25  you would speak to him?
```

(Pages 130 to 133)

Page 134

```
 1    A.   No, not that I recall.
 2    Q.   What did you tell him?
 3    A.   That I would like to try to offer Len a
 4  consulting agreement.
 5    Q.   Did you discuss the terms of that consulting
 6  agreement?
 7    A.   I think so.
 8    Q.   Do you know what you talked about with
 9  Dickson what those terms would be?
10    A.   I don't remember exactly.
11    Q.   Would you have any notes of your
12  conversations with Mr. Dickson about the consulting
13  agreement?
14    A.   No, I don't think so.
15    Q.   At that particular time, did you have a form
16  or a draft of the consulting agreement on your desk?
17    A.   When I was speaking to him you mean?
18    Q.   Yes.
19    A.   I don't recall.  That was a long time ago.
20    Q.   Well, did you prepare any budgets in
21  September of 2006 that would have listed Chernys as a
22  consultant?
23    A.   I don't recall.
24    Q.   Are there any budgets anywhere that list
25  consultants fees that are paid by your company?
```

Page 135

```
 1    A.   The ones that list them are actual fees
 2  already paid.
 3    Q.   So in your budget, such as the ones before
 4  you, are there any consultants ever listed on those
 5  budgets, exhibits 1, 2, 3 or 4?
 6    A.   On these things?
 7    Q.   Yes.
 8    A.   No.
 9    Q.   And at a time when you had this conversation
10  with Dickson, did you have a salary in mind?
11         MS. WILSON:  Objection to form.
12         THE WITNESS:  You know, it was so long ago I
13     really don't remember.
14  BY MR. CARMAN:
15    Q.   So going back almost six months ago, you
16  don't remember what you talked to Dickson about as far
17  as salary?
18         MS. WILSON:  Objection to form.
19         THE WITNESS:  It wasn't salary.  It was a
20     consulting fee.
21  BY MR. CARMAN:
22    Q.   What's the difference?  It's an expense to
23  the company, isn't it?
24    A.   There is a difference.
25    Q.   What is it?
```

Page 136

```
 1    A.   One is an actual employee and one is a
 2  subcontractor per se.
 3    Q.   But it's still an expense to the company,
 4  isn't it?
 5    A.   Yes.
 6    Q.   Still an effect on your bottom line, right?
 7    A.   Yes, it is.
 8    Q.   With this particular consulting agreement to
 9  use your words, was there an amount that you had in
10  mind to pay him on a monthly basis?
11    A.   Yes.
12    Q.   What was it?
13    A.   Approximately I think it was $10,000 a
14  month.  I'm not -- I don't remember.
15    Q.   Well, what would refresh your recollection
16  as to your conversations with Dickson about that
17  amount?
18    A.   What would refresh my memory about that
19  amount?
20    Q.   Yes.  I'm sorry.  Let me see if I can help
21  you.
22         Is there any document, note, memoranda or
23  any kind of e-mail in which that area was discussed
24  that would help you remember that conversation?  I'm
25  trying to find out because if there is, I'll get it
```

Page 137

```
 1  for you.
 2    A.   I'm trying to think.
 3    Q.   Let's take a five-minute break and take as
 4  much time as you need and we'll come back.
 5    A.   That's fine.
 6         (Thereupon, a short recess was taken, after
 7     which the following proceedings were held:)
 8  BY MR. CARMAN:
 9    Q.   We took a break, and I asked you to see if
10  it could refresh your recollection as to whether there
11  were any notes, any memos, any e-mails, any documents
12  about your conversations with Dickson on the
13  consulting salary Chernys was to receive.
14    A.   I don't think there were any e-mails or
15  notes. I think there was a phone conversation.
16    Q.   And during that phone conversation, do you
17  know whether you took any notes about it?
18    A.   No.
19    Q.   Do you know whether he has any notes in your
20  conversations?
21    A.   I don't remember.
22    Q.   And you don't remember as we sit here how
23  much Chernys was to be paid?
24    A.   No, I don't remember.
25    Q.   Do you remember the term of the agreement?
```

(Pages 134 to 137)

## Page 138

1    A.    Yes, it was a one-year term.

2    Q.    And was there a termination provision in it?

3    A.    Yes, I believe it was 30-day notice.

4    Q.    And why was there a 30-day notice?

5    A.    Again, like I explained before, this was an

6    agreement that I -- pre-existing if another consultant

7    that we had and I took --

8    Q.    Who was the other consultant?

9    A.    His name is Brad Jones.

10   Q.    And when did he become a consultant for the

11   other company?

12   A.    It was sometime in the -- I don't remember.

13   Q.    And how come you had in your office a copy

14   of his consulting agreement?

15   A.    I had it in my Word document because our

16   attorney had sent it to me, and so I had an e-mail

17   copied onto my Word document so I could add the name

18   on it, et cetera.

19   Q.    I'm sorry.  With respect to Mr. Jones, what

20   was his job with the company?

21   A.    He didn't have a job.  He was a consultant.

22   And what he did -- what we were going to pay him his

23   -- his agreement was an hourly pay.  It was a little

24   different.  And his job was to help us in land

25   acquisition.

## Page 139

1    Q.    Let me go back and ask the question.

2    Mr. Jones never worked at the company?

3    A.    No.

4    Q.    Had been in the company 28 years?

5    A.    No.

6    Q.    Basically you took his agreement that you

7    had in your word file, correct?

8    A.    Yes, that's correct.

9    Q.    And that was the model that you used for

10   Len's agreement?

11   A.    Yes.

12   Q.    And the difference was that that person was

13   being paid hourly whereas Len was going to be paid

14   monthly?

15   A.    That's correct.

16   Q.    Were there any other differences in the

17   agreements?

18   A.    There probably was.  I don't recall.

19   Q.    If I serve a request to produce to your

20   attorney, what would I be asking for?  Is it the file

21   on Brad Jones that would have the agreement?

22   A.    I can give up a copy of --

23   Q.    Don't volunteer.  I'm trying to do this the

24   right way, which -- okay.  If I want to see a copy of

25   that agreement, would you go to Mr. Jones's file or

## Page 140

1    would you just go to your computer and pull it off

2    your e-mail or your Word document?

3    A.    I would -- it would be probably easier to

4    pull it out of my e-mail document.

5    Q.    Out of your Word document?

6    A.    Yes.

7    Q.    Do you know the name of the lawyer who

8    prepared the Brad Jones agreement?

9    A.    Yes.

10   Q.    Who was that?

11   A.    Steve Veinder.

12   Q.    Do you know how to spell his last name?

13   A.    V-E-I-N-D-E-R.

14   Q.    And he's a partner at White & Case?

15   A.    Yes.

16   Q.    He's really a person that does land

17   acquisitions, doesn't he?

18   A.    Yes.

19   Q.    He doesn't really do employment agreements,

20   does he?

21         MS. WILSON:  Objection to form.

22         THE WITNESS:  It's not an employment

23   agreement.

24   BY MR. CARMAN:

25   Q.    It's a consulting agreement?

## Page 141

1    A.    Yes.

2    Q.    His field is doing real estate contracts and

3    buying land, correct?

4         MS. WILSON:  Objection to form.

5         THE WITNESS:  I considered him to be our

6    attorney and I asked him to do the consulting

7    agreement.

8    BY MR. CARMAN:

9    Q.    Is he still your attorney today?

10   A.    Yes.

11   Q.    With respect to that agreement, did you ever

12   seek his guidance in drafting the consulting agreement

13   for Len?

14   A.    No.

15   Q.    Now, do you know what a noncompete agreement

16   is?

17   A.    Yes.

18   Q.    What is it?

19   A.    It is a clause in a contract or agreement

20   that stipulates that you cannot compete with the

21   company.

22   Q.    Do you have a noncompete agreement with the

23   company?

24   A.    No.

25   Q.    Did Jim Carr have a noncompete agreement

(Pages 138 to 141)

## Page 142

1  with the company when he was an employee?
2    A.   I can't speak to what Jim had.
3    Q.   Do you have a written agreement with the
4  company?
5    A.   Yes.
6    Q.   When did you have a -- when did you have
7  this agreement, when was it arrived at?
8    A.   It's not an agreement. I get a letter every
9  year from the company.
10   Q.   And that letter says what?
11   A.   What?
12   Q.   What does the letter say?
13   A.   It says your salary for this year is
14  expected this, your bonus is this, et cetera.
15   Q.   And every employee gets that, is that a fair
16  statement?
17   A.   No.
18   Q.   Only you? I don't know. I'm asking. You
19  are looking at me as if I should know the answer. I
20  don't know the answer.
21   A.   I can't speak for every employee that works
22  for Standard Pacific.
23   Q.   No, that works for your company.
24   A.   Excuse me?
25   Q.   Every employee that works for your company?

## Page 143

1    A.   For South Florida?
2    Q.   Your company is South Florida.
3    A.   Yes.
4    Q.   Okay.
5    A.   I am the only one that gets the letter.
6    Q.   When did that letter writing start?
7    A.   As president you mean?
8    Q.   No, ma'am. Let me see if we can do this
9  again. You said you have --
10   A.   You look tired.
11   Q.   No. I'm fine.
12   A.   Go ahead.
13   Q.   With respect to a written agreement, you
14  said you don't have a written contract with them
15  except you get a letter.
16   A.   Yes.
17   Q.   So we are going to go through the letter in
18  a second. I don't have your letter.
19   A.   Okay.
20   Q.   So let's do this. In your position as
21  president, have you ever had a written contract in
22  which the terms of your employment, the duties, the
23  salary, the nondisclosure, the noncompete and the
24  nonsolicitation provisions were contained within the
25  four corners of the document?

## Page 144

1        MS. WILSON:  Objection to form.
2        THE WITNESS:  No.
3  BY MR. CARMAN:
4    Q.   In fact, all the years you worked for
5  Westbrooke you never had such a document, did you?
6    A.   Can you repeat the question? All the years
7  I --
8    Q.   For all years that you worked at Westbrooke,
9  whether it be Carr Westbrooke, whether it be the
10  technical Westbrooke or whether it be Standard Pacific
11  of South Florida Holdings, Inc., whatever, you never
12  had such an agreement, did you?
13       MS. WILSON:  Objection to form.
14       THE WITNESS:  I had employment agreements in
15  the past.
16  BY MR. CARMAN:
17   Q.   Okay. One employment agreement in '95 or
18  '98?
19   A.   I don't recall when or -- it was one or two
20  I believe.
21   Q.   And when were those?
22   A.   I don't remember.
23   Q.   Were those at the time that you were to get
24  a million dollars as was Mr. Chernys when the sale of
25  the company took place, and you were to get that

## Page 145

1  million over five years as part of the sale?
2    A.   That's possible.
3    Q.   And you got that million dollars, right?
4    A.   I don't recall that it was a million
5  dollars. I don't recall that. I thought it was a
6  profit sharing.
7    Q.   You got some bonus that Jim had negotiated
8  for his three executives, you, Hal and Len?
9    A.   Yes.
10   Q.   Whether it be a million or $900,000, he had
11  negotiated that for you as a bonus, right?
12   A.   Yes.
13   Q.   And you were to be paid that over five
14  years, right?
15   A.   Yes.
16   Q.   Now, other than that one contract, has there
17  ever been in the 25 years you worked for the company a
18  written contract which contained these things in it?
19   A.   Not that I recall.
20   Q.   When you went to work for Standard Pacific
21  of South Florida, Inc., did you have a written
22  contract?
23   A.   No.
24   Q.   Why not?
25   A.   We were told that Standard Pacific does not

(Pages 142 to 145)

**Page 146**

1    do employment contracts.
2        Q.   And who told you that?
3        A.   Jim did, and I believe Mike Courtney at one
4    time did also.
5        Q.   And that was when you were flown out to
6    California in which Courtney said the company doesn't
7    give written contracts?
8        A.   I can't remember when it was. I can't
9    remember that it was the time in California. I know I
10   was told.
11       Q.   So when this morning you said it was when
12   you were flown out to California and you had a meeting
13   and were told that the company didn't give written
14   contracts, that's not correct?
15           MS. WILSON: Objection to form.
16           THE WITNESS: I don't recall that.
17   BY MR. CARMAN:
18       Q.   Did you ask for an written agreement?
19       A.   I don't recall.
20       Q.   Did you and Jim and Hal and Len discuss that
21   ever?
22       A.   I don't recall.
23       Q.   Were you concerned that you had no written
24   contract?
25       A.   No.

**Page 147**

1        Q.   Why?
2        A.   Because I'm very confident in the job that I
3    do, and I wasn't concerned.
4        Q.   Okay.
5        A.   Never had a contract before.
6        Q.   And you don't have one now really, do you?
7        A.   Right.
8        Q.   So if you didn't have a contract in writing
9    which had a noncompete, nondisclosure, a
10   nonsolicitation provision in it, why did you now want
11   to impose that on Len Chernys in a consulting
12   agreement?
13       A.   Again, it was just a consulting agreement
14   that I had on file.
15       Q.   Did you read it before you gave it to him?
16       A.   I had read it, yeah.
17       Q.   And you realized those paragraphs were
18   there, didn't you?
19       A.   I probably did at the time, yeah.
20       Q.   Did you think it was fair that a man who was
21   due a million dollars bonus, a man who was making
22   $250,000 a year salary should now work for $120,000 a
23   year as a consultant and be prevented from taking any
24   other kind of salary to feed and supplement his
25   family?

**Page 148**

1           MS. WILSON:  Objection to form.
2           THE WITNESS:  That was his decision to
3    accept that or not.
4    BY MR. CARMAN:
5        Q.   Mr. Chernys did not have a contract, you
6    didn't have a contract, Hal didn't have a contract,
7    Jim didn't have a contract -- strike that.
8            You had never had a contract which had a
9    noncompete, a nondisclosure, a nonsolicitation
10   agreement contained within it, did you?
11       A.   Not that I recall.
12       Q.   And yet in 2006 you prepared a consulting
13   agreement yourself, gave it to Mr. Chernys, and in
14   that agreement was a nondisclosure, a noncompete, a
15   nonsolicitation agreement or provision, right?
16       A.   I'm trying to remember. Nondisclosure.
17   What do you mean by that?
18       Q.   That he couldn't disclose anything about the
19   company.
20       A.   Of course. We are a public company, yes.
21       Q.   Well, is there anything he signed while he
22   worked for the company before you terminated him?
23       A.   No.
24       Q.   So you agreed that you put it in that
25   document, right?

**Page 149**

1        A.   I didn't put it in. I took an existing
2    document.
3        Q.   But with all due respect, somebody has to
4    take responsibility for the document.
5        A.   Okay.
6        Q.   Whether somebody prepared it two years ago
7    or one year ago, you prepared it and gave it to him.
8        A.   Okay. Yes, I did.
9        Q.   And you read it before you gave it to him?
10       A.   Yes, of course.
11       Q.   Did you think it was a fair agreement?
12       A.   I thought it was a very fair agreement.
13       Q.   Why?
14           MS. WILSON: Objection to form.
15           THE WITNESS: Because it would continue to
16   work with the company, he loved everyone, it was a
17   good atmosphere. I thought it would be fair for
18   him.
19   BY MR. CARMAN:
20       Q.   And yet when he worked for the company he
21   made at worst $250,000 a year, had a car allowance,
22   participated in a 2 percent pretax income and in his
23   last year made over $1.3 million with the company.
24   And yet you wanted him to work for $96,000, not be
25   able to take on any other business or occupation or

(Pages 146 to 149)

| Page 150 | Page 152 |
|---|---|
| 1 jobs; is that correct? | 1    Q.    Okay.  Well, does it refresh your |
| 2        MS. WILSON:  That's not correct. | 2  recollection looking at it, have you ever been |
| 3        MR. CARMAN:  It isn't? | 3  produced such a document like this before, a |
| 4        THE WITNESS:  Could have done other jobs, | 4  consulting agreement? |
| 5    just not competing with us. | 5    A.    Have I ever been produced a document like |
| 6  BY MR. CARMAN: | 6  this before? |
| 7    Q.    The noncompete prevents him from doing | 7    Q.    Yes. |
| 8  anything in the construction industry; is that | 8    A.    I told you we had one with Brad Jones. |
| 9  correct? | 9    Q.    But that came from your lawyer? |
| 10    A.    I don't think so. | 10    A.    Yes. |
| 11    Q.    Do you want to read it? | 11    Q.    And I doubt that that agreement would have |
| 12    A.    If you want me to. | 12  Len's name at the bottom. |
| 13    Q.    Would that refresh your recollection?  As I | 13    A.    Like I explained to you, I took the |
| 14  said this morning, I don't in any way to have you | 14  consulting agreement in existence, I changed it, put |
| 15  guess.  We'll mark the complaint and the Exhibit A as | 15  his name in it, and of course we sent it to corporate |
| 16  number 6 I think it is. | 16  in California to review it also. |
| 17        (The document referred to was thereupon | 17    Q.    Well, Diana -- |
| 18        marked as Plaintiff's Exhibit 6 for | 18    A.    Maybe they changed the name. |
| 19        identification) | 19    Q.    No.  Let's stop.  My question was, and if |
| 20  BY MR. CARMAN: | 20  that's the case let's correct the testimony now. |
| 21    Q.    Let's go to the back, and let's just do it | 21    A.    Okay. |
| 22  the right way.  See where it says "consulting | 22    Q.    You said you prepared this agreement. |
| 23  agreement"? | 23    A.    Yes, absolutely. |
| 24    A.    Yeah. | 24    Q.    And you gave it to Len Chernys? |
| 25    Q.    Is this the agreement you prepared? | 25    A.    No, I -- we could look -- I took an existing |

| Page 151 | Page 153 |
|---|---|
| 1    A.    It looks like it. | 1  agreement that we had, changed it up a little bit, but |
| 2    Q.    Okay.  See where it says "consulting | 2  I sent it to corporate legal for time -- |
| 3  agreement" on the left-hand side, 0609003JB what does | 3    Q.    And they didn't make any changes you said |
| 4  that mean? | 4  except a few? |
| 5    A.    Sorry, where are you saying? | 5    A.    They did make changes. |
| 6    Q.    Bottom of the first page right here | 6    Q.    What did they change? |
| 7  (indicating)? | 7    A.    I don't remember. |
| 8    A.    I see that, yeah. | 8    Q.    Would you have your draft? |
| 9    Q.    Whose initials are those? | 9    A.    I would probably, yeah. |
| 10    A.    No idea. | 10    Q.    What would it be called? |
| 11    Q.    What does the number mean? | 11    A.    I'm assuming it would be called Len's |
| 12    A.    I have no idea. | 12  consulting agreement. |
| 13    Q.    Does your computer automatically number | 13    Q.    Do you have a file called Len's consulting |
| 14  something? | 14  agreement? |
| 15    A.    No, not that I'm aware of. | 15    A.    A Wordperfect file probably. |
| 16    Q.    Is it possible, Diana, that you didn't | 16    Q.    Now, with respect to that Wordperfect file, |
| 17  prepare this document? | 17  let's go ahead and look at compensation page two. |
| 18        MS. WILSON:  Objection to form. | 18    A.    Okay. |
| 19        THE WITNESS:  I told you before I didn't | 19    Q.    You decided he would be paid $8,000 a month; |
| 20  prepare it.  I took an existing document. | 20  is that correct?  It was solely your decision? |
| 21  BY MR. CARMAN: | 21    A.    Yes, in consultation with Bruce Dickson. |
| 22    Q.    Somebody had to put the footer at the | 22    Q.    Well, who made the decision on the $8,000, |
| 23  bottom, Leonard Chernys consulting agreement.  Was | 23  you or Dickson? |
| 24  that you? | 24    A.    Both of them together. |
| 25    A.    I don't remember. | 25    Q.    Who recommended $8,000? |

(Pages 150 to 153)

## Page 154

1    A.   I did. I did.
2    Q.   And Dickson approved your recommendation?
3    A.   Yes.
4    Q.   How did you arrive at $8,000?
5    A.   I don't recall.
6    Q.   You just picked it out of the clear blue?
7         MS. WILSON: Objection to form.
8         THE WITNESS: I don't recall.
9    BY MR. CARMAN:
10   Q.   Did you ever promise Len any more money than
11   $8,000?
12        MS. WILSON: Objection to form.
13   BY MR. CARMAN:
14   Q.   Did you ever discuss $12,000?
15   A.   It's possible. I don't recall.
16   Q.   Okay. Now, let's turn to page three if we
17   can. Would you look at paragraph 5A?
18   A.   Okay.
19   Q.   Do you know what that means? Take a moment
20   and read it and I'll give you the questions.
21   A.   You mean 5A?
22   Q.   Yes.
23   A.   Okay.
24   Q.   Now, you testified that you don't have an
25   agreement and neither did anyone else at the company

## Page 155

1    because it wasn't the company's practice to give these
2    agreements, written employment agreements, right?
3    A.   Right.
4    Q.   Do you have a paragraph like this in any
5    document with this company?
6         MS. WILSON: Objection to the form.
7         THE WITNESS: I don't know.
8    BY MR. CARMAN:
9    Q.   Why were you going back and asking him now
10   to treat as confidential information that he learned
11   while he was a former employee of the company?
12   A.   Again, it was just an agreement we had.
13   Q.   Well, did you basically know that you were
14   asking him to agree that everything he learned was
15   proprietary during the 28 years that he worked with
16   the company?
17   A.   I don't think it says every thing he learned
18   was proprietary.
19   Q.   It pretty much says that everything that
20   he's learned during the term of his engagement with
21   the company was supposed to obtain, or will obtain,
22   he's supposed to agree that it's confidential?
23   A.   That's not how I interpret it.
24   Q.   How did you interpret it?
25   A.   Anything that's part of the company he's not

## Page 156

1    supposed to disclose to any other company.
2    Q.   Going forwards or backwards?
3    A.   Backwards and forwards.
4    Q.   Why would he be asked that now when was
5    never asked to do that while he worked for the
6    company?
7    A.   I don't know.
8    Q.   Let's continue down this list.
9         See the definition on page three of
10   confidential information? Did you read that before
11   you gave it to him?
12   A.   I probably skimmed through it.
13   Q.   Okay. Well, take a moment and skim through
14   it now.
15   A.   Okay.
16   Q.   That says that everything he learned about
17   the plans, the designs, the programs and research
18   prior to signing this agreement was now confidential
19   information. He didn't have any such agreement with
20   the company before, did he?
21        MS. WILSON: Objection to form.
22        THE WITNESS: No, he didn't.
23   BY MR. CARMAN:
24   Q.   Now you are reaching back and everything for
25   the past 28 years, every budget, business plan he ever

## Page 157

1    had now was to be treated confidential; is that
2    correct?
3         MS. WILSON: Objection to form.
4         THE WITNESS: Ask me the question again.
5    BY MR. CARMAN:
6    Q.   Okay. Reading paragraph B, please.
7    A.   You're asking me to read paragraph B?
8    Q.   Yes. Page 4B.
9    A.   Okay, yeah.
10   Q.   So now what you were trying to do by this
11   treatment was to require Mr. Chernys to keep
12   confidential all information of the company that he
13   learned during the 28 years he worked for the company,
14   something he had not had in writing with this company
15   ever, correct?
16        MS. WILSON: Objection to form.
17        THE WITNESS: That's not really how I
18   interpret this. That he learned.
19   BY MR. CARMAN:
20   Q.   Yes. It says prior to he entered into this
21   agreement, doesn't it? Do you agree with me?
22   A.   No.
23   Q.   Do you see on page three, let's look at it
24   together under paragraph 5. "Whether obtained or
25   learned by consultant during the term, which shall be

(Pages 154 to 157)

41

## Page 158

1 the term of this agreement, or prior to the term."
2 That means before this agreement, correct?
3    A.   Oh, I know it means before, but I --
4    Q.   Okay.  Do you think that's fair?  As the
5 president of the company, do you think it's fair?
6       MS. WILSON: Objection to the form.
7 BY MR. CARMAN:
8    Q.   You can answer.
9    A.   I'm thinking.
10   Q.   Okay.
11   A.   Do I think it's fair?  Yes.
12   Q.   Why?
13   A.   Because I didn't interpret this paragraph
14 the way you are, that everything he's learned he can
15 never use.
16   Q.   That's what it says.
17   A.   I'm not an attorney.
18   Q.   How did you interpret it?
19   A.   That any trade secrets of the company, floor
20 plans we have, things of that nature he could not give
21 our --
22   Q.   Again, he never had that agreement when he
23 worked for the company, did he, yes or no?
24   A.   Not that I'm aware of.
25   Q.   And neither did you?

## Page 159

1    A.   Right.
2    Q.   And in fact no employee has this company, do
3 they?
4       MS. WILSON: Objection. Calls for
5 speculation.  I don't know.
6 BY MR. CARMAN:
7    Q.   Do you know of anyone employed by the
8 company that has this language?
9    A.   I know a consultant.
10   Q.   Employee of the company.
11   A.   Not that I'm aware.
12   Q.   Page four, paragraph C, would you take a
13 moment and read it, please?
14   A.   Yes.
15   Q.   When you are finished let me know.
16   A.   Okay, yeah.
17   Q.   Now, did you read that paragraph before you
18 gave it to him?
19   A.   I probably did.
20   Q.   And he was not going to be allowed to make
21 any comments about how he felt the company treated
22 him, or any comments about the company's misconduct
23 many.  Did you think that was fair?
24       MS. WILSON: Objection to form.
25       THE WITNESS:  Yes, absolutely.

## Page 160

1 BY MR. CARMAN:
2    Q.   Do you have any agreement today that has a
3 non-disparagement clause in it?
4    A.   No, but if I said anything terrible about
5 the company that there must be repercussions.
6    Q.   That wasn't the question.  Do you have any
7 written contract, agreement?
8    A.   No.
9    Q.   During the 28 years Len worked for the
10 company did he have an agreement with a
11 non-disparagement clause in it?
12       MS. WILSON: Objection to the form.
13       THE WITNESS: I don't know.
14 BY MR. CARMAN:
15   Q.   During the time he work for Standard
16 Pacific, did he ever have a written contract?
17   A.   I don't know.
18   Q.   Who would know?
19   A.   Someone at Standard Pacific.
20   Q.   Do you have any contract that gives the
21 company the right to equitable relief as set forth in
22 paragraph D, page 4 of Exhibit 6?
23   A.   Okay.
24   Q.   Do you know what that means?
25   A.   Not really.

## Page 161

1    Q.   So you don't know of any agreement you have
2 that gives the company to right to take legal action
3 against you or anyone for the use of any disparaging
4 or confidential information?
5       MS. WILSON: Objection to form.
6       THE WITNESS: I don't know.
7 BY MR. CARMAN:
8    Q.   Let's look at paragraph E.  What's
9 indemnification?
10   A.   That he cannot hold the company liable for
11 anything that would happen to him.
12   Q.   Well, look at paragraph E and after you are
13 done reading it, let me know.
14   A.   Okay.
15   Q.   Now, you've read that; is that correct?
16   A.   Yes.
17   Q.   For $8,000 a month from a man who had made
18 over a million and a quarter a year while he worked
19 for this company, he was to indemnify you and other
20 officers and directors of the company for both
21 indirect or direct, known or unknown, absolute
22 contingent without limitation, settlement costs, legal
23 fees, accounting or any other expense for
24 investigating or defending threatening action as
25 incurred by him as it relates to this agreement; is

(Pages 158 to 161)

Page 162

```
 1   that correct?
 2         MS. WILSON: Objection to form.
 3         THE WITNESS: I don't understand. Is that a
 4   question?
 5   BY MR. CARMAN:
 6   Q.   Is that correct?
 7         MS. WILSON: Objection to form.
 8         THE WITNESS: Is what correct.
 9   BY MR. CARMAN:
10   Q.   Is that a correct statement?
11   A.   You read this. I don't know what that is.
12   Q.   Is that a correct statement?
13   A.   Is reading this a correct statement?
14   Q.   Would you read it back, please?
15         (Thereupon, a portion of the record was read
16   by the reporter.)
17         MS. WILSON: Again, same objection.
18   BY MR. CARMAN:
19   Q.   Is that correct?
20   A.   I don't -- the question is for $8,000 do we
21   expect him to do this? Is that your question?
22   Q.   You're asking him to indemnify the company?
23   A.   Yes.
24   Q.   You think that's fair?
25   A.   Yes.
```

Page 163

```
 1   Q.   Do you have any contract with the company
 2   that has you indemnifying them?
 3   A.   No.
 4   Q.   Did he have any contract with the company
 5   prior to you giving him this that would indemnify the
 6   company?
 7   A.   Not that I'm aware.
 8   Q.   Does anyone at the company who is an
 9   employee, not a consultant, have this agreement?
10         MS. WILSON: Objection.
11         THE WITNESS: Not that I'm aware of.
12   BY MR. CARMAN:
13   Q.   And yet you think that's fair?
14         MS. WILSON: Objection to form.
15         THE WITNESS: Yes.
16   BY MR. CARMAN:
17   Q.   Let's go to paragraph six. Read that
18   please, 6A. Take a moment at look at 6A and 6B.
19   A.   And you want me to read B also or just A?
20   Q.   B also.
21   A.   Okay.
22   Q.   Now you've read that; is that correct?
23   A.   Yes.
24   Q.   And this agreement that reaches back to the
25   time he was employed with the company and says that
```

Page 164

```
 1   any notes, any memoranda, software, lists or other
 2   documents without limitation are confidential and
 3   remain the business of the company and the company's
 4   property and shall be delivered to them at the end of
 5   this agreement; is that correct?
 6   A.   Yes.
 7   Q.   And you believed that this was a fair
 8   provision, correct?
 9   A.   Yes.
10   Q.   Did he have that provision in any agreement
11   prior to this?
12   A.   I don't know.
13   Q.   Do you in any agreement?
14   A.   No.
15   Q.   Then why is it fair now to reach back 28
16   years worth of knowledge, 28 years of memoranda, and
17   now say I'm going to take all that in and suck it in
18   and treat it as confidential under this agreement?
19         MS. WILSON: Objection to form.
20   BY MR. CARMAN:
21   Q.   Noted.
22   A.   Again, it was an existing agreement that I
23   took and just put it together.
24   Q.   But you are a brilliant woman, Diana.
25   President of a very successful company. I have to
```

Page 165

```
 1   believe you read this.
 2   A.   Yes, I did.
 3   Q.   Let's look at B, ma'am.
 4   A.   I did look at B.
 5   Q.   Now, you are telling him under paragraph B
 6   that anything he's developed, any concept, any idea
 7   that he has about a housing project, about any kind of
 8   product now belongs to the company. Isn't that what
 9   paragraph B says?
10   A.   That's not how I interpreted it.
11   Q.   Consultant will promptly make full written
12   disclosure to the Company of, will hold in trust for
13   the sole right of the benefit of the Company, and
14   subject to any exceptions under applicable law, hereby
15   as assigns to the Company or its designee all of
16   Consultant's right, concepts, ideas and discoveries,
17   improvements and trade secrets, whether or not
18   patentable or registered under copyright or similar
19   laws.
20         You don't see where it says that?
21   A.   To me it's stuff that he's doing for the
22   company remains with the company.
23   Q.   Any ideas this man has about any kind of
24   product that he was thinking about for developments or
25   improvements now belong to the company. That's what
```

(Pages 162 to 165)

Page 166

1   this says. And for $8,000 a year instead of the $1.3
2   he was receiving, you believe that's fair?
3         MS. WILSON: Objection to form.
4   Misrepresenting the facts.
5         MR. CARMAN: So noted. You believe it? Yes
6   or no.
7         MS. WILSON: Same objection.
8         THE WITNESS: I -- I don't interpret it that
9   way.
10  BY MR. CARMAN:
11  Q.   How do you interpret it?
12  A.   Yes, I believe it.
13  Q.   Now, go onto paragraph seven. Could you
14  read paragraph seven?
15  A.   Okay.
16  Q.   Please read it.
17  A.   Okay.
18  Q.   You read it?
19  A.   Yes.
20  Q.   What's Exhibit A, a release agreement?
21  What's that? Did you draft it?
22  A.   No.
23  Q.   So paragraph seven was not drafted by you?
24  A.   Like I said, it went to corporate and they
25  made some changes.

Page 167

1   Q.   Well, is that one of the changes?
2   A.   I believe so.
3   Q.   Did you read it before you gave it to
4   Chernys?
5   A.   Probably.
6   Q.   And when you read it, did you think it was
7   fair that he should release the company from any kind
8   of liability he has, it has to him, for this $8,000 a
9   month agreement?
10        MS. WILSON: Objection to form.
11        THE WITNESS: Yes.
12  BY MR. CARMAN:
13  Q.   Is that how you understand it?
14  A.   Yes.
15  Q.   Okay. And you read Exhibit Number A?
16  A.   Number A?
17  Q.   Yes.
18  A.   8A?
19        MS. WILSON: A.
20  BY MR. CARMAN:
21  Q.   See it says paragraph seven. You read it?
22  A.   Where is it?
23  Q.   It's attached. Did you read it?
24  A.   Now or at the time?
25  Q.   At the time.

Page 168

1   A.   Probably. Again, I don't recall. I don't
2   see it here, though.
3         MS. WILSON: See?
4         THE WITNESS: Yes, I do recall reading it.
5   BY MR. CARMAN:
6   Q.   Did you draft it?
7   A.   No.
8   Q.   Who drafted this?
9         MS. WILSON: I just want to instruct her
10  that any communications with the corporate
11  attorneys is privileged as well. So I don't know
12  what those communications have been, so if it's
13  between --
14        MR. CARMAN: I don't know the answer to my
15  question.
16        MS. WILSON: I'm giving it ahead of time.
17  BY MR. CARMAN:
18  Q.   We'll take it one step at a time. Did you
19  draft this exhibit?
20  A.   No.
21  Q.   Who drafted it?
22  A.   I don't know.
23  Q.   Who gave it to you?
24  A.   I don't know. It might have been our
25  corporate counsel.

Page 169

1   Q.   Which one?
2   A.   Hal Eisenacher.
3   Q.   Did Mr. Halvorsen give it to you?
4   A.   I don't remember who it was.
5   Q.   Well, in the document you prepared, was
6   there a release provision in it, the one you copied?
7   A.   No.
8   Q.   When you got this document back, did it have
9   any red lines to show you what had been added by
10  counsel?
11  A.   I don't remember.
12  Q.   If there was a red line copy, where would it
13  be? Do you know what a red line is?
14  A.   Yes, of course.
15  Q.   Okay.
16  A.   I see lots of documents with red lines.
17  Q.   Do you know where the red line would be?
18  A.   Maybe in an e-mail. I don't know.
19  Q.   And if there was an e-mail, would it be
20  under the Chernys name or what would it be under if I
21  was to ask you for it?
22  A.   I don't know.
23  Q.   If I was to ask you for the e-mails between
24  corporate counsel and yourself of just the agreement,
25  not your conversations at this point, what would I ask

(Pages 166 to 169)

Page 170

```
 1   for?  What would it be called?
 2     A.   I don't know.
 3     Q.   Would it be e-mail regarding Chernys
 4   consulting agreement?
 5     A.   Perhaps.  I don't know.
 6     Q.   Okay.  But you are certain that the release
 7   language was not in your agreement?
 8     A.   Yes.
 9     Q.   Did you have any conversations with anyone
10   about the importance of a release agreement provision
11   in this agreement?
12     A.   No.
13     Q.   Was a condition precedent to Mr. Chernys
14   getting a consulting agreement with the company that
15   he execute the release?
16         MS. WILSON:  Objection to form.
17         THE WITNESS:  Your question was did he have
18   to sign this agreement?
19   BY MR. CARMAN:
20     Q.   Yes, perfect.
21     A.   Yes.
22     Q.   Why?
23     A.   It's part of the agreement.
24     Q.   It wasn't part of the agreement you made up;
25   is that correct?
```

Page 171

```
 1     A.   That's correct.
 2     Q.   Did you discuss this portion of the
 3   agreement with Dickson?
 4     A.   I don't recall.
 5     Q.   Did Dickson insist there be a release?
 6     A.   I don't recall.
 7     Q.   So as we sit here today you don't recall who
 8   suggested this provision?
 9     A.   No, I don't.
10     Q.   Why was it suggested?
11     A.   If I don't recall, I -- if I don't recall
12   who suggested it --
13     Q.   Well, Diana, you are a smart woman.  What
14   does a release mean?
15         MS. WILSON:  Objection to form.
16         THE WITNESS:  It means he releases the
17   company.
18   BY MR. CARMAN:
19     Q.   And what was he going to release the company
20   of?  What was the company concerned about that they
21   had to have a release from this gentleman before he
22   even could have an $8,000 a month consulting
23   agreement?
24         MS. WILSON:  Objection to form.
25
```

Page 172

```
 1   BY MR. CARMAN:
 2     Q.   What were they concerned about?
 3         MS. WILSON:  Objection to form.
 4         THE WITNESS:  I don't recall the
 5   conversation.  How could I remember?
 6   BY MR. CARMAN:
 7     Q.   Was it within your power as president to
 8   take that provision out?  Is that correct?
 9     A.   No.
10     Q.   It wasn't within your power to take it out?
11     A.   I don't recall.  I don't recall the
12   conversation.
13     Q.   Well, Diana, if Len said to you take it out,
14   would you take it out?
15     A.   No, no, I would not.
16     Q.   Okay.  Why.
17     A.   If it -- because this is an important part
18   of the agreement.
19     Q.   In fact, the whole purpose of the consulting
20   agreement was to get this gentleman to sign a release
21   so the company would never be sued for the wrongs it
22   did to him; is that correct?
23         MS. WILSON:  Objection to form.
24         THE WITNESS:  No.
25
```

Page 173

```
 1   BY MR. CARMAN:
 2     Q.   No?  Then why was it an important part the
 3   agreement if my statement isn't correct?
 4         MS. WILSON:  Objection to form.
 5         THE WITNESS:  Because that was part of the
 6   agreement.
 7   BY MR. CARMAN:
 8     Q.   But it was part of the agreement which you
 9   said you wouldn't take out because it was an important
10   part of the agreement, right?
11     A.   Right.
12     Q.   Why was it an important part of the
13   agreement?
14     A.   Because it was.
15     Q.   Why?
16     A.   Why would we enter into a consulting
17   agreement with someone without having him release us?
18     Q.   What was he releasing you from?
19     A.   From whatever.
20     Q.   Well, in your mind, what was he going do
21   release you from?
22         MS. WILSON:  Objection to form.
23         THE WITNESS:  I don't know.  I didn't even
24   think about it.
25
```

(Pages 170 to 173)

Page 174

```
1   BY MR. CARMAN:
2      Q.   You told me why would we enter into a
3   consulting agreement with someone when they wouldn't
4   give people a release. Isn't that what you just said?
5      A.   Yes.
6      Q.   What were you afraid of?
7           MS. WILSON: Objection to form.
8           THE WITNESS: I wasn't afraid of anything.
9   BY MR. CARMAN:
10     Q.   Why would you need a release?
11          MS. WILSON: Objection to form.
12     Argumentative.
13          THE WITNESS: I don't recall.
14  BY MR. CARMAN:
15     Q.   Does the gentleman, Brad Jones, does Brad
16  Jones have a release?
17     A.   No.
18     Q.   Did Mr. Carr have a release in his
19  consulting agreement?
20     A.   I don't know what Mr. Carr had in his
21  consulting agreement.
22     Q.   You didn't ever see Carr's consulting
23  agreement?
24     A.   No.
25     Q.   I'll show it to you in a minute. You didn't
```

Page 175

```
1   model this agreement after Carr's?
2      A.   No.
3      Q.   You never told Chernys that Carr had an
4   agreement and this was identical to Carr's?
5      A.   No, I told him that Brad Jones had an
6   agreement.
7      Q.   So basically if Chernys was to testify that
8   you told him that, he would be mistaken?
9      A.   Absolutely mistaken.
10     Q.   I don't happen to have Mr. Jones's
11  agreement, but you're saying Mr. Jones doesn't have a
12  release provision; is that correct?
13     A.   Not that I recall.
14     Q.   And as you recall or don't recall, it wasn't
15  something you put in the agreement?
16     A.   That's correct.
17     Q.   But as we sit here today you believe it was
18  an important part of the agreement at the time it was
19  prepared?
20     A.   Yes.
21     Q.   What was the company concerned about
22  Mr. Chernys suing it for?
23          MS. WILSON: Objection to form.
24  BY MR. CARMAN:
25     Q.   When it executed or prepared this agreement?
```

Page 176

```
1      A.   I don't know. Again, I said don't even
2   remember who prepared this.
3      Q.   Well, what were you concerned about and why
4   do you think it's important to be in there?
5           MS. WILSON: Objection to form. Asked and
6   answered. You can answer it.
7           THE WITNESS: I already told you.
8   BY MR. CARMAN:
9      Q.   Well, what was that? I'm sorry.
10     A.   I forgot what the question was.
11     Q.   Well, Mr. Carr in his agreement doesn't have
12  a release, does he?
13     A.   I've never seen Mr. Carr's agreement. How
14  would I know?
15     Q.   Do you know whether the company attempted to
16  enter into consulting agreements with Mr. Carr in the
17  years 2004 and 2005?
18     A.   No, I don't know.
19     Q.   Okay. Now, with respect to Mr. Carr's
20  agreement, let me show this agreement to you. Mark it
21  as Exhibit No. 7.
22          (The document referred to was thereupon
23  marked as Plaintiff's Exhibit 7 for
24  identification)
25
```

Page 177

```
1   BY MR. CARMAN:
2      Q.   Take a moment and look at Mr. Carr's
3   agreement. Do you see anywhere in that agreement a
4   release provision?
5      A.   No.
6      Q.   Do you see anywhere attached to this
7   agreement a release letter such as Exhibit A?
8      A.   No.
9      Q.   Then if Mr. Carr was given a consulting
10  agreement that had no release provision in it and no
11  release letter, why was Chernys given one that
12  contained a release provision and a release letter?
13          MS. WILSON: Objection to form.
14          THE WITNESS: I don't know.
15  BY MR. CARMAN:
16     Q.   As we sit here today, have you had any
17  conversations with anyone other than your counsel
18  about the need for or necessity of this release
19  provision?
20     A.   No, not that I recall.
21     Q.   Did you talk to Dickson about it?
22     A.   Not that I -- I don't recall.
23     Q.   Did you talk to Tavel about it?
24     A.   To who?
25     Q.   Sorry. The woman in HR in Miami.
```

(Pages 174 to 177)

Page 178

```
1    A.   I don't recall.
2    Q.   Did you discuss it with Claudia Feldman?
3    A.   I don't recall.
4    Q.   Did you discuss it with Heather?
5    A.   I don't recall.
6    Q.   Did you discuss it with Scarborough?
7    A.   No, I've never talked to Scarborough about
8  it.
9    Q.   Did you talk to Dickson about it?
10   A.   I don't recall. You already asked me.
11   Q.   Did you discuss this with Courtney?
12   A.   I don't recall.
13   Q.   Did Courtney ever review this consulting
14 agreement before it was given to Chernys?
15   A.   Not that I'm aware of.
16   Q.   Other than one of the lawyers and Dickson,
17 did anyone else besides the three or four of you see
18 this agreement before it was given to Len?
19        MS. WILSON: Objection. Calls for
20   speculation.
21 BY MR. CARMAN:
22   Q.   If you know?
23   A.   I don't know.
24   Q.   Did you ever share it with Claudia Feldman?
25   A.   Not that I recall.
```

Page 179

```
1    Q.   Did you ever share it with any of your
2  people in your office?
3    A.   Not that I recall.
4    Q.   Do you know why the company wanted Len to
5  execute Exhibit A?
6         MS. WILSON: Objection, asked and answered.
7         THE WITNESS: No.
8  BY MR. CARMAN:
9    Q.   What is your understanding of Exhibit A?
10 What does it do?
11        MS. WILSON: Objection to form. The
12   document speaks for itself.
13        THE WITNESS: I think I already explained
14   it.
15 BY MR. CARMAN:
16   Q.   You were signing this document; is that
17 correct? Bears your name?
18   A.   Yes.
19   Q.   Did you ever sign it?
20   A.   I don't recall.
21   Q.   What would I look at or look for to help
22 you?
23   A.   What would you look at --
24   Q.   What would I need to help you with, what
25 would I look at? Would there be a file or --
```

Page 180

```
1    A.   That I had signed. I don't remember if I
2  have a signed copy of it.
3    Q.   If you had signed, would you have a copy of
4  the signed document anywhere?
5    A.   I don't recall. I don't know.
6    Q.   What would I look for?
7    A.   I really don't know. I'm trying to think.
8    Q.   Would a copy of this document be in
9  Heather's office?
10   A.   I don't know.
11   Q.   Do you think you'd have a copy of it in your
12 office?
13   A.   A copy of this document in my office?
14   Q.   Signed by you, yes.
15   A.   I don't recall.
16   Q.   Let's go back to what we were talking about
17 a moment ago, and that is the first exhibit, the
18 consulting agreement, and we'll move forward.
19   A.   Which one, Jim's or Len's?
20   Q.   Len's.
21   A.   Okay.
22   Q.   Now, looking at basically paragraph number
23 8 --
24   A.   Okay.
25   Q.   -- this is an agreement that basically was
```

Page 181

```
1  going to require Len to do the work; is that correct?
2         MS. WILSON: Objection to form.
3         THE WITNESS: To do what work?
4  BY MR. CARMAN:
5    Q.   Whatever consulting work he had to do for
6  the company. He couldn't have anybody else do it; is
7  that correct? It's a personal service contract,
8  correct?
9    A.   Was it a personal service contract?
10   Q.   Yes.
11   A.   Yes.
12   Q.   Okay. Looking at paragraph number C, it was
13 going to bind him not only to your company, it was
14 going to bind him to any subsidiary of Standard
15 Pacific Corp.; is that correct?
16   A.   Let me read it. Yes.
17        MS. WILSON: Wait. I want to object to the
18   extent it calls for a legal conclusion regarding
19   the terms of that paragraph.
20        MR. CARMAN: No problem.
21        MS. WILSON: Okay.
22 BY MR. CARMAN:
23   Q.   As a layperson and president of the company,
24 what was your understanding of paragraph C?
25   A.   Obligations were not just to stay in Pacific
```

(Pages 178 to 181)

Page 182

1  South Florida but Pacific Corporate.
2      Q.   Or any other subsidiary or successor,
3  correct?
4          MS. WILSON: Objection to the extent you're
5      asking her to interpret the document, and the
6      document speaks for itself.
7  BY MR. CARMAN:
8      Q.   You can answer the question.
9          THE WITNESS: I forgot the question.
10 BY MR. CARMAN:
11     Q.   We'll skip the question. You've already
12 answered it.
13         Look at paragraph D. Take a moment please
14 to read it. Now, looking at paragraph number D --
15     A.   Okay.
16     Q.   -- this says even though he is terminated
17 under this agreement, all of these sections of the
18 agreement will survive. Do you see that?
19     A.   Yes.
20     Q.   Okay. Let's look at that for a second. See
21 the first section, 1C? Did you read this before you
22 gave it to him?
23     A.   I probably looked at it.
24     Q.   Did you basically put this in your
25 agreement?

Page 183

1          MS. WILSON: Objection to form.
2          THE WITNESS: I don't recall.
3  BY MR. CARMAN:
4      Q.   Or was this added by your counsel?
5      A.   Again, I don't recall.
6      Q.   But you understand that everything he was
7  stating in here, whatever the covenants were were
8  going to survive even though he was terminated or his
9  engagement ceased?
10         MS. WILSON: Objection to form.
11         THE WITNESS: I'd have to read all -- you're
12     asking me. I'd have to read all these sections.
13 BY MR. CARMAN:
14     Q.   You are right.
15     A.   It does say, but I don't know what --
16     Q.   You are right. I'm wrong. Take as much
17 time as you need. I said that, and I'm going back on
18 my word. Take as much time as you need.
19     A.   What was your question again? You are
20 saying that if this survives, all these sections. Is
21 that what you are asking me?
22     Q.   Even after the time this agreement
23 terminated.
24     A.   That's what it says here, yes.
25     Q.   And you thought that was fair?

Page 184

1      A.   Yes.
2      Q.   And yet you have no agreement, he had no
3  agreement before this?
4      A.   Yes.
5      Q.   Now going back to paragraph 2 on term and
6  termination?
7      A.   Paragraph 2?
8      Q.   Page two.
9      A.   Page two?
10     Q.   Yes. Take a moment and read paragraph 2,
11 and when you are done let me know, please.
12     A.   Okay.
13     Q.   Looking at paragraph 2, let me give you the
14 following hypothetical and see if you understand.
15 Chernys would give up his right to any claim for age
16 discrimination, any claim for breach of an agreement
17 to collect his profit sharing, any claim he had for
18 the company, by executing this agreement and the
19 company had the right to terminate his services for
20 any reason after 30 days; is that correct?
21         MS. WILSON: Objection to form.
22         THE WITNESS: Is that a question?
23 BY MR. CARMAN:
24     Q.   Is that a correct statement?
25     A.   Say it again.

Page 185

1          (Thereupon, a portion of the record was read
2  by the reporter.)
3          THE WITNESS: That's not how I interpret
4      this.
5  BY MR. CARMAN:
6      Q.   How do you interpret it?
7      A.   This doesn't talk about his -- yes.
8      Q.   Okay. And you still think it's fair?
9      A.   No. And Len and I had a discussion about
10 this paragraph.
11     Q.   Did you change the agreement?
12     A.   I told him I would agree to change the
13 agreement.
14     Q.   How would you agree to change it?
15     A.   If in fact this agreement called for either
16 party to terminate with 30 days' notice and because of
17 the fact that he was due a severance pay we would --
18 we would add some wording there, I told him I would
19 talk to the attorney and add wording where he would be
20 entitled to that.
21     Q.   He would be entitled to a severance pay?
22     A.   Yes.
23     Q.   What severance pay would he be entitled to?
24     A.   Approximately $100,000.
25     Q.   And who would make that decision?

(Pages 182 to 185)

Page 186

```
1     A.   I don't recall.
2     Q.   Why was he entitled to a severance pay of
3  $100,000?
4     A.   Because it's calculated on years of service.
5  A week of pay per year of service.
6     Q.   So it's a week of pay for years of service?
7     A.   Approximately. I'm not exactly sure how
8  it's calculated. Something like that.
9     Q.   Who calculated it?
10    A.   Janet Tavel.
11    Q.   Did she gave it to you?
12    A.   She told Len and I both what the amount was.
13    Q.   Was it in writing?
14    A.   I don't know. I don't remember.
15    Q.   Was there a severance agreement or package
16  discussed with my client?
17    A.   We discussed it. I told him he either
18  signed the consulting agreement or he got the
19  severance package.
20    Q.   If he didn't sign the agreement he would
21  receive the severance package?
22    A.   Yes.
23    Q.   Where is the severance package today?
24    A.   He left the office without signing any
25  papers.
```

Page 187

```
1     Q.   Isn't it true that he went to the office and
2  was terminated on a Thursday before he left?
3     A.   He said he needed a few days to think.
4     Q.   You didn't tell him when he was coming into
5  the office on Monday, Tuesday, Wednesday and Thursday
6  that on that Thursday he should not come in anymore?
7     A.   No. What happened is when I gave him this
8  agreement he said he needed a few days. I said you
9  are being laid off, but he said he wanted a few days
10  to talk to his wife. A day or two turned into days
11  and days. He kept calling in sick and acting like was
12  still employed. He knew he had to make a decision.
13    Q.   When did you terminate him?
14    A.   The day that I met him and gave him this
15  consulting agreement.
16    Q.   That's when he was terminated?
17    A.   Yes.
18    Q.   Then why was he coming into the office the
19  next week?
20         MS. WILSON: Objection, speculation.
21  BY MR. CARMAN:
22    Q.   When did he come into the office?
23    A.   When did he come into the office?
24    Q.   You had this conversation, gave him this
25  document, right?
```

Page 188

```
1     A.   Yes.
2     Q.   And he said to you I can't make any
3  decisions now, right?
4     A.   He said give me a few days so I can discuss
5  it with my wife.
6     Q.   And you --
7         MS. WILSON: Can you let the witness finish?
8  You are cutting her off.
9         THE WITNESS: I said of course.
10  BY MR. CARMAN:
11    Q.   So had a few days to think about it, right?
12    A.   No, he was laid off. I said do you want to
13  stay on as a consultant or -- but he already knew he
14  was laid off.
15    Q.   When you say "laid off", what do you mean?
16    A.   Just what it says, laid off.
17    Q.   So wasn't terminated, he was laid off?
18         MS. WILSON: Objection. Argumentative.
19  BY MR. CARMAN:
20    Q.   You can answer the question.
21    A.   Yes.
22    Q.   When is he going to be rehired?
23         MS. WILSON: Objection to the form.
24  Argumentative.
25         THE WITNESS: No idea.
```

Page 189

```
1  BY MR. CARMAN:
2     Q.   Are there any plans in the future to hire
3  this laid off employee of the company?
4     A.   Not at the moment.
5     Q.   So he's a laid off employee at this point,
6  correct?
7         MS. WILSON: Objection to form.
8         THE WITNESS: That's correct.
9  BY MR. CARMAN:
10    Q.   Now, with respect to this agreement, when
11  did you tell him you were going to change these
12  paragraphs? When did you have this conversation?
13    A.   In a phone conversation.
14    Q.   Okay. And when was that?
15    A.   A few days after I met with him. I don't
16  recall the exact day.
17    Q.   Sorry?
18    A.   A few days after we met. I don't recall the
19  exact date.
20    Q.   And you don't know what day you met on this,
21  do you?
22    A.   No.
23    Q.   So somewhere a few days later you had a
24  phone conversation with him?
25    A.   Yes.
```

(Pages 186 to 189)

Page 190

1    Q.   Do you have any notes of that phone
2  conversation?
3    A.   No.
4    Q.   Do you have any notes of changes to
5  paragraphs Len wanted changed?
6    A.   No.
7    Q.   Why not?
8    A.   Because we never came to any conclusion.  He
9  was still thinking about it.
10    Q.   Didn't you tell him that you would check
11  with the company to see if it could be changed?
12    A.   Yes.
13    Q.   Well, if you didn't mark the paragraphs that
14  you wanted changed, how did you know which they were?
15    A.   I knew which one it was.
16    Q.   And the only paragraph he wanted changed was
17  two?
18        MS. WILSON:  Objection.  Calls for
19  speculation.
20  BY MR. CARMAN:
21    Q.   Is what Mr. Chernys told you --
22    A.   I don't recall.
23    Q.   Excuse me.  Is what Mr. Chernys told you the
24  only paragraph of this agreement that he wanted
25  changed, paragraph 2?

Page 191

1    A.   No, he may have wanted other things changed,
2  but I don't recall.
3    Q.   And you don't have any notes of what his
4  requests were?
5    A.   No.
6    Q.   Now, let's look at paragraph number one.
7    A.   Okay.
8    Q.   And let's look at A.  This says that he was
9  going to work up to a full-time basis for the company;
10  is that correct?
11    A.   Let me finish reading it.
12    Q.   On.  Of course.
13    A.   Yes, that's what it says.
14    Q.   So where he was making over a million and a
15  half dollars, a million and a quarter dollars a year,
16  the company now could have him work on a full-time
17  basis without providing him an office under paragraph
18  A for $8,000 a month; is that correct?
19        MS. WILSON:  Objection to form.
20        THE WITNESS:  Yes.
21  BY MR. CARMAN:
22    Q.   Now, with respect to paragraph D, could you
23  read paragraph D?
24    A.   Yes.  Okay.
25    Q.   Have you read it?

Page 192

1    A.   Yes.
2    Q.   This is a noncompete provision; is that
3  correct?
4    A.   Yes.
5    Q.   And did you read it before you gave it to
6  him?
7    A.   Yes.
8    Q.   And what is your understanding about what
9  Mr. Chernys could do in the construction area had he
10  signed this agreement?
11    A.   That he could not work for another company
12  that competes with us.
13    Q.   And he cannot be an investor with that
14  company or owner; is that correct?
15    A.   Yes.
16    Q.   And that he cannot form any company to do
17  any kind of business that competes with your company?
18    A.   Yes.
19    Q.   And your company was involved in building
20  homes, townhouses and residential properties in South
21  Florida; is that correct?
22    A.   Yes.
23    Q.   What were the exact nature of the products
24  your company built, sold and delivered in South
25  Florida in the year 2006?

Page 193

1    A.   Residential single family and multi-family
2  homes.
3    Q.   And by multi-family homes, what does that
4  mean?
5    A.   It means attached product, whether it's
6  townhouse, three-story product, condo type product.
7    Q.   So that this says that Mr. Chernys can't
8  even build one or two houses for another company, even
9  his own company, if he signed this agreement; is that
10  correct?
11        MS. WILSON:  Objection to form.
12        THE WITNESS:  Yes.
13        MS. WILSON:  Can we take a break?
14        MR. CARMAN:  Sure, please.
15        (Thereupon, a short recess was taken, after
16  which the following proceedings were held:)
17  BY MR. CARMAN:
18    Q.   Now, Diana, this particular provision, it's
19  a fair statement to say that you and Len never had
20  that in any agreement that you are aware of, any
21  written agreement with Standard Pacific; is that
22  correct?
23    A.   Yes.
24    Q.   Now, do you know how the word "company" is
25  defined in this agreement?

(Pages 190 to 193)

Page 194

```
1      A.   No.
2      Q.   Let's go through this agreement for a
3   second, page one.  May I?
4      A.   Uh-hum.
5      Q.   Would you please turn to page one of it?
6   Just for the record, I'm referring to the consulting
7   agreement.
8      A.   Okay.
9      Q.   Which is attached to the complaint which has
10  been marked as number seven I believe.  Let's look at
11  the agreement.  This is an agreement between Standard
12  Pacific of South Florida.
13          Now, when we started our conversation I
14  think we were talking about Standard Pacific of South
15  Florida Inc., right?
16     A.   Yes.
17     Q.   What is Standard Pacific of South Florida, a
18  Florida general partnership?  What is that?
19     A.   That's our legal entity.
20     Q.   Well, are you a corporation?  I guess the
21  question is, what are you president of?
22     A.   I am president of Standard Pacific of South
23  Florida.
24     Q.   Is it a corporation that you are president
25  of?
```

Page 195

```
1      A.   I believe it is a corporation.
2      Q.   Then who is this person asking you to sign
3   this agreement?  Who is it?
4      A.   This person?
5      Q.   The entity.  Thank you.  You are correct.
6   I'm wrong.
7           Who is the entity here?
8      A.   Standard Pacific of South Florida.
9      Q.   Here is where I'm confused.  If you can't
10  help me, I understand.
11          This is an agreement now between a Florida
12  general partnership, the company.  I don't know what
13  that means.
14     A.   I can't answer that question.
15     Q.   Who could?
16     A.   Our corporate attorney.
17     Q.   Do you have a business card?
18     A.   Yes.
19     Q.   May I see it, please?
20     A.   Let me see if I have one with me.  Here you
21  go.
22     Q.   Thank you.
23          MR. CARMAN:  Would you mark this as Exhibit
24  No. 8?
25          (The documents referred to were thereupon
```

Page 196

```
1   marked as Plaintiff's Exhibits 8 and 9 for
2   identification)
3   BY MR. CARMAN:
4      Q.   I've put the sticker on the back.  Now, this
5   card says "Standard Pacific Homes South Florida
6   division."  Do you know what Standard Pacific Homes
7   is?
8      A.   What do you mean, do I know what Standard
9   Pacific Homes is?
10     Q.   I'm not trying to be cute, Diana.
11          MS. WILSON:  Sure you are.
12  BY MR. CARMAN:
13     Q.   Is Standard Pacific Homes a corporation?  I
14  don't know what it is.
15     A.   Yes, it is a corporation.
16     Q.   Is there anything on that card that shows
17  what entity you work for?
18     A.   Yes, it says Standard Pacific Homes South
19  Florida.
20     Q.   Inc., Corp.?  It doesn't say, does it?
21     A.   No.
22     Q.   What is your understanding of who you work
23  for?
24     A.   My understanding is I work for Standard
25  Pacific Homes, I don't know, of South Florida.
```

Page 197

```
1      Q.   Okay.  I look at this consulting agreement
2   and it says that Standard Pacific of South Florida --
3   says it's a general partnership.  Do you know who it's
4   a partnership with?  Do you know who the limited
5   partners are?
6      A.   No.
7      Q.   Do you know if there are any other partners
8   besides Standard Pacific of South Florida?
9      A.   No.
10     Q.   And do you know who the managing general
11  partner is of Standard Pacific of South Florida, a
12  Florida general partnership?
13     A.   No, no.
14     Q.   Well, looking at this and looking at your
15  card, do you know if you are an employee of Standard
16  Pacific Corp.?
17          MS. WILSON:  Objection to form.
18          THE WITNESS:  I don't know that for certain.
19  BY MR. CARMAN:
20     Q.   Okay.  And as we sit here today, the
21  signature page on this exhibit, let's turn to the
22  back, says "Standard Pacific of South Florida, a
23  Florida general partnership, by Standard Pacific of
24  South Florida Inc., managing partner."  Okay?  Are
25  you -- not to trick you and I don't want to -- what
```

(Pages 194 to 197)

Page 198

1  are you president of, the partnership or the managing
2  partner?
3      A.   I don't know.
4      Q.   And neither do I. Who would know? Who
5  would I have to take to know?
6      A.   Our corporate counsel or -- yeah, our
7  corporate counsel, Steve Veinder, who represents our
8  corporation.
9      Q.   He's over at White & Case?
10     A.   Yes.
11     Q.   So I need to take his deposition to ask.
12          Is there anybody in the company, your
13  company, that might be able to answer that question
14  without me subpoenaing a lawyer who doesn't like to
15  testify? Not him personally, but lawyers don't like
16  to testify.
17     A.   Yes.
18     Q.   Who?
19     A.   We could try Claudia Feldman.
20     Q.   Okay. We'll try her.
21          I notice that on page seven Mr. Halvorson's
22  name is there, and I notice the address now has in
23  care of Standard Pacific Corp. on it. Was that in the
24  document you prepared initially?
25     A.   I don't recall.

Page 199

1      Q.   Do you know why your name isn't there?
2      A.   No, I don't know.
3      Q.   If Mr. Chernys had signed this, were you
4  going to sign this document?
5      A.   Yes.
6      Q.   So you would have signed it as managing
7  partner of Standard Pacific of South Florida?
8      A.   Yes.
9      Q.   May we turn please to Exhibit No. 8 which is
10 the release letter?
11     A.   Exhibit number what?
12     Q.   I'm sorry. Go to the letter, it says Len
13 Chernys.
14     A.   Okay.
15     Q.   Okay? Now, this document talks about a
16 letter that is being reached, an agreement being
17 reached between South Florida -- Standard Pacific of
18 South Florida, a Florida general partnership, and its
19 affiliates. Do you know who the affiliates are?
20     A.   I -- not for sure.
21     Q.   Now, this agreement was just given to Len
22 with the other agreement; is that right?
23     A.   I don't recall.
24     Q.   Do you know how he got it?
25     A.   I'm assuming he did, but --

Page 200

1      Q.   So you don't recall giving it to him?
2      A.   No, I don't recall.
3      Q.   Okay.
4      A.   I probably did, but I don't recall.
5      Q.   Well, if you don't recall, you don't recall.
6  No problem. Do you recall ever reviewing it? Prior
7  to today?
8      A.   Honestly, no.
9      Q.   Did you ever review it with your counsel
10 before coming to this deposition?
11     A.   Review this with my counsel before coming to
12 deposition?
13     Q.   Yes.
14     A.   No.
15     Q.   Did you read anything before you came today?
16     A.   Yes.
17     Q.   What did you review?
18     A.   Len's employment performance review.
19     Q.   Anything else?
20     A.   No.
21     Q.   Did you read the complaint?
22     A.   No.
23     Q.   Have you ever read the complaint?
24     A.   Sorry, yes. I thought you said when I met
25 with my attorney. I thought that was your question.

Page 201

1  Sorry.
2      Q.   My question was prior to coming here today
3  what documents did you review in preparation for your
4  testimony today at your deposition?
5          MS. WILSON: Asked and answered.
6          THE WITNESS: When I prepared for this
7  deposition?
8  BY MR. CARMAN:
9      Q.   Yes.
10     A.   Yes, I answered. It was his performance
11 evaluation.
12     Q.   That's all you reviewed?
13     A.   Yes.
14     Q.   And have you ever reviewed the complaint?
15     A.   Yes.
16     Q.   When?
17     A.   When we received it.
18     Q.   And did you discuss it with Dickson?
19     A.   I don't remember.
20     Q.   Did you discuss it with Courtney?
21     A.   I don't remember.
22     Q.   Did you discuss it with Carr?
23     A.   Did I discuss the complaint with Carr?
24     Q.   Yes.
25     A.   Yes. Well --

(Pages 198 to 201)

**Page 202**

1    Q.   What did you discuss with Carr about the
2  complaint?
3    A.   I told you we had a conference call with
4  him.
5    Q.   I don't want to know what you and your
6  attorneys talked about.  My question is really fairly
7  specific.
8         Did you have a conversation with Carr about
9  the complaint?
10   A.   Yes.
11   Q.   When did that conversation take place?
12   A.   A few days before we scheduled a conference
13  call with your attorney.
14   Q.   So prior to engaging counsel you had a
15  conversation with Jim Carr regarding this complaint?
16        MS. WILSON:  Objection, mischaracterizing
17   the testimony.
18        MR. CARMAN:  I'll be happy to correct it.
19   What's wrong with my question?
20        THE WITNESS:  I don't remember it now.
21  BY MR. CARMAN:
22   Q.   Did you have a conversation with Jim Carr
23  regarding the complaint?
24   A.   Regarding the actual complaint?  No, sorry.
25   Q.   Okay.  Have you ever discussed the lawsuit,

**Page 203**

1  complaint -- you know what a complaint is, right?
2    A.   Yes, yes.
3    Q.   The document before you?
4    A.   Yes, I know what a complaint is.
5    Q.   Have you ever discussed that with Jim Carr?
6    A.   No.
7    Q.   Have you ever discussed the complaint and
8  the allegations contained there in with Mr. Courtney?
9    A.   I don't recall.
10   Q.   Have you and Courtney ever had any
11  conversations about Len after his layoff?
12   A.   I don't recall.
13   Q.   Would there be any record, memoranda,
14  e-mail, anything that could refresh your recollection?
15   A.   I don't think so.
16   Q.   Did you ever have any conversations with
17  Mr. Dickson about the complaint and the allegations
18  contained therein?
19   A.   I don't recall.
20   Q.   Maybe we can do it this way:  Do you recall
21  having any conversations with anyone other than
22  Christine or Jennifer Schwartz with respect to this
23  complaint?
24   A.   Yes.
25   Q.   With whom did you have those conversations?

**Page 204**

1    A.   In-house counsel.
2    Q.   Tell me the name of in-house counsel.
3    A.   Paul Wakerly and Clay Halvorsen.
4    Q.   Just them?
5    A.   Yes.
6    Q.   I don't want to know what you said.  Anyone
7  else besides them?
8    A.   I don't remember.
9    Q.   And there is no document of any kind that
10  could refresh that recollection of yours; is that
11  right?
12   A.   Not that I'm aware of.
13   Q.   Okay.  No problem.  Let's go back to the
14  letter.
15   A.   Okay.
16   Q.   Why isn't it dated?
17   A.   I don't know.
18   Q.   Well, did you prepare it?
19   A.   I did not prepare this letter.
20   Q.   But you were going to sign it, right?
21   A.   Yes.
22   Q.   Did you read it before you gave it to Len?
23   A.   I don't recall, but it looks familiar.
24   Q.   Have you had a chance to read it today?
25   A.   Not the whole thing.  Do you want me to read

**Page 205**

1  it?
2    Q.   Well, I'm going to ask you some questions,
3  so as I said this morning, if you'd like to take a
4  moment, please, take a moment and read it because I'm
5  going to ask you some questions about it.
6    A.   Okay.  Yes, I've seen this before.
7    Q.   Okay.  My question was, Diana, I'm going to
8  ask you questions.  It's up to you, I can --
9    A.   Ask me the questions and I'll look at it and
10  try to answer.
11   Q.   Okay.  The agreement that Jim entered into,
12  do you have that in front of you?  May I take it from
13  you for a second?  That's an agreement entered into by
14  Westbrooke Homes, a general partnership.
15        Did Standard Pacific of South Florida simply
16  change the name Westbrooke Homes, a general
17  partnership?
18   A.   Yes.
19   Q.   So that Westbrooke Homes is now Standard
20  Pacific of South Florida?
21   A.   Yes.
22   Q.   Okay.  And we just don't know who the
23  limited partner is at this point, is that a fair
24  statement, as we sit here?
25   A.   Yes.

(Pages 202 to 205)

Page 206

```
 1     Q.  Now, could you take a moment, please, and
 2  just look at paragraph number one?  Did Len Chernys
 3  ever resign his employment with this company?
 4     A.  No.
 5     Q.  So paragraph one is incorrect, isn't it?
 6  Correct?  Am I right?  I'm sorry.
 7     A.  Yes, you are right.
 8     Q.  Okay.  Number 2, do we know as we sit here
 9  today whether Len Chernys was actually employed by
10  Standard Pacific of South Florida, a Florida general
11  partnership?
12     A.  Yes.
13     Q.  Okay.  And the answer is he was?
14     A.  Yes.
15     Q.  Okay.  Now, why was he required under
16  paragraph -- well, let's look at paragraph number 2.
17         In exchange for entering into this release
18  he is to be paid money under the consulting agreement;
19  is that correct?
20     A.  Yes.
21     Q.  And I think we testified earlier that that
22  was either $8,000 for the 30 days he worked, or if he
23  worked the year it would be $96,000 as evidenced by
24  the agreement attached or the consulting agreement
25  that is attached to the complaint, Exhibit 7.
```

Page 207

```
 1         MS. WILSON:  Objection to --
 2  BY MR. CARMAN:
 3     Q.  Exhibit 6; is that correct?
 4         MS. WILSON:  Objection to form.
 5  BY MR. CARMAN:
 6     Q.  Let's see if we can correct your objection.
 7         If we look at compensation on page two,
 8  paragraph three of the exhibit, consulting agreement
 9  two, Exhibit No. 6, it says he's going to be paid a
10  monthly consulting fee of $8,000 a month; is that
11  correct?
12     A.  Yes.
13     Q.  And then if we look at paragraph number two,
14  the way it's written the agreement could be terminated
15  upon 30 days' written notice; is that correct?
16     A.  Yes.
17     Q.  So the company could, the first day this was
18  entered in to, give him 30 days' notice that it was
19  terminating the agreement and all he would be paid was
20  $8,000, right?
21     A.  No.  I explained to you before that we had a
22  phone conversation before where I agreed that we would
23  change that paragraph.
24     Q.  But you said you had not gotten permission
25  yet from the parent to change that?
```

Page 208

```
 1     A.  No, I never said that.  Len never got back
 2  to me.
 3     Q.  Well, the document as it stands says that
 4  the termination would be 30 days, correct, 30 days'
 5  notice?
 6     A.  Yes, that's what it says.
 7     Q.  Now, that's what he could receive based upon
 8  the existing consulting agreement.  Why was there to
 9  be a confidentiality provision in paragraph 3 if you
10  know?
11         MS. WILSON:  Objection to form.
12         THE WITNESS:  I think I already explained it
13  to you.
14  BY MR. CARMAN:
15     Q.  In this agreement?
16     A.  In what agreement?
17     Q.  Well, why don't we make it easy.  Would you
18  go back to the first page of your letter agreement,
19  would you turn the page for a second?  Instead of the
20  letter agreement, let's call it ten.
21     A.  Okay.
22     Q.  Look at Exhibit 10, it says this agreement
23  is going to be kept strictly confidential.  Why did
24  this agreement have to be kept confidential?
25         MS. WILSON:  Objection to form.
```

Page 209

```
 1         THE WITNESS:  I don't know.  Like I said, I
 2  didn't prepare this agreement.
 3  BY MR. CARMAN:
 4     Q.  Would you look at paragraph number four,
 5  please of Exhibit No. 10?
 6     A.  Okay.
 7     Q.  What claims were you or the company trying
 8  to prevent from Chernys from filing?
 9         MS. WILSON:  Objection to form.
10         THE WITNESS:  I did not prepare this
11  document again.
12  BY MR. CARMAN:
13     Q.  Well, you read it.
14     A.  Yes.
15     Q.  You were going to sign it.
16     A.  Yes.
17     Q.  So what claims?
18     A.  We were weren't afraid of anything.  This is
19  a standard form.
20     Q.  Have you ever seen a document like this
21  before?
22     A.  Yes.
23     Q.  For whom have you seen such a document?
24     A.  This looks like part of our standard release
25  that we give our employees.
```

(Pages 206 to 209)

## Page 210

1    Q.   Well, I'm asking about this letter
2    agreement. Do you use this letter agreement with your
3    employees?
4       A.   I -- I can't attest to this exact, but it's
5    very similar.
6       Q.   When was the last time you saw a similar
7    agreement like this?
8       A.   When we had our RIFs.
9       Q.   Okay. You used this agreement with your
10   RIFs?
11      A.   Yes.
12      Q.   Okay. And --
13      A.   Well, I don't know if this agreement, but
14   it's very similar. I recognize some of these
15   paragraphs.
16      Q.   Well, you don't know whether it's this
17   agreement or whether it's similar or not; is that a
18   fair statement?
19         MS. WILSON: Objection to form.
20         THE WITNESS: Well, I know that this
21      particular paragraph is what we gave our
22      employees, many of these paragraphs.
23   BY MR. CARMAN:
24      Q.   Why is that particular paragraph in the
25   agreement?

## Page 211

1         MS. WILSON: Objection to form. Asked and
2    answered.
3         THE WITNESS: Was the question, why was it
4    in there?
5    BY MR. CARMAN:
6       Q.   Yes, why is paragraph four in Exhibit No.
7    10? What's its purpose?
8         MS. WILSON: Objection to form. Asked and
9    answered.
10   BY MR. CARMAN:
11      Q.   You can answer the question.
12      A.   I didn't prepare it.
13      Q.   What do you think it's for, ma'am? As
14   president of the company why would you want it in
15   there?
16      A.   It's a release from the employee suing the
17   company for any reason.
18      Q.   Are you aware of any reason why Mr. Chernys
19   would have sued the company in September of 2006 when
20   the company needed this release?
21         MS. WILSON: Objection to form.
22         THE WITNESS: The standard release was asked
23      of many employees to sign.
24   BY MR. CARMAN:
25      Q.   Assuming for purposes of my question you

## Page 212

1    were Mr. Chernys and you were fired as the president
2    of the company and you had an understanding that you
3    were going to participate in the profit sharing for
4    the year in which you were terminated.
5         Would you believe you had a claim against
6    the company.
7         MS. WILSON: Object to form. You're asking
8      her to speculate. She's not Mr. Chernys.
9         THE WITNESS: I'm not Mr. Chernys.
10   BY MR. CARMAN:
11      Q.   But you can answer the question.
12      A.   I'm not Mr. Chernys.
13      Q.   Doesn't matter. Would you have filed a
14   claim against the company under that set of facts?
15         MS. WILSON: Objection.
16         THE WITNESS: Ask the question again.
17   BY MR. CARMAN:
18      Q.   If you were fired by the company in October
19   of 2006 and you believed you still were entitled to
20   your profit sharing interests for 2006 as well as the
21   balance of your salary, would have given up that claim
22   to sign this agreement?
23         MS. WILSON: Again, objection to form.
24      Calls for speculation.
25         THE WITNESS: Well, I can tell you he knew

## Page 213

1    very well he was told at the end of 2005 that he
2    was not getting profit sharing. So you are saying
3    that he was expecting profit sharing. He knew he
4    wasn't getting profit sharing.
5         MR. CARMAN: Not based upon any agreement
6      that he had?
7         MS. WILSON: Objection to form.
8         MR. CARMAN: That's yet to be determined by
9      this Court.
10         MS. WILSON: There is no question.
11   BY MR. CARMAN:
12      Q.   My question is you, not him. Would you
13   under the facts I set forth have filed a claim against
14   the company?
15         MS. WILSON: Objection to form.
16         THE WITNESS: No.
17   BY MR. CARMAN:
18      Q.   Why?
19      A.   I think the company has been very fair.
20      Q.   Okay. That's fine. Let's go on. With
21   respect to paragraph seven, did the company request
22   Mr. Chernys contact counsel to review these
23   agreements?
24      A.   Yes.
25      Q.   Was it both agreements or just this

(Pages 210 to 213)

Page 214

1   agreement you wanted him to seek counsel for?
2       A.   Both agreements.
3       Q.   Well, does it say "both" anywhere?
4       A.   No.
5       Q.   Okay.  Now, I notice here, is there any
6   space for Mr. Chernys's signature on page 13?
7       A.   No.
8       Q.   Was there ever a document prepared for his
9   signature?
10      A.   I don't know.
11      Q.   Now, you mentioned earlier that you had
12  reviewed before you came two basic annual performance
13  reviews?
14      A.   No, I didn't review two.
15      Q.   You reviewed one?
16      A.   Yes.
17      Q.   Let me show you Plaintiff's Exhibit 8A.  Did
18  you review that one?
19      A.   Yes, I did.
20      Q.   Why did you review it?
21           MS. WILSON:  Objection to form.
22           THE WITNESS:  In preparation for the
23  deposition.
24  BY MR. CARMAN:
25      Q.   And that was the only document you reviewed

Page 215

1   in preparation for this deposition.  Why just this
2   document?
3           MS. WILSON:  I'm going to instruct the
4   witness not to answer because she's already
5   testified she reviewed it with me.  So --
6   BY MR. CARMAN:
7       Q.   Well, did you review it on your own or were
8   you given it by counsel to review?
9           MS. WILSON:  Again, this is work product.
10  It was done in preparation for the deposition.
11          MR. CARMAN:  I don't think it's a work
12  product objection, counsel.
13          THE WITNESS:  Do I answer?
14          MS. WILSON:  You can ask her if she reviewed
15  it outside of our meeting.
16  BY MR. CARMAN:
17      Q.   When did you review this document, ma'am?
18      A.   During my meeting.
19      Q.   And where did you get the document from?
20          THE WITNESS:  Do I answer it?
21          MS. WILSON:  It's irrelevant.
22          THE WITNESS:  It's irrelevant?  From my
23  attorney.
24  BY MR. CARMAN:
25      Q.   You'd never seen it before?

Page 216

1       A.   Yes, I've seen it before.  I prepared it.
2       Q.   Do you have a copy of it in your files?
3       A.   I don't know.  I think it's in corporate.
4       Q.   It's not in human relations or resources in
5   your office; is that correct?
6       A.   I don't know.  I don't think so.
7       Q.   Let's go through it.  Got it in front of
8   you?
9       A.   Yes.
10      Q.   The date of hire, February 1, '78; is that
11  correct?
12      A.   Yes.
13      Q.   What period of time does this cover?
14      A.   This covers the year 2004.
15      Q.   Is there a 2005 review?
16      A.   No.
17      Q.   Why not?
18      A.   Because I couldn't bring myself to do a
19  review because it wouldn't have been good.
20      Q.   Well, doesn't the company require you to do
21  reviews each year?
22      A.   Yeah, but I avoided it.
23      Q.   So you violated company policy because you
24  couldn't give Mr. Chernys a good review; is that your
25  testimony?

Page 217

1       A.   No, I wouldn't say violated company policy.
2       Q.   Well, the policy of the company is to do an
3   annual review each year; is that correct?
4       A.   I'm not sure if it's mandatory.
5       Q.   Well, let's go through this.  Paragraph one,
6   would take a moment to read it?
7       A.   Yes.  I did.
8       Q.   And it's your testimony that you could not
9   do this review in 2005 because you would give him a
10  bad review; is that correct?
11      A.   Yes.
12      Q.   Why were you worried about giving him a bad
13  review if it's the truth?
14      A.   Because we're friends, and it's very
15  difficult.
16      Q.   Was it very difficult to fire him or lay him
17  off?
18      A.   Of course.
19      Q.   But you were able to do that, weren't you?
20      A.   Yes.
21      Q.   So you were able to terminate or lay him
22  off, give him a consulting agreement, give him an
23  agreement to execute a release, but you weren't able
24  to give him a review; is that correct?
25          MS. WILSON:  Objection to form.

(Pages 214 to 217)

Page 218

```
 1      Argumentative.
 2    BY MR. CARMAN:
 3      Q.   You can answer the question.
 4      A.   Yes.
 5      Q.   Now, under paragraph one, was this correct
 6    at the time you filled it out?
 7      A.   Yes. And let me just say at the time I had
 8    been in this position of overseeing Lenny for two
 9    weeks.
10      Q.   Two weeks?
11      A.   Yes, two weeks to a month at most.
12      Q.   And how long had you worked side by side
13    with him?
14      A.   For 25 plus years.
15      Q.   Right. In fact, he was offered the
16    presidency of the company before you were; is that
17    correct?
18          MS. WILSON:  Objection to form.
19          THE WITNESS:  I'm not aware of that.
20    BY MR. CARMAN:
21      Q.   Well, if Mr. Carr was to testify to that
22    fact, that he had recommended Len as the president of
23    the company instead of yourself but that Len didn't
24    want it?
25      A.   That wasn't your question. You said was he
```

Page 219

```
 1    offered the job.
 2      Q.   Yes.
 3      A.   I don't think it was Mr. Carr's position to
 4    offer the job.
 5      Q.   If the position was offered to Mr. Chernys
 6    before it was offered to you, are you aware of that?
 7      A.   No, I'm not.
 8      Q.   Are you aware he was offered the presidency
 9    before it was offered to Hal?
10      A.   No, I'm not.
11      Q.   So I --
12      A.   I would highly doubt it.
13      Q.   Why?
14      A.   Because I -- because I don't think Jim was
15    happy with Len's performance.
16      Q.   In 2004?
17      A.   Yes.
18      Q.   And how do you know that?
19      A.   Because he said it many times.
20      Q.   In 2004 to you?
21      A.   Yes. And in 2003, also.
22      Q.   Then why did he keep him on?
23      A.   You have to ask him that.
24      Q.   Well, did he tell you why he was keeping him
25    on?
```

Page 220

```
 1      A.   I don't remember.
 2      Q.   If Jim is so unhappy with Len in 2003 and
 3    2004, why did Len make offer a million and a half
 4    dollars each year?
 5      A.   He did not make that much each year.
 6      Q.   What did he make in 2005?
 7      A.   In 2005? A million close to -- I'm not
 8    exactly.
 9      Q.   A million four roughly, his salary plus his
10    distribution, okay?
11      A.   Okay.
12      Q.   What did he make in 2004?
13      A.   Less than half of that probably.
14      Q.   Why was that?
15      A.   It was based at that time on the profit of
16    the company.
17      Q.   So it wasn't based on performance, it was
18    based on profit, right?
19      A.   Right.
20      Q.   And when Jim sold the company, what year was
21    that?
22      A.   '98 I believe.
23      Q.   And he gave a million dollars and you and he
24    got a million dollars then, right?
25      A.   No.
```

Page 221

```
 1          MS. WILSON:  Objection to form.
 2    BY MR. CARMAN:
 3      Q.   When did you all get the million dollars?
 4    When was the Bahama trip?
 5      A.   I believe in '98, but I don't know where
 6    that million dollar figure comes. I don't --
 7      Q.   You never totaled it?
 8      A.   No, I guess not.
 9      Q.   Okay.
10      A.   But it wasn't a million every year.
11      Q.   So if Jim was unhappy with Len in 2003, why
12    was he there?
13          MS. WILSON:  Objection to form.
14          THE WITNESS:  You'd have to ask Jim that.
15    BY MR. CARMAN:
16      Q.   When Jim stopped running this company, when
17    was that?
18      A.   Shortly after Standard Pacific purchased the
19    company. I want to say six months to a year later.
20    I'm not quite sure of the date.
21      Q.   Let's go back. Do we know when Standard
22    Pacific bought the company?
23      A.   2003.
24      Q.   And Jim was basically still president of the
25    company at that time?
```

(Pages 218 to 221)

Page 222

```
1    A.    Right, yes.
2    Q.    And when did he resign the presidency of the
3  company?
4    A.    Like I said, I'm not sure of the exact date.
5  Six months to a year later.
6    Q.    Sometime in 2003?
7    A.    I believe. I'm not a hundred percent
8  certain.
9    Q.    Did he continue to work for the company in
10 2003?
11   A.    He was a consultant.
12   Q.    He continued to come to meetings in 2003?
13   A.    Yes, he would come to some meetings.
14   Q.    And he continued to chair meetings in 2003?
15   A.    Not weekly.
16         MS. WILSON: Objection to form.
17 BY MR. CARMAN:
18   Q.    How often did he chair these meetings?
19         MS. WILSON: Objection to form. Assumes
20   facts not in evidence.
21         THE WITNESS: I'm not sure. It was not
22   every week. He was rarely there.
23 BY MR. CARMAN:
24   Q.    Jim was barely there in 2003?
25   A.    Yes.
```

Page 223

```
1    Q.    And Jim didn't share weekly meetings with
2  you and Hal and Len in 2003?
3    A.    He did chair some of our weekly meetings,
4  but I can't recall that it would be every week.
5    Q.    Well, he made decisions to buy land and what
6  direction the company was going in 2004?
7          MS. WILSON: Objection to form.
8          THE WITNESS: No, he would advise.
9  BY MR. CARMAN:
10   Q.    Hal became president when, in 2004?
11   A.    I don't recall fit was '03 or '04.
12   Q.    And Hal let Jim preside over meetings when
13 he was there, right?
14         MS. WILSON: Objection to form.
15         THE WITNESS: Jim is a forceful presence,
16   but I don't know if you'd call it preside. Hal
17   was the president.
18 BY MR. CARMAN:
19   Q.    Jim made decisions and gave advice and did
20 things on behalf of the company in 2003 and 2004 is;
21 that correct?
22         MS. WILSON: Objection to form.
23         THE WITNESS: Jim gave advice. As far as
24   decisions, it had to be in conjunction with Hal.
25
```

Page 224

```
1  BY MR. CARMAN:
2    Q.    And Hal agreed on most of those decisions,
3  right?
4          MS. WILSON: Objection to form.
5          THE WITNESS: I can't recall.
6  BY MR. CARMAN:
7    Q.    Are you aware of any decision Jim was making
8  or propositions that he was looking to do that Hal
9  didn't agree with him? You were there at the time?
10         MS. WILSON: Objection to form.
11         THE WITNESS: I don't recall.
12 BY MR. CARMAN:
13   Q.    Did Jim have authority to do anything at
14 that time?
15         MS. WILSON: Objection to form.
16         THE WITNESS: What do you mean?
17 BY MR. CARMAN:
18   Q.    Did Jim have authority to enter into
19 contracts for the company?
20   A.    No.
21   Q.    How do you know that?
22   A.    Because he was consulting.
23   Q.    How do you know that?
24   A.    When I was president he was --
25   Q.    You weren't president in 2004, were you?
```

Page 225

```
1    A.    2004? Okay.
2    Q.    Talking about 2004. What was Jim's
3  authority to bind the company into agreements in 2004?
4    A.    It was my understanding he did not have
5  authority.
6    Q.    And who did you hear that from?
7    A.    I don't recall.
8    Q.    Is that something that corporate told you?
9          MS. WILSON: Objection to form.
10         THE WITNESS: Absolutely not.
11 BY MR. CARMAN:
12   Q.    Do you have any personal knowledge as to
13 what Jim Carr's authority was to bind this company in
14 2004?
15   A.    Repeat the question.
16         (Thereupon, a portion of the record was read
17 by the reporter.)
18         THE WITNESS: No, I guess I don't know
19   exactly.
20 BY MR. CARMAN:
21   Q.    Now, in 2005 did Jim come to the company and
22 come to management meetings?
23   A.    In 2005?
24   Q.    Yes, when you were president.
25   A.    I -- no. Main one in the whole year.
```

(Pages 222 to 225)

Page 226

```
 1      Q.   In fact when you became president, Mr. Carr
 2  became scarce, fair statement?
 3          MS. WILSON:  Objection to form.
 4          THE WITNESS:  Yes.
 5  BY MR. CARMAN:
 6      Q.   Was that at your direction that he become
 7  scarce?
 8      A.   I don't recall.
 9      Q.   In fact, you and Mr. Carr had a falling out
10  in 2005, didn't you?
11      A.   Yes.
12      Q.   And that falling out in 2005 was based upon
13  what?
14      A.   It was based over an office.
15      Q.   It was based upon an office that you moved
16  into?
17      A.   Yes.
18      Q.   And he treated that very poorly, he didn't
19  like you moving into his office, did he?
20      A.   Yes.
21      Q.   And you moved into his office because you
22  thought now you were president, and you wanted to show
23  where the power was, correct?
24          MS. WILSON:  Objection to form.
25
```

Page 227

```
 1  BY MR. CARMAN:
 2      Q.   Correct?
 3      A.   Repeat the question.
 4          (Thereupon, a portion of the record was read
 5  by the reporter.)
 6          THE WITNESS:  No, it was the president's
 7      office, and I moved into it.
 8  BY MR. CARMAN:
 9      Q.   Had Hal moved into it?
10      A.   No.
11      Q.   Because Jim was using it and Jim would come
12  back and use that office, right?
13          MS. WILSON:  Objection to form.  Calls for
14      speculation.
15  BY MR. CARMAN:
16      Q.   You know, facts, Diana, is that a correct
17  statement?
18      A.   I don't know in Hal used the office.
19      Q.   But he used it?
20      A.   Yes.
21      Q.   And when you became president and Hal
22  resigned sometime in January of 2005 you moved into
23  Jim's office?
24      A.   Yes.
25      Q.   And after that, Jim never came back to the
```

Page 228

```
 1  company?
 2      A.   You mean to the office?
 3      Q.   Yes.
 4      A.   Yes, I believe that's true.
 5      Q.   Did you ever reach out to Jim from that time
 6  forward to try and bring him back into the fold?
 7          MS. WILSON:  Objection to form.
 8          THE WITNESS:  What do you mean by "the
 9      fold"; to come back to the office?
10  BY MR. CARMAN:
11      Q.   From January 2005 until the present day, did
12  you ever reach out to Jim and say I'm sorry I took
13  your office, come on back in and let's work together?
14          MS. WILSON:  Objection to form.
15          THE WITNESS:  No, I never said I'm sorry I
16      took your office.
17  BY MR. CARMAN:
18      Q.   Did you ever talk to him about this?
19      A.   Yes.
20      Q.   When?
21      A.   When it occurred.  I had told him I was
22  going to move into his office and he said fine.
23      Q.   After that discussion when you knew he was
24  upset and he wasn't coming around, did you ever talk
25  to him again?
```

Page 229

```
 1      A.   I'm sure I did.
 2      Q.   Did you ever patch up your differences?
 3      A.   To a certain extent, yes.
 4      Q.   And do you think you are on good terms today
 5  with each other?
 6      A.   It wasn't what it was, but yes.
 7      Q.   Well, why isn't it what it was?
 8      A.   We no longer work in the same company, so
 9  it's not the same comradery.
10      Q.   Any other reason?  Is he mad at you for any
11  other reason?
12      A.   If he's mad at me, he hasn't told me.
13      Q.   Okay.  Let's go back to 8 and 9 and then
14  we'll stop for the day.
15          Looking at this Exhibit 8, paragraph one, at
16  the time you wrote that it was correct?
17      A.   Yes.
18      Q.   Had you done the review in 2005 that you
19  didn't want to do, would that change?
20      A.   No, I think he does have an excellent
21  understanding of construction design and architecture.
22  That would be the same.
23      Q.   Let's go back to paragraph 3, quality and
24  accuracy of work performed.  Would that be the same in
25  2005?
```

(Pages 226 to 229)

Page 230

1    A.   No.  Len is very accurate.  I wouldn't
2  change.
3    Q.   I skipped paragraph 2.
4    A.   That's the one I would change.
5    Q.   Let's go through it.  All right.  "Quantity
6  of work performed, does the employee complete a
7  sufficient amount of work and maintain appropriate
8  amount of focus in the work place."
9       Would that change?
10   A.   Yes.
11   Q.   Why?
12   A.   Because A, there wasn't a sufficient amount
13 of work and B, there was no focus.
14   Q.   Well, what was mission in the focus?
15   A.   Couldn't get him to bring anything to
16 conclusion, would walk around disruptive, going to
17 everybody's office, you know.
18   Q.   So --
19       MS. WILSON:  Let her finish.  Go ahead.
20       THE WITNESS:  You know, we are very family
21 oriented, everybody loves Lenny, he loves
22 everyone, but he's a little counterproductive.  He
23 would walk into people's offices sometimes and not
24 let people work.
25

Page 231

1  BY MR. CARMAN:
2    Q.   Who complained of that?
3    A.   Many people.
4    Q.   Any of those complaints in writing?
5    A.   No.
6    Q.   Who would they be?
7    A.   Kimberly Messer.
8    Q.   Okay.
9    A.   Freddy Marante.
10   Q.   And what was Freddy's role?
11   A.   He was VP of purchasing.
12   Q.   Is he related to you?
13   A.   No.
14   Q.   Okay.  Go ahead.
15   A.   Those are the only two off the top of my
16 head that I can remember.
17   Q.   What did Fred I do?  I'm sorry.
18   A.   VP of purchasing.
19   Q.   And that was his old job?
20   A.   Who?
21   Q.   Len.
22   A.   No.
23   Q.   He was never VP of purchasing?
24   A.   No, I think he was VP of construction.  I
25 could be wrong.

Page 232

1    Q.   Now, he said he didn't have a sufficient
2  amount of work.  Was that his fault?
3    A.   Well, let me tell you that he was in charge
4  of safety on the job and he rarely visited the job
5  sites.
6    Q.   What is safety --
7       MS. WILSON:  Let her go on.
8       THE WITNESS:  He rarely visited the job
9  site.  He was in charge of project development.
10 We were trying to get a elevator.  We asked him to
11 visit some of our competition.  I ended up sending
12 Henry because he never went.
13 BY MR. CARMAN:
14   Q.   Who is Henry?
15   A.   Our VP of construction.
16   Q.   And he was the one that Len trained,
17 correct?
18   A.   Yes.
19   Q.   What was Henry's occupation before he came
20 to the company?
21   A.   I don't know what his occupation was.  He
22 worked for Eastern Airlines.
23   Q.   He had no construction experience at all?
24   A.   I don't know that.
25   Q.   Was he in baggage at Eastern?

Page 233

1    A.   I don't know.  I think he was a mechanic.
2    Q.   And mechanic, let's assume that he was a
3  mechanic at Eastern Airlines.
4    A.   I'm not sure what he was.  I'm sorry.  You
5  shouldn't assume anything.
6    Q.   Well, he wasn't in construction.  You would
7  agree with that, right?
8       MS. WILSON:  Objection.  Mischaracterizes
9  her testimony.
10      THE WITNESS:  I'm not sure what he was
11 doing.
12 BY MR. CARMAN:
13   Q.   Was he a builder?  Did Eastern Airlines
14 build homes?
15   A.   Of course not.
16   Q.   Did Eastern Airlines build residential
17 properties?
18   A.   No.
19   Q.   He still works for the company?
20   A.   Yes.
21   Q.   Is he related to you?
22   A.   No.
23   Q.   By the way, are there any relatives of yours
24 that were scheduled to be RIF'd off that you asked to
25 keep on?

(Pages 230 to 233)

Page 234

```
 1    A.  Absolutely not.
 2    Q.  There were none?
 3    A.  No.
 4    Q.  Who are the relatives of your that work at
 5  the company?
 6    A.  Cindy Raybon.  Roberta Yurubi.  Dean Yurubi
 7  and David.
 8    Q.  What do they do now?
 9    A.  They are superintendents.
10    Q.  Is there any work for them?
11    A.  We are going to deliver 300 homes for this
12  year.
13    Q.  So it isn't as bleak as you've told us?
14        MS. WILSON:  Objection to form.
15        THE WITNESS:  It's pretty bleak.
16  BY MR. CARMAN:
17    Q.  Were any superintendents let go?
18    A.  Yes.
19    Q.  Why weren't they let go versus the people
20  with employer experience?
21    A.  You'd have to talk to the head of
22  construction.
23    Q.  Were they ever on a list to be RIF'd?
24    A.  Who, Robert and David Yurubi?
25    Q.  David and Dean.
```

Page 235

```
 1    A.  I believe Dean may have been on one of the
 2  lists that we were considering.
 3    Q.  Okay.
 4    A.  We had many people on and off the list.
 5    Q.  And you didn't intervene or intercede to
 6  keep your relative from being fired?
 7    A.  Absolutely not.
 8    Q.  Who made the decision to keep Dean?
 9    A.  I think it was corporate with Henry
10  Laureiro.
11    Q.  And who was the corporate person?
12    A.  I don't recall.
13    Q.  Let's continue with the list of your
14  relatives, please.
15    A.  Okay.  Where were we?  David, Dean, Olga
16  Greenfield.
17    Q.  What was her position with the company?
18    A.  Salesperson.
19    Q.  How long has she been with the company?
20    A.  Very long time.  28, 29 years.  Longer than
21  I.
22    Q.  What is she selling today?
23    A.  She sells Cobblestone homes, townhomes.
24    Q.  How many homes are there for sale at
25  Cobblestone today?
```

Page 236

```
 1    A.  Over 500.
 2    Q.  Okay.  And are there any other salespeople
 3  at Cobblestone?
 4    A.  Yes, there's five.
 5    Q.  Were any laid off as part of the RIF?
 6    A.  We did not lay off salespeople.  That's the
 7  area we were concentrating on.
 8    Q.  Let's go down the list.
 9    A.  Lorraine Sanchez, also a salesperson.
10    Q.  When did she join the company?
11    A.  She's been 23, 22 years.
12    Q.  Okay.  Next?  Who else?
13    A.  That's it.
14    Q.  Are there anymore?
15    A.  There was one family member that was laid
16  off.
17    Q.  Who was that?
18    A.  Dawn Yurubi.
19    Q.  And what was her position?
20    A.  She was closing assistant.
21    Q.  And was she pregnant at the time she was
22  laid off?
23    A.  Yes.
24    Q.  And her mother was your secretary; is that
25  correct?
```

Page 237

```
 1    A.  No.
 2    Q.  Was her mother ever a worker of yours?
 3    A.  No.
 4    Q.  Okay.  And when was she laid off, during her
 5  pregnancy?
 6    A.  You are talking about --
 7    Q.  Dawn.
 8    A.  Yes, she was pregnant at the time.  She was
 9  part of the RIF.
10    Q.  And did she execute a release?
11    A.  Yes.
12    Q.  Did she bring any lawsuits or administrative
13  proceedings against the company?
14    A.  No.
15    Q.  Anyone else?  Any other relatives?
16    A.  How many do you have there?
17    Q.  Eight.  I think eight.  I can't read my own
18  writing, so it could be one, two, three, four, five,
19  six, seven.  Sorry, seven.
20    A.  Seven.  I think there is one more.  Ashley
21  Ruiz.
22    Q.  Ashley?
23    A.  Ruiz.
24    Q.  What does she do?
25    A.  She's a marketing clerk.
```

Page 238

1  Q.  Okay.  And was she laid off?
2  A.  No.
3  Q.  Why was she not laid off?
4  A.  You'd have to ask her supervisor.
5  Q.  Who is her supervisor?
6  A.  Casey Messer.
7  Q.  Was any marketing clerk laid off?
8  A.  No, actually no one in marketing or sales.
9  Q.  So that's it.  Any more?
10  A.  No.
11  Q.  How many people were RIF'd in October?
12  A.  Approximately 38.
13  Q.  38.
14  A.  Yes.
15  Q.  Okay.  And were anymore RIF'd after October?
16  A.  RIF'd?
17  Q.  Yes.
18  A.  No.
19  Q.  The only executive RIF, senior vice
20  president was Len?
21  A.  Yes.
22  Q.  And Webber wasn't RIF'd?
23  A.  No.
24  Q.  Webber resigned?
25  A.  No, he was fired with cause.

Page 239

1  Q.  Why was he fired with cause?
2  A.  There were issues back and forth.  He would
3  make decisions without consulting me.
4  Q.  Did you ever think of putting Len into his
5  position as the purchaser of land?
6  A.  No.
7  Q.  Did you ever talk to Len about saying to him
8  that he could do Weber's job?
9  A.  No.
10  Q.  Did you ever consider putting Len back into
11  the old job he had?
12  A.  No.
13  Q.  Why not?
14    MS. WILSON:  Objection to form.
15    THE WITNESS:  Why not?
16  BY MR. CARMAN:
17  Q.  Yes.
18  A.  Because Henry was doing a very good job.
19  Q.  How old is Henry?
20  A.  Henry is about 50.
21  Q.  Okay.  And when did he join the company?
22  A.  I don't know.  A very long time ago.
23  Q.  Okay.  And did Len tutor him, teach him.
24  A.  Yes, I think we discussed that already.
25  Q.  Is there anyone else that Len tutored and

Page 240

1  taught?
2  A.  Many people.
3  Q.  Okay.
4  A.  He is in charge of construction.  He oversaw
5  a lot of superintendents.
6  Q.  Well, what about your nephews or cousins?
7  A.  Yes, all of them.
8  Q.  He taught them?
9  A.  Yes.
10  Q.  Okay.  And did he teach Robert?
11  A.  Yes.
12  Q.  Okay.  So was good enough to teach all of
13  those people who still had their jobs, but yet he was
14  not good enough to keep as an employee; is that
15  accurate?
16    MS. WILSON:  Objection to form.
17    Argumentative.
18    THE WITNESS:  Yes.
19  BY MR. CARMAN:
20  Q.  Was he fired because of how much money he
21  was making?
22  A.  No.
23  Q.  Was he fired because of his age?
24  A.  No.
25  Q.  He was fired because he was no longer

Page 241

1  needed; is that correct?
2    MS. WILSON:  Objection to form.
3    THE WITNESS:  No.
4  BY MR. CARMAN:
5  Q.  Well, then why was he fired?
6  A.  The position that he oversaw was no longer
7  needed and his performance was no longer up to par.
8  Q.  Why didn't you move him into another
9  position before you fired him?
10  A.  I had no other position to move him into.
11  Q.  Let's go through paragraph two.  Is there
12  anything else you want to add to number two?
13    MS. WILSON:  Objection to form.
14    THE WITNESS:  No.
15  BY MR. CARMAN:
16  Q.  What number would you give him as far as a
17  rating?
18  A.  Two.
19  Q.  Paragraph 3, I think you said he would still
20  get the five?
21  A.  Yes, he was very active.
22  Q.  And on paragraph number one he would still
23  get the five; is that correct?
24  A.  Yeah.
25  Q.  On paragraph number four, what would you do

(Pages 238 to 241)

Page 242

1  in paragraph four?
2     A.   I would give him a one or two.
3     Q.   On the one about meeting realistic
4  deadlines.
5     A.   Yes, yes.
6     Q.   Okay. One or two.
7     A.   Yes.
8     Q.   And what would you do with does employee
9  timely follow up on projects?
10    A.   Same thing.
11    Q.   What long-term projects did you not follow
12  up in your eyes in 2005?
13    A.   In 2005?
14    Q.   Yes, that's the year we are talking about.
15    A.   Elevators in three stories.
16    Q.   How many three --
17       MS. WILSON: Let her finish.
18       THE WITNESS: Safety program. Even our main
19  office.
20  BY MR. CARMAN:
21    Q.   When was the main office built?
22    A.   It was built on time, but we had to put in a
23  project manager on it and we had somebody in the
24  office.
25    Q.   What year?

Page 243

1     A.   Oh, what year?
2     Q.   That was in 2006, wasn't it?
3     A.   Yes, it was.
4     Q.   Let's stick with the --
5     A.   Sorry, 2005. Sorry. I don't recall when
6  the elevator was.
7     Q.   The elevators were in 2006 and the office
8  was in 2006. What long-term projects did he not
9  follow up on in 2005?
10    A.   Many, many.
11    Q.   Can you tell me?
12    A.   I can't recall specifics.
13    Q.   How many long term -- what is your
14  definition of a long-term project?
15    A.   A project that requires more than a month or
16  two.
17    Q.   And what projects were there in 2005?
18    A.   I can't recall our projects in 2005.
19    Q.   So you don't know what projects that he
20  didn't do right or didn't follow up, you don't know
21  what deadlines he failed to meet in these projects,
22  and let's go, does the employee have the ability to
23  handle multiple projects at one time?
24    A.   No.
25    Q.   What did you give him there?

Page 244

1     A.   A two.
2     Q.   Okay. And has the employee effectively
3  staffed his or her department. What did you give him
4  there?
5     A.   Well, I mean that's not something that was
6  part of his job, so many I would leave it the same.
7     Q.   Let's go to paragraph 5, learning ability,
8  persistence and confidence. Does he have the ability
9  to interpret and respond openly to new situations,
10  problems, procedures, methods and change overall?
11       What did you give him there?
12    A.   I would give him a two or three. He's not
13  good with change.
14    Q.   You would give him a two or three. Okay.
15  Would you -- what would you do about grasping skills
16  or concepts?
17    A.   I don't know.
18    Q.   Would you leave it alone?
19    A.   Yes.
20    Q.   Okay. And does he gain insights from both
21  successes and failures and use them to improve future
22  performance?
23    A.   No.
24    Q.   You would put "no." Okay. What comment
25  would you put there?

Page 245

1     A.   I would agree with my previous statement.
2  He's very persistent but in a counterproductive way
3  where he would be persistent with people in other
4  departments which would make them lose their focus.
5     Q.   Okay. But as to that particular paragraph
6  5, he would meet his expectations under the
7  definitions of number two, partially meets specific
8  takings. Since gave him 2s and 4s and 5 --
9     A.   Two is --
10    Q.   You gave him a 2 and a 3 on the first one,
11  and that's partially and meets. Does he or quickly
12  grasp, you gave him a four which means he exceeds.
13  And then does he gain insights you gave him partially
14  meets.
15    A.   Okay.
16    Q.   Let's go to number six, worth ethic. Is he
17  punctual and his work ethic satisfactory?
18    A.   He was on time.
19    Q.   How about responds positively towards
20  compliance?
21    A.   I would give him a two.
22    Q.   What didn't he comply with positively?
23    A.   Again, he was supposed to come up with a
24  safety program, and he did not.
25    Q.   What safety program was he supposed to come

(Pages 242 to 245)

Page 246

1   up with?
2      A.   He was supposed to make sure the job sites
3   were save for employee and subcontractors.
4      Q.   Were there any memos generated by you on any
5   of your correspondence to him complaining about his
6   failure to do that job, yes or no?
7      A.   Not that I recall.
8      Q.   Did you ever have any conversations with him
9   telling him that your job sites weren't safe and he
10  wasn't doing his job in 2005, yes or no?
11         MS. WILSON: Objection to form.
12  BY MR. CARMAN:
13     Q.   Did you have any conversations with him --
14     A.   I had conversations telling him he had to go
15  out in the field more.
16     Q.   Did you ever have any conversations with him
17  in the year 2005 that the job sites that he was
18  supervising were not safe?
19     A.   No.
20     Q.   Okay.  Under paragraph seven, what did you
21  give him under judgment?
22     A.   I would give him a one.  He does not make
23  any decisions quickly.
24     Q.   So you would take away the four and you
25  would now give him a one?

Page 247

1      A.   Yes.
2      Q.   What decision didn't he make quickly, the
3   signing of the release and the letter?
4          MS. WILSON: Objection to form.
5          MR. CARMAN: I'll withdraw the question.
6          THE WITNESS: That's insulting.
7   BY MR. CARMAN:
8      Q.   With respect to what decisions didn't he
9   basically make?
10     A.   Every single decision that had to --
11     Q.   Which were?
12     A.   I'll give you an example.  The planning of
13  the office which was in 2005, the design of the
14  offices, et cetera, back and forth forever.
15     Q.   Who was he going back and forth with?
16     A.   The architects.  He kept going to every
17  employee.  It just took a long time.
18     Q.   Well, was it delivered on time?
19     A.   Yes, thank goodness for the project managers
20  we had on site.
21     Q.   Who were they?
22     A.   Carlos Avila and Len Gonzalez was there at
23  the time.
24     Q.   Didn't he train those people?
25     A.   No.

Page 248

1      Q.   He never supervised them or trained them?
2      A.   I don't know if he trained Carlos.  I don't
3   think so.
4      Q.   How do you know that this problem occurred
5   in 2005, 2006?
6      A.   What do you mean, how do I know?
7      Q.   How do you know?  What's your knowledge of
8   it?
9      A.   Repeat that question again.
10     Q.   What knowledge do you have about this
11  problem?
12         MS. WILSON: Objection to form.
13         THE WITNESS: I supervised him.  I know what
14     he did.
15  BY MR. CARMAN:
16     Q.   You were his supervisor?
17     A.   Yes, of course.  He reported directly to me.
18     Q.   As his supervisor did you ever write him a
19  memo telling him he had to improve?
20     A.   No.
21     Q.   Did you ever tell him to his face that he
22  had to improve?
23     A.   Not in those words, but I asked him
24  repeatedly to go out to the jobs, other things he
25  didn't do.

Page 249

1      Q.   But did you ever direct him as a supervisor
2   to do those things?
3      A.   Yes.
4      Q.   When?
5      A.   Many times.
6      Q.   When?
7      A.   Go out to the field --
8      Q.   Did he ever go out to the field?
9      A.   Very rarely.
10     Q.   Did you write a memo to his file?
11     A.   No.
12     Q.   Did you write a letter to him?
13     A.   No.
14     Q.   Let's go to the next one, seven.
15     Q.   Does the employee have the ability to see
16  hidden problems -- I would probably give him a three
17  there.
18     Q.   Okay.  Continuing to the next page,
19  initiative, accountability and responsibility.
20     A.   A two.
21     Q.   A two.  For all of them?
22     A.   He has --
23         MS. WILSON: Object to the form.
24         MR. CARMAN: I'm sorry.
25         MS. WILSON: Objection to form.

(Pages 246 to 249)

Page 250

```
 1    BY MR. CARMAN:
 2       Q.   Eight. Let's go through it.
 3       A.   First question, proactive. He was not
 4    proactive at all.
 5       Q.   So you would give him a two. Go ahead.
 6       A.   On the second one I would give him a three.
 7       Q.   On the third?
 8       A.   I would give him a two or a one.
 9       Q.   Did you ever tell him about his mistakes?
10       A.   No.
11       Q.   Directly tell him?
12       A.   No, the two or one are not mistakes.
13    Willingness to accept responsibility for his work. In
14    other words, he's responsible --
15       Q.   Including mistakes?
16       A.   Including, but I was not talking about
17    mistakes when I said one or two.
18       Q.   Did you ever tell him, Len, you are not
19    willing to accept responsibility for your work?
20       A.   Not in those words, no.
21       Q.   Let's go to number 8.
22       A.   He didn't really have a support, so I don't
23    know. I probably wouldn't check that off.
24       Q.   Okay. Let's go to category number 9. Team
25    work.
```

Page 251

```
 1       A.   He's very well-liked by everyone, but it was
 2    very difficult even in a team to get him to work to a
 3    conclusion. So I would give him a two or three.
 4       Q.   Ever tell him that?
 5       A.   No.
 6       Q.   Diana, if you never tell somebody that there
 7    are problems, how do you expect those people ever to
 8    learn or change?
 9            MS. WILSON: Objection to form.
10            THE WITNESS: You are right.
11    BY MR. CARMAN:
12       Q.   I'm sorry. Okay.
13            THE WITNESS: I didn't do it.
14    BY MR. CARMAN:
15       Q.   So maybe the problem isn't so much with Len,
16    but maybe the problem lies with management not
17    explaining the problem to him and allowing him to
18    change; is that correct?
19       A.   Where is the question?
20       Q.   Is that correct?
21            MS. WILSON: Objection. Argumentative.
22    BY MR. CARMAN:
23       Q.   Do you think that's a problem?
24       A.   No.
25       Q.   You don't think it's a problem for
```

Page 252

```
 1    management not to explain to an employee his or her
 2    weaknesses and not allow them an opportunity to
 3    correct them?
 4            MS. WILSON: Objection to form.
 5    BY MR. CARMAN:
 6       Q.   Is that what you are saying?
 7       A.   Management asked many times for something to
 8    get done, and they never got done.
 9       Q.   Management also never told him the problems,
10    correct?
11       A.   That's correct.
12       Q.   Let's go to paragraph nine, and we are
13    looking at does the "employee understand and
14    appreciate the objectives other individuals and other
15    departments."
16       A.   Two, he was very -- he would just not
17    understand when people were in a rush to make
18    deadlines. He would go into their office and talk and
19    not let them finish their work.
20       Q.   Who told you that?
21       A.   Several employees.
22       Q.   Such as?
23       A.   The two that I mentioned previously.
24       Q.   Did you tell him that, Mr. Chernys that?
25       A.   Several times we tried to get him out of
```

Page 253

```
 1    peoples' offices.
 2       Q.   Did you ever item Mr. Chernys that he is
 3    disrupting peoples' work and to stay out of their
 4    offices, yes or no?
 5       A.   We would tell him this person has a
 6    deadline, let them work. We did tell him that.
 7       Q.   Did he follow that instruction?
 8       A.   Yes.
 9       Q.   Let's go to the next one.
10       A.   I would give him a two. He did not follow
11    direction at all.
12       Q.   Other than the two episodes we talked about,
13    the elevators for a third floor building and to get
14    the office done on time, what other directions didn't
15    he follow?
16       A.   Many, many. We had communities where we had
17    site plans that had to be designed, what clubhouse had
18    to be designed. Nothing would come to conclusion.
19       Q.   Was that his job in 2005, to design
20    clubhouses in communities?
21       A.   Yes, that's part of the product development.
22       Q.   What communities did he not oversee or
23    design in 2005?
24       A.   It's not that he didn't do it, it's that he
25    took a very long time to do it.
```

(Pages 250 to 253)

Page 254

```
 1    Q.   What were the names of the projects?
 2    A.   Julia Gardens.
 3    Q.   J-U-L-I-A?
 4    A.   Yeah.
 5    Q.   Okay.
 6    A.   Vista.
 7    Q.   V-I-S-T-A?
 8    A.   Yes.
 9    Q.   Okay.
10    A.   Those are the two I recall.
11    Q.   When did they come online?
12    A.   In 2005.
13    Q.   When did construction start?
14    A.   2006 I believe.  I'm not sure.
15    Q.   Well, when was the design aspect, when did
16  that take place?
17    A.   2005.
18    Q.   And who was responsible for the design in
19  those projects?
20    A.   It's not really the design.  It's decisions
21  as far as designs.  What type of clubhouse to use,
22  what type of landscaping, site planning requirements,
23  et cetera.
24    Q.   Well, who was responsible at the company for
25  designing this product?
```

Page 255

```
 1    A.   The architects.
 2    Q.   Were there in-house architects?
 3    A.   No.
 4    Q.   Were there outside architects?
 5    A.   Yes.
 6    Q.   Who was responsible for dealing with them in
 7  '05?
 8    A.   He was.
 9    Q.   Who made the decisions in 2005 as to what
10  type of design there was to be on the project?
11    A.   Many times it was myself or Henry to make
12  those decisions.
13    Q.   He didn't make those decisions?
14    A.   But not all of them.
15    Q.   Did he have the authority to design those
16  projects?
17    A.   He was supposed to come up with ideas and
18  suggestions.
19    Q.   My question was, did he have the sole
20  authority to design what the products were and what
21  were to be built?
22    A.   Sole authority?
23    Q.   Yes.
24    A.   No.
25    Q.   Who did that rest with?
```

Page 256

```
 1    A.   Ultimately the decision of what we were
 2  going to do rested on my shoulders.
 3    Q.   Okay.
 4    A.   And the management team as a whole.
 5    Q.   Who was the management team as a whole at
 6  that time?
 7    A.   Casey Messer, Henry Laureiro, Janet Tavel,
 8  Claudia Feldman, David Webber, Michael Debock, Terri
 9  Chapman and myself.
10    Q.   And if I was to take the depositions of
11  every one of those people, they would all tell me that
12  Len failed to do the design of the clubhouses, failed
13  to do the design of the landscaping, and he was a
14  goof-off.  Is that what they would say?
15         MS. WILSON:  Objection to form.  Calls for
16    speculation.
17         THE WITNESS:  No.
18  BY MR. CARMAN:
19    Q.   What would they say?
20         MS. WILSON:  Objection to form.
21         THE WITNESS:  I don't know what they would
22    say.
23  BY MR. CARMAN:
24    Q.   Who would say what you just said to me?
25         MS. WILSON:  Objection to form.
```

Page 257

```
 1         THE WITNESS:  You'd have to ask him.
 2  BY MR. CARMAN:
 3    Q.   Did anyone ever tell you those things?
 4         MS. WILSON:  Objection to form.
 5         THE WITNESS:  Those specific things, no.
 6  BY MR. CARMAN:
 7    Q.   No one ever came to you and said what you
 8  just testified about Len?
 9         MS. WILSON:  Objection to form.
10         THE WITNESS:  People did say it was hard to
11    get him to come to a conclusion or finish
12    anything.
13  BY MR. CARMAN:
14    Q.   Did anybody ever say it was hard to get Len
15  to design a clubhouse?
16    A.   No.  They said it was hard to get him to
17  make a decision.
18    Q.   Any of those decisions, were they ever right
19  at the end?
20         MS. WILSON:  Objection to form.
21         THE WITNESS:  Not all of them were decisions
22  he made.
23  BY MR. CARMAN:
24    Q.   What decision did he have a hard time
25  reaching that you overruled?
```

(Pages 254 to 257)

**Page 258**

1  A.  I can't recall specifics.  It's just a lot.
2  Q.  More than five?
3  A.  Oh, yes.
4  Q.  How many projects were going on that he was
5  responsible for design --
6  A.  It's not -- each project has many, many
7  details.
8  Q.  I'm not done.  Why don't you let me finish.
9     MS. WILSON:  You've been interrupting her
10  continually throughout the deposition.  It would
11  be nice for her to finish one of her answers
12  before you interrupt her.
13  BY MR. CARMAN:
14  Q.  Since the hour is late, we'll pretty much
15  finish with this and we'll adjourn.  If I've insulted
16  you I'm sorry.
17     Now, with respect to the many decisions that
18  Lenny made that were complained of by your management
19  staff, how many of them dealt with landscaping?
20  A.  Many.
21  Q.  Many?
22  A.  Yes.
23  Q.  Does he have any training as a landscaper?
24  A.  No.
25  Q.  His training was in construction; is that

**Page 259**

1  correct?
2  A.  He's an architect.
3  Q.  He was not in construction?
4  A.  Yes, he was in construction.
5  Q.  Let me ask you this:  Does he have a general
6  contractor's license?
7  A.  Yes.
8  Q.  And the company used his general
9  contractor's license; is that correct?
10  A.  Yes, they used his and Henry's.
11  Q.  And the company's agreed to execute
12  indemnification agreements that he's asked them to
13  give him for use of his license?
14  A.  I'm not aware of that.
15  Q.  We'll save that for another day.
16     Is the company still using his general
17  contractor's license?
18  A.  No.
19  Q.  When was the last time the company used his
20  general contractor's license?
21  A.  I don't know.  I'd have to look it up.
22  Q.  But they used it; is that correct?
23  A.  Yes.
24  Q.  And they used the general contractor's
25  license while was there; is that correct?

**Page 260**

1  A.  Yes, that's correct.
2  Q.  And he was smart enough, good enough to
3  maintain that license with the state?
4  A.  Yes, that's correct.
5  Q.  And he met all the qualifications necessary
6  to be a general certified building contractor with the
7  state, correct?
8  A.  Yes.
9  Q.  During all the time that he worked for the
10  company was his license ever suspended?
11  A.  I have no idea.
12  Q.  And during the time he worked for the
13  company, did the company ever have any problems with
14  his license?
15  A.  Not that I'm aware of.
16  Q.  In fact, during all of these jobs that this
17  company built, during the time of your presence until
18  the time was fired or laid off, they utilized his
19  general contractor's license?
20  A.  I don't know that.  Because we used Len's
21  license as well.
22  Q.  When did he get his license, Henry?
23  A.  I have no idea.  It was prior to me taking
24  over.
25  Q.  On how many projects did the company utilize

**Page 261**

1  Len Chernys's general contractors license in 2004,
2  2005 or 2006?
3  A.  I don't know.
4  Q.  Are there any projects currently going on
5  today in which the initial building permits were
6  pulled using his general contractor's license?
7  A.  I don't know.
8  Q.  What steps has the company taken to remove
9  Len Chernys and his general contractor's license for
10  use in those projects?
11  A.  I don't know.  I think corporate was taking
12  care of that.
13  Q.  When and how did they take care of it?
14  A.  I said I don't know.
15  Q.  Who would know?
16  A.  I'm trying to think.  I got an e-mail from
17  someone in corporate.
18  Q.  That they were changing it --
19  A.  But I can't remember the name.
20  Q.  That they were changing licenses?
21  A.  No, it was requesting was there be a second
22  person with a license in the company.
23  Q.  So they could remove Mr. Chernys's license
24  from the job site?
25  A.  No, that was not the question.

(Pages 258 to 261)

Page 262

1    Q.   Has there been any effort made by you or
2  anyone in your corporation that you are president of
3  to remove Mr. Chernys's qualifying license for current
4  job sites under construction?
5    A.   I don't know.
6    Q.   Who would know?
7    A.   I would find out.  I'll find out for you.
8  Someone in corporate.  I got an e-mail.  I don't
9  remember the name.
10   Q.   I guess my problem is corporate you or big
11 corporate?
12   A.   Sorry.  California corporate.
13   Q.   Okay.  When was the last -- or what was the
14 last job that Len's license was used for?
15   A.   I don't know.
16   Q.   Now, when you are doing this evaluation of
17 Len in 2005, are you taking into consideration that he
18 is a certified general contractor and the company is
19 utilizing his license?
20   A.   No, I didn't think of it.
21   Q.   Now, we'll save that for another day.
22   A.   Another day?
23   Q.   Yes.  Another day.  Why don't we just
24 adjourn now.  It's 5:15.  And we'll just reset it at a
25 mutually convenient time.

Page 263

1    A.   Okay.
2    Q.   Thank you all.  You have the right to read
3  this once it's transcribed, and it will be
4  transcribed.  Or you have the right to waive signing
5  and reading.  I can't tell you what to do.  Your
6  counsel can.  I just want to put it on the record
7  whatever your counsel advises you so we can have that.
8  Do you want to waive or do you want to read?
9         MS. WILSON:  We'll read.
10        MR. CARMAN:  Thank you very much.  And we'll
11 talk about a date that will be mutually convenient
12 and we'll order a copy.
13        MS. WILSON:  I'll let you know.
14             - - -
15      (Thereupon, the taking of the deposition was
16 concluded at 5:11 p.m.)
17
18
19
20
21
22
23
24
25

Page 264

1             AFFIDAVIT
2
3  STATE OF FLORIDA    )
   COUNTY OF _____)
4
5       I, _____, being
   first duly sworn, do hereby acknowledge that I did
6  read a true and certified copy of my deposition which
   was taken in the case of Leonard Chernys v. Standard
7  Pacific of South Florida, taken on the 16th day of
   March, 2007, and the corrections I desire to make are
8  as indicated on the attached Errata Sheet.
9
10
11       _____
           (Deponent)
12 ++++++++++++++++++++++++++++++++++++++++++++++++++++
           CERTIFICATE
13
14 STATE OF FLORIDA    )
   COUNTY OF _____)
15
16    Before me personally appeared
17  _____
   to me well known/known to me to be the person
18 described in and who executed the foregoing instrument
   and acknowledged to and before me that he executed the
19 said instrument in the capacity and for the purpose
   therein expressed.
20
21    Witness my hand and official seal, this
   _____ day of _____, _____.
22
23
          _____
24 (Notary Public)
   My Commission Expires:
25

Page 265

1
2         CERTIFICATE OF OATH
3  THE STATE OF FLORIDA)
4  COUNTY OF MIAMI-DADE)
5
6       I, the undersigned authority, certify that
   DIANA IBARRIA personally appeared before me and was
7  duly sworn.
8
        WITNESS my hand and official seal this
9  16th day of March, 2007.
10
11
12
          _____
13        MICHELE ANZIVINO
          Notary Public - State of Florida
          My Commission Expires: 12/12/2010
14        My Commission No.: DD621770
15
16
17
18
19
20
21
22
23
24
25

(Pages 262 to 265)



Page 266

```
 1              CERTIFICATE OF NOTARY
 2
 3   STATE OF FLORIDA   )
 4   COUNTY OF MIAMI-DADE)
 5      I, Michele Anzivino, Court Reporter, Notary
      Public, State of Florida at Large, do hereby certify
 6   that I was authorized to and did report said
      deposition in stenotype; and that the foregoing pages,
 7   numbered 1 to 266, inclusive, are a true and correct
      transcription of my shorthand notes of said
 8   deposition.
 9
        I further certify that said deposition was
10   taken at the time and place hereinabove set forth and
      that the taking of said deposition was commenced and
11   completed as hereinabove set out.
12
        I further certify that I am not an attorney
13   or counsel of any of the parties, nor am I a relative
      or employee of any attorney or counsel connected with
14   the action, nor am I financially interested in the
      action.
15
16      The foregoing certification of this
      transcript does not apply to any reproduction of the
17   same by any means unless under the direct control
      and/or direction of the certifying reporter.
18
19      IN WITNESS HEREOF, I have hereunto set my
      hand this 16th day of March, 2007.
20
21
22           MICHELE ANZIVINO
             Notary Public - State of Florida
23           My Commission Expires: 12/12/2010
             My Commission No.: DD621770
24
25
```

Page 268

```
 1   DATE:      March 27, 2007
 2   TO:        DIANA IBARRIA
                c/o JACKSON LEWIS LLP
 3              ATTN: CHRIS WILSON, ESQ.
                One Biscayne Tower, Suite 3500
 4              Two South Biscayne Boulevard
                Miami, Florida 33131
 5
     IN RE:  Leonard Chernys v. Standard Pacific
 6
     CASE NO.: 06-25162 CA 21
 7
 8      Please take notice that on Friday, the 16th of
      March, 2007, you gave your deposition in the
 9   above-referred matter.  At that time, you did not
      waive signature.  It is now necessary that you sign
10   your deposition.
11      Please call our office at the below-listed number
      to schedule an appointment between the hours of 9:00
12   a.m. to 4:30 p.m., Monday through Friday.
13      If you do not read and sign the deposition within
      a reasonable time, the original, which has already
14   been forwarded to the ordering attorney, may be filed
      with the Clerk of the Court.  If you wish to waive
15   your signature, sign your name in the blank at the
      bottom of this letter and return it to us.
16
             Very truly yours,
17           NETWORK REPORTING
18
19           MICHELE ANZIVINO, Court Reporter
             305-358-8188
20
     I do hereby waive my signature:
21
22
23   DIANA IBARRIA
24
     Cc via transcript:  Gary Carman, Esq.
25
```

Page 267

```
 1         E R R A T A
 2
 3   I wish to make the following changes, for the
 4   following reasons:
 5
 6   PAGE  LINE
 7   ____ ____ CHANGE:_____
 8        REASON:_____
 9   ____ ____ CHANGE:_____
10        REASON:_____
11   ____ ____ CHANGE:_____
12        REASON:_____
13   ____ ____ CHANGE:_____
14        REASON:_____
15   ____ ____ CHANGE:_____
16        REASON:_____
17   ____ ____ CHANGE:_____
18        REASON:_____
19   ____ ____ CHANGE:_____
20        REASON:_____
21
22   _____  _____
23   WITNESS' SIGNATURE           DATE
24
25
```

**A**

**ability** 28:2,6 29:23
  67:10,13 243:22
  244:7,8 249:15
**able** 17:4 19:17
  22:10 30:13,15
  67:21 149:25
  198:13 217:19,21
  217:23
**about** 6:5 16:9 17:16
  17:24 18:6,14 19:2
  19:3 22:6,7 24:15
  25:12,12 29:11
  37:13,15,16 38:6
  39:6,18 40:7 49:9
  53:6 55:24 59:3,15
  64:10,13 68:9,21
  69:24 70:9 75:25
  86:6 89:20,25 91:1
  96:2 99:21 105:22
  110:1 112:25
  113:14 117:3,6,12
  117:14 128:18
  129:14 131:5 134:8
  134:12 135:16
  136:16,18 137:12
  137:17 148:18
  156:16 159:21,22
  160:4 165:7,7,23
  165:24 170:10
  171:20 172:2
  173:24 175:21
  176:3 177:18,21,23
  178:7,9 180:16
  185:7,9 188:11
  190:9 192:8 194:14
  199:15 202:1,6,8
  203:11,17 205:5
  210:1 217:12 225:2
  228:18 237:6 239:7
  239:20 240:6 242:3
  242:14 244:15
  245:19 246:5
  248:10 250:9,16
  253:12 257:8
  263:11
**above-referred**
  268:9
**absolute** 161:21
**absolutely** 24:2
  152:23 159:25
  175:9 225:10 234:1
  235:7

**accept** 110:2 148:3
  250:13,19
**acceptable** 5:17
**access** 67:24 100:24
**according** 19:4
  125:10,15
**account** 8:8,15,18
  32:15
**accountability**
  249:19
**accountant** 50:19
**accounting** 95:7
  161:23
**accounts** 32:16
**accuracy** 109:25
  123:5 229:24
**accurate** 108:7
  109:20,22 123:2
  230:1 240:15
**acknowledge** 264:5
**acknowledged**
  264:18
**acquired** 64:6
**acquisition** 77:5
  79:23 138:25
**acquisitions** 140:17
**acting** 187:11
**action** 85:5 93:14,14
  161:2,24 266:14,14
**active** 241:21
**actual** 6:13 120:23
  120:23 135:1 136:1
  202:24
**actually** 27:9 48:7
  70:1 99:6 110:9
  206:9 238:8
**add** 138:17 185:18
  185:19 241:12
**added** 169:9 183:4
**additional** 38:22
**address** 4:9,11
  67:19 92:8,15
  198:22
**addressed** 92:6
**adjourn** 258:15
  262:24
**adjusted** 122:24
  123:10
**administration**
  76:13 98:13
**administrative**
  66:13 237:12
**advance** 12:13 15:10

**advice** 223:19,23
**advise** 39:3 223:8
**advised** 36:1,4 61:1
  65:13 127:2
**advises** 263:7
**affairs** 79:23
**AFFIDAVIT** 264:1
**affiliates** 199:19,19
**affirmed** 4:3
**afraid** 174:6,8
  209:18
**after** 38:2 44:4 51:18
  63:25 77:15 91:15
  92:22 131:21 132:1
  132:14 137:6
  161:12 175:1
  183:22 184:20
  189:15,18 193:15
  203:11 221:18
  227:25 228:23
  238:15
**again** 6:24 7:17
  19:13 37:23 38:13
  41:6 54:9 56:11
  74:24 90:12 98:23
  113:13 115:11
  116:2 125:13
  128:20 138:5 143:9
  147:13 155:12
  157:4 158:22
  162:17 164:22
  168:1 176:1 183:5
  183:19 184:25
  209:11 212:16,23
  215:9 228:25
  245:23 248:9
**against** 161:3 212:5
  212:14 213:13
  237:13
**age** 71:21 184:15
  240:23
**ago** 25:2 36:15 37:5
  40:16 75:20 134:19
  135:12,15 149:6,7
  180:17 239:22
**agree** 155:14,22
  157:21 185:12,14
  224:9 233:7 245:1
**agreed** 21:16,19
  23:18 90:7,9
  148:24 207:22
  224:2 259:11
**agreement** 3:17

21:13 23:10,20,24
  24:16 25:14,17
  36:23 49:15,20,21
  71:5 77:13,18,24
  81:25 83:7 92:11
  110:22 111:9
  131:24 132:16,18
  132:25 133:9 134:4
  134:6,13,16 136:8
  137:25 138:6,14,23
  139:6,10,21,25
  140:8,23,25 141:7
  141:11,12,15,19,22
  141:25 142:3,7,8
  143:13 144:12,17
  146:18 147:12,13
  148:10,13,14,15
  149:11,12 150:23
  150:25 151:3,23
  152:4,11,14,22
  153:1,12,14 154:25
  155:12 156:18,19
  157:21 158:1,2,22
  160:2,7,10 161:1
  161:25 163:9,24
  164:5,10,13,18,22
  166:20 167:9
  169:24 170:4,7,10
  170:11,14,18,23,24
  171:3,23 172:18,20
  173:3,6,8,10,13,17
  174:3,19,21,23
  175:1,4,6,11,15,18
  175:25 176:11,13
  176:20,20 177:3,3
  177:7,10 178:14,18
  180:18,25 182:17
  182:18,25 183:22
  184:2,3,16,18
  185:11,13,15
  186:15,18,20 187:8
  187:15 189:10
  190:24 192:10
  193:9,20,21,25
  194:2,7,11,11
  195:3,11 197:1
  199:16,21,22
  205:11,13 206:18
  206:24,24 207:8,14
  207:19 208:8,15,16
  208:18,20,22,24
  209:2 210:2,2,7,9
  210:13,17,25

212:22 213:5 214:1
  217:22,23
**agreements** 49:19
  56:20 139:17
  140:19 144:14
  155:2,2 176:16
  213:23,25 214:2
  225:3 259:12
**ahead** 81:24 143:12
  153:17 168:16
  230:19 231:14
  250:5
**Airlines** 232:22
  233:3,13,16
**allegations** 203:8,17
**allow** 252:2
**allowance** 107:3
  149:21
**allowed** 159:20
**allowing** 251:17
**almost** 27:6 135:15
**alone** 244:18
**already** 36:9 45:20
  73:14 82:6,7 126:9
  135:2 176:7 178:10
  179:13 182:11
  188:13 208:12
  215:4 239:24
  268:13
**always** 10:24 17:6
  59:2 109:9
**among** 69:10
**amount** 56:6 58:21
  78:3,4 121:6 136:9
  136:17,19 186:12
  230:7,8,12 232:2
**analyze** 22:8
**and/or** 93:17 266:17
**announcement**
  131:20
**annoy** 34:15
**annual** 3:18,19
  14:17 107:3,4
  109:5,7 214:12
  217:3
**another** 8:5,13 11:5
  13:10 42:11 43:6
  45:25 48:23 79:8
  82:9 98:1 101:11
  103:12 107:22
  108:3 109:19 138:6
  192:11 193:8 241:8
  259:15 262:21,22

262:23
**answer** 5:16 6:5
16:16 23:15 30:2
32:6 33:24 34:8,12
37:4 42:5 47:19
65:19 105:19
142:19,20 158:8
168:14 176:6 182:8
188:20 195:14
198:13 205:10
206:13 211:11
212:11 215:4,13,20
218:3
**answered** 176:6
179:6 182:12 201:5
201:10 212:1,2,9
**answers** 258:11
**anti** 57:1
**anticipation** 114:10
**anybody** 21:9 32:23
58:12 84:7 101:19
108:21 117:6 127:2
181:6 198:12
257:14
**anymore** 187:6
236:14 238:15
**anyone** 37:16 48:3
54:3 56:5 63:1
65:14 67:13,22
76:2,10,14 78:10
83:14 89:12,18,25
96:17 132:9 154:25
159:7 161:3 163:8
170:9 177:17
178:17 203:21
204:6 237:15
239:25 257:3 262:2
**anything** 37:14 40:6
42:23 78:6 102:15
103:17 110:1
112:22 114:2 131:5
132:23,24 133:24
148:18,21 150:8
155:25 160:4
161:11 165:6 174:8
196:16 200:15,19
203:14 209:18
224:13 230:15
233:5 241:12
257:12
**anywhere** 134:24
177:3,6 180:4
214:3

**Anzivino** 1:23 93:5
93:22 94:23 265:12
266:5,22 268:19
**apartment** 130:20
130:24
**apologize** 7:17 9:19
16:14 39:9 51:10
52:1 72:10 78:13
96:5
**appear** 88:12
**APPEARANCES** 2:1
**appeared** 264:16
265:6
**appears** 130:16
**applicable** 165:14
**apply** 93:16 266:16
**appointment** 268:11
**appreciate** 252:14
**appropriate** 230:7
**approval** 82:12
119:11
**approve** 105:6
**approved** 154:2
**approximate** 78:4
**approximately**
11:22 15:8 20:17
21:3 25:2 28:20
37:5 44:23 53:1
65:7 68:17 118:1
136:13 185:24
186:7 238:12
**apropos** 83:9
**architect** 259:2
**architects** 247:16
255:1,2,4
**architecture** 229:21
**area** 44:17 71:19
72:17 136:23 192:9
236:7
**argue** 111:4
**Argumentative**
174:12 188:18,24
218:1 240:17
251:21
**around** 21:5 22:18
38:15 78:5 88:17
133:14 228:24
230:16
**arrangement** 46:9
**arrive** 154:4
**arrived** 82:13 142:7
**Ashley** 237:20,22
**asked** 20:14 39:21

65:14 71:8 72:5
91:17 92:1 100:10
113:4,25 137:9
141:6 156:4,5
176:5 178:10 179:6
201:5 211:1,8,22
232:10 233:24
248:23 252:7
259:12
**asking** 14:6 39:13
70:3 107:21 109:25
139:20 142:18
155:9,14 157:7
162:22 182:5
183:12,21 195:2
210:1 212:7
**aspect** 254:15
**Aspen** 44:15
**ass** 80:10
**asset** 52:3
**assets** 52:7
**assigns** 165:15
**assistant** 66:13 67:8
236:20
**assume** 34:11 84:2
109:6 233:2,5
**assumed** 38:18
**Assumes** 222:19
**assuming** 25:21
118:16 123:9
153:11 199:25
211:25
**atmosphere** 149:17
**attached** 167:23
177:6 193:5 194:9
206:24,25 264:8
**attempted** 176:15
**attended** 15:3
**attention** 120:22
**attest** 210:4
**ATTN** 268:3
**attorney** 37:10
39:22,25 80:25
81:5,7,7,8,8,9
93:12,13 113:25
114:13 138:16
139:20 141:6,9
158:17 185:19
195:16 200:25
202:13 215:23
266:12,13 268:14
**attorneys** 168:11
202:6

**attorney's** 37:16
**audibly** 6:6
**August** 65:10
**Austin** 11:4,5,6,9,11
11:19 32:24
**authority** 60:13,19
224:13,18 225:3,5
225:13 255:15,20
255:22 265:6
**authorized** 93:6
266:6
**auto** 107:3
**automatically**
151:13
**Avenue** 1:17 2:3
94:17
**Avila** 89:3 247:22
**avoided** 216:22
**aware** 62:24 63:3,6
63:12 83:15 84:24
90:25 110:22,25
111:1 151:15
158:24 159:11
163:7,11 178:15
193:20 204:12
211:18 218:19
219:6,8 224:7
259:14 260:15
**away** 42:11 246:24
**a.m** 1:15 94:15
268:12
**A/B** 72:7,10,16,21

———————————

**B**

**B** 3:7 72:11,12 73:1
157:6,7 163:19,20
165:3,4,5,9 230:13
**back** 5:9 10:6 12:7
13:2 16:3 17:16
21:22 28:2 34:20
34:25 38:5 41:8
66:6 72:6 73:8
82:16 84:20 92:19
95:5 96:5 103:12
104:13,19 105:1
106:21 112:16
128:9 131:16
135:15 137:4 139:1
150:21 155:9
156:24 162:14
163:24 164:15
169:8 180:16
183:17 184:5 196:4

197:22 204:13
208:1,18 221:21
227:12,25 228:6,9
228:13 229:13,23
239:2,10 247:14,15
**background** 50:18
**backwards** 156:2,3
**bad** 217:10,12
**baggage** 232:25
**Bahama** 221:4
**Bahamas** 49:1,4,10
130:2,3,7
**Bahamian** 130:8
**balance** 212:21
**ball** 26:18
**bank** 8:8,15,18
**barely** 222:24
**base** 45:6 71:20
125:1
**based** 9:8,11 11:3,18
13:4,17,20 51:21
72:2,6,7 79:1
121:16 124:23,24
124:24 126:7 208:7
213:5 220:15,17,18
226:12,14,15
**basic** 214:12
**basically** 25:20 26:6
26:18 41:14,20
46:15,25 50:13
61:2 66:18 122:7
122:23 131:3 139:6
155:13 175:7
180:22,25 182:24
221:24 247:9
**basis** 64:8 136:10
191:9,17
**bathroom** 6:3
**Bears** 179:17
**became** 11:13 44:20
45:1 75:15,18,23
76:20 223:10 226:1
226:2 227:21
**become** 75:7 76:7,18
138:10 226:6
**before** 4:13 27:15,21
28:22 54:22 65:7
67:3 68:17 75:14
75:23 76:20 91:8
99:4 105:6,10
124:6 131:25 135:3
138:5 147:5,15
148:22 149:9

151:19 152:3,6
156:10,20 158:2,3
159:17 167:3
171:21 178:14,18
182:21 184:3 187:2
192:5 200:10,11,15
202:12 203:3
204:22 205:6
207:21,22 209:21
214:12 215:25
216:1 218:16 219:6
219:9 232:19 241:9
258:12 264:16,18
265:6
**began** 65:6 74:3
**beginning** 43:17
77:11 106:16,20
117:20 126:20
132:4
**behalf** 2:2,6 223:20
**behind** 6:3
**being** 44:16 58:8,21
91:8 99:23 104:19
131:10,18 139:13
187:9 199:16,16
235:6 264:5
**belief** 39:1 40:18
128:24
**beliefs** 59:21
**believe** 7:8,24 8:10
15:21 17:15 27:9
45:20 48:19 50:15
51:13 52:11,25
56:19 59:12 116:9
118:23 124:20
138:3 144:20 146:3
165:1 166:2,5,12
167:2 175:17
194:10 195:1 212:5
220:22 221:5 222:7
228:4 235:1 254:14
**believed** 20:12,13
22:10,25 23:2,10
57:8,14,15 116:14
164:7 212:19
**belong** 165:25
**belongs** 165:8
**below-listed** 268:11
**benefit** 165:13
**Berman** 80:5
**besides** 21:10 32:20
45:25 63:1 83:14
90:1 103:6 111:19

178:17 197:8 204:7
**best** 6:24 72:16 96:2
128:23
**better** 48:13
**between** 10:25
18:18 47:8 58:1,6
66:6 74:25 110:23
115:16 168:13
169:23 194:11
195:11 199:17
268:11
**big** 41:5 262:10
**bill** 133:24
**bind** 181:13,14 225:3
225:13
**Biscayne** 2:7,8 268:3
268:4
**bit** 45:14 153:1
**blank** 268:15
**bleak** 234:13,15
**blue** 154:6
**board** 16,16,17,18
**boat** 38:16
**bonus** 3:10,11,13
58:24 59:3 95:8
97:7 98:17 100:12
103:18 106:25
107:2,2 108:3
109:12 110:24
115:15,23,25
117:17 118:15,17
118:19,22 122:21
122:22 142:14
145:7,11 147:21
**bonuses** 49:13 98:25
117:19 118:4,8
**books** 117:21,25
119:4,8
**boss** 12:23
**both** 8:17 29:23
30:21 57:22 126:1
130:1 153:24
161:20 186:12
213:25 214:2,3
244:20
**bottom** 99:8 100:4
113:15 132:24
136:6 151:6,23
152:12 268:15
**bought** 44:7 52:6
53:9 221:22
**Boulevard** 2:8 268:4
**Brad** 138:9 139:21

140:8 152:8 174:15
174:15 175:5
**breach** 184:16
**break** 5:25 13:3
63:22 92:18 137:3
137:9 193:13
**breaks** 6:4
**Breidenthal** 63:14
63:15 64:21 69:13
69:20 71:12 84:2
112:1
**brick** 77:4
**Brickell** 1:17 2:3
94:17
**brilliant** 164:24
**bring** 132:24 216:18
228:6 230:15
237:12
**brings** 119:10
**brought** 117:9
**Bruce** 10:2 13:24
19:16 20:4 65:23
78:15 89:15 116:18
117:8 118:16
133:12 153:21
**brunt** 9:20
**budget** 25:25 26:2,3
26:20 27:7,11 28:4
28:11,13,25 29:5,8
29:9,13,21,21
30:14 31:6,8,9,9
33:20 35:22 36:10
36:18,20,20 73:22
73:25 74:1,12,17
121:8,17 122:3,8
124:15 135:3
156:25
**budgeted** 121:6
**budgeting** 31:21
76:17,19
**budgets** 26:5,6,8,9
26:10,15 28:3
29:24 31:14 33:16
35:6 73:23 74:20
76:25,25 77:1 95:8
95:13 121:22
134:20,24 135:5
**build** 29:17 193:8
233:14,16
**builder** 48:24 233:13
**building** 89:1,2
102:21,25 192:19
253:13 260:6 261:5

**build-out** 88:23
**built** 44:16 73:14,17
73:20 126:10
192:24 242:21,22
255:21 260:17
**Burdette** 66:18,20
**business** 18:14
57:16 63:8 65:20
65:21 71:1 126:8
126:24 149:25
156:25 164:3
192:17 195:17
**busy** 70:4
**buy** 223:5
**buying** 130:19,24
141:3
**bypass** 64:18
**bypassing** 63:5

---

## C

**C** 73:1 159:12 181:12
181:24
**CA** 268:6
**calculate** 118:17
**calculated** 118:19
118:21 186:4,8,9
**calculation** 3:13
118:15 122:21
**calculations** 118:3,4
119:2 122:22
**calendar** 92:13,15
**California** 9:9,11
10:12 13:5 54:24
59:15 63:13 69:21
80:10 83:17 84:4
84:14,19,25 96:10
96:16 101:24 103:3
103:4,8 104:13,21
104:21 105:4,7,12
105:18 108:16
112:5,14 118:25
146:6,9,12 152:16
262:12
**call** 16:20 20:22,23
22:22 23:5 25:3,4
25:13 51:2 58:20
62:10 69:24 70:1
85:8,11,12,14,15
86:11 103:1 116:18
116:24 120:22
202:3,13 208:20
223:16 268:11
**called** 20:8,11,24

27:22 29:8 35:16
35:21 52:23,25
61:18 83:6 92:7
97:7 131:21 153:10
153:11,13 170:1
185:15
**calling** 187:11
**calls** 18:8 23:12
31:16 35:22 68:4
69:18 105:15
107:17 159:4
178:19 181:18
190:18 212:24
227:13 256:15
**came** 25:4 54:5,10
84:10 152:9 190:8
200:15 214:12
227:25 232:19
257:7
**capacity** 45:19
264:19
**car** 149:21
**card** 195:17 196:5,16
197:15
**care** 198:23 261:12
261:13
**career** 70:14 83:19
**Carlos** 89:3 247:22
248:2
**Carman** 2:2,3 3:5
4:5 8:4 12:10 16:12
16:14,15 18:10
19:12,22 20:3
22:15 23:14 24:19
27:19 30:1,4,18
31:18 33:19,23
34:22 35:4 37:3
38:4,9,24 43:24
46:22 47:18 56:12
56:25 57:6,13,18
58:11 59:5,10
62:16,25 63:10,24
64:2 65:18 66:10
68:7,14 69:5 72:9
80:23 81:3,15,23
85:4,7,10,24 86:20
87:3,7,13 88:1 89:8
90:4,13,17,22 91:4
92:18 95:4 97:6,12
97:17,24 99:14
100:1,3 104:18
105:20 106:13
107:20 108:13

109:18 112:9,19
113:5 115:7 116:13
116:20 117:5,16
121:15 122:18
123:6,19 125:8
126:16 127:1 128:3
129:6,11 130:15
131:15 133:5
135:14,21 137:8
140:24 141:8 144:3
144:16 146:17
148:4 149:19 150:3
150:6,20 151:21
154:9,13 155:8
156:23 157:5,19
158:7 159:6 160:1
160:14 161:7 162:5
162:9,18 163:12,16
164:20 166:5,10
167:12,20 168:5,14
168:17 170:19
171:18 172:1,6
173:1,7 174:1,9,14
175:24 176:8 177:1
177:15 178:21
179:8,15 181:4,20
181:22 182:7,10
183:3,13 184:23
185:5 187:21
188:10,19 189:1,9
190:20 191:21
193:14,17 195:23
196:3,12 197:19
201:8 202:18,21
207:2,5 208:14
209:3,12 210:23
211:5,10,24 212:10
212:17 213:5,8,11
213:17 214:24
215:6,11,16,24
218:2,20 221:2,15
222:17,23 223:9,18
224:1,6,12,17
225:11,20 226:5
227:1,8,15 228:10
228:17 231:1
232:13 233:12
234:16 239:16
240:19 241:4,15
242:20 246:12
247:5,7 248:15
249:24 250:1
251:11,14,22 252:5

256:18,23 257:2,6
257:13,23 258:13
263:10 268:24
**Carr** 22:4,9,10,16,21
22:22,25 23:10
24:3,6 27:24 37:1,6
37:13,19 38:11
39:18 40:6,22 41:4
41:6,9,10 46:14,19
48:6,10 51:11 54:1
54:2,24 91:1
110:23 112:20
126:1 141:25 144:9
174:18,20 175:3
176:11,16 177:9
201:22,23 202:1,8
202:15,22 203:5
218:21 226:1,9
**Carr's** 23:24 46:13
174:22 175:1,4
176:13,19 177:2
219:3 225:13
**case** 1:2 25:13 38:12
39:15,18 79:20,21
80:16 82:1,10 94:2
106:17 140:14
152:20 198:9 264:6
268:6
**cases** 4:17,23
**Casey** 7:8,9 75:3
238:6 256:7
**categories** 71:23,24
**category** 250:24
**cause** 238:25 239:1
**Cc** 268:24
**ceased** 183:9
**century** 129:19,21
**certain** 45:8 72:17
170:6 197:18 222:8
229:3
**CERTIFICATE** 93:1
264:13 265:1 266:1
**certification** 93:16
266:16
**certified** 260:6
262:18 264:6
**certify** 93:6,9,12
265:6 266:5,9,12
**certifying** 93:17
266:17
**cetera** 26:21 29:17
32:16 64:25 70:12
77:4 79:24 106:8

107:5,5,5 138:18
142:14 247:14
254:23
**CFO** 50:15,16 53:21
**chair** 222:14,18
223:3
**chairman** 10:16,17
10:18
**chance** 9:15 92:20
204:24
**change** 36:14 48:1
58:13 107:4 153:6
185:11,12,14
189:11 205:16
207:23,25 229:19
230:2,4,9 244:10
244:13 251:8,18
267:7,9,11,13,15
267:17,19
**changed** 82:11,11,18
152:14,18 153:1
190:5,11,14,16,25
191:1
**changes** 58:24 83:1
153:3,5 166:25
167:1 190:4 267:3
**changing** 261:18,20
**Chapman** 76:17
256:9
**charge** 83:25 127:19
232:3,9 240:4
**charged** 69:8
**check** 8:14,14,16
190:10 250:23
**checks** 9:1,5
**Chernys** 1:4 3:13,18
3:20 16:10 19:16
22:10 29:22 30:22
36:19 38:21 39:1
88:9 89:4 90:9 91:8
92:5 94:4 99:23
108:23 116:9
122:21 125:5,25
127:7 128:18
129:14 131:9,17
134:21 137:13,23
144:24 147:11
148:5,13 151:23
152:24 157:11
167:4 169:20 170:3
170:13 175:3,7,22
177:11 178:14
184:15 190:21,23

192:9 193:7 199:3
199:13 206:2,9
209:8 211:18 212:1
212:8,9,12 213:22
216:24 219:5
252:24 253:2 261:9
264:6 268:5
**Chernys's** 31:21
90:14 125:15 214:6
261:1,23 262:3
**chief** 50:16
**choice** 79:13
**CHRIS** 2:7 268:3
**Christine** 40:1 80:7
203:22
**Cindy** 234:6
**CIRCUIT** 1:1,1 94:1
94:1
**citizens** 130:4
**claim** 184:15,16,17
212:5,14,21 213:13
**claims** 209:7,17
**clarify** 14:8
**Claudia** 7:4 9:4
28:17,18 69:14
74:21 76:15 90:6
95:11 96:3 98:23
119:9,13,18 120:11
122:11 178:2,24
198:19 256:8
**clause** 141:19 160:3
160:11
**Clay** 78:23 80:20
81:2,4 204:3
**clear** 32:5 154:6
**clerk** 41:23 42:9,16
237:25 238:7
268:14
**client** 103:13 186:16
**close** 117:21,25
119:4 220:7
**closing** 41:23 119:8
236:20
**closings** 122:2
**Club** 44:17
**clubhouse** 253:17
254:21 257:15
**clubhouses** 253:20
256:12
**Cobblestone** 235:23
235:25 236:3
**collect** 184:17
**college** 41:24

**color** 43:3 44:4
**column** 115:18,19,22
120:22 121:1
**columns** 104:4
**come** 11:21 12:2
21:21,22 37:6
47:12 48:14 49:22
64:3 68:15 72:2
82:16 92:19 104:13
110:20 126:22
137:4 138:13 187:6
187:22,23 222:12
222:13 225:21,22
227:11 228:9,13
245:23,25 253:18
254:11 255:17
257:11
**comes** 12:11,13
106:6 109:20,21
133:3 221:6
**coming** 12:15 50:21
69:8 126:11 187:4
187:18 200:10,11
201:2 228:24
**commenced** 93:10
266:10
**comment** 92:2
244:24
**comments** 159:21
159:22
**Commission** 93:23
93:23 264:24
265:13,14 266:23
266:23
**communicate** 17:10
33:3,6 63:4,15
**communicated**
17:11,23
**communications**
16:9 17:8 18:1,18
63:18 66:5 67:7
168:10,12
**communities** 53:1,7
53:10 54:7,12,17
253:16,20,22
**community** 77:2
**company** 4:18 6:13
11:6,14 13:11,25
14:15 15:3 18:15
18:22 25:21,24
26:6,11 28:19
32:11,13,18 41:21
42:7 43:6,18 45:6,9

46:10 47:9 48:8,11
48:23 50:9 51:4,9
51:22,24,24 53:15
53:19,23 54:20
57:15 58:1,2,19,23
59:12 60:21 61:3
64:6,11,11,11,14
66:20 67:18,22
68:25 69:7 70:6,14
72:4 73:19 74:8
75:11 76:2 77:8,14
77:19 78:2,11,19
78:22 79:10 81:17
82:8 83:24 84:4,7
86:4 90:15 91:13
92:6,8 97:19 98:8
98:12 109:2 113:7
121:3,8 122:7
123:2,11,15 124:3
124:21 125:4 126:2
127:8,24 128:6
131:20 132:19,22
134:25 135:23
136:3 138:11,20
139:2,4 141:21,23
142:1,4,9,23,25
143:2 144:25
145:17 146:6,13
148:19,20,22
149:16,20,23
154:25 155:5,11,16
155:21,25 156:1,6
156:20 157:12,13
157:14 158:5,19,23
159:2,8,10,21
160:5,10,21 161:2
161:10,19,20
162:22 163:1,4,6,8
163:25 164:3,25
165:8,12,13,15,22
165:22,25 167:7
170:14 171:17,19
171:20 172:21
175:21 176:15
179:4 181:6,13,23
184:18,19 189:3
190:11 191:9,16
192:11,14,16,17,19
192:24 193:8,9,24
195:12 198:12,13
206:3 207:17 209:7
211:14,17,19,20
212:2,6,14,18

213:14,19,21
216:20,23 217:1,2
218:16,23 220:16
220:20 221:16,19
221:22,25 222:3,9
223:6,20 224:19
225:3,13,21 228:1
229:8 232:20
233:19 234:5
235:17,19 236:10
237:13 239:21
254:24 259:8,16,19
260:10,13,13,17,25
261:8,22 262:18
**company's** 107:12
124:1 128:18 155:1
159:22 164:3
259:11
**compensated** 58:7,8
58:14
**compensation** 55:24
56:2,7 58:21 78:2
153:17 207:7
**compete** 141:20
**competent** 34:17
**competes** 192:12,17
**competing** 150:5
**competition** 232:11
**compilation** 107:8
**compiling** 71:13
**complained** 231:2
258:18
**complaining** 246:5
**complaint** 3:16
150:15 194:9
200:21,23 201:14
201:23 202:2,9,15
202:23,24 203:1,1
203:4,7,17,23
206:25
**complaints** 231:4
**complete** 71:5
107:24 114:22
116:6 230:6
**completed** 93:11
266:11
**compliance** 245:20
**comply** 245:22
**computer** 35:13
68:1 101:3 140:1
151:13
**comradery** 229:9
**concentrating** 236:7

**concept** 165:6
**concepts** 165:16
244:16
**concern** 130:10
**concerned** 146:23
147:3 171:20 172:2
175:21 176:3
**concluded** 263:16
**conclusion** 89:10
181:18 190:8
230:16 251:3
253:18 257:11
**conclusions** 39:12
**concurred** 89:21
**concurrence** 89:23
**condition** 170:13
**condo** 193:6
**conference** 69:18,24
70:1 88:6 202:3,12
**confidence** 244:8
**confident** 147:2
**confidential** 155:10
155:22 156:10,18
157:1,12 161:4
164:2,18 208:23,24
**confidentiality**
208:9
**confuse** 96:10
**confused** 35:22
99:20 128:15 195:9
**conjunction** 223:24
**connected** 93:13
266:13
**consent** 60:20,22
**consider** 239:10
**consideration**
262:17
**considered** 141:5
**considering** 235:2
**construction** 26:17
26:21 29:15 45:3
45:24 73:9,15,16
74:7 75:4,7,15,19
77:4 89:3 124:25
126:9,15 127:19,20
150:8 192:9 229:21
231:24 232:15,23
233:6 234:22 240:4
254:13 258:25
259:3,4 262:4
**consult** 81:25
**consultant** 82:8
92:12 133:4 134:22

138:6,8,10,21
147:23 157:25
159:9 163:9 165:11
188:13 222:11
**consultants** 134:25
135:4
**Consultant's** 165:16
**consultation** 153:21
**consulting** 3:17 83:7
92:11 128:10,12
131:24 132:16,17
132:25 133:8 134:4
134:5,12,16 135:20
136:8 137:13
138:14 140:25
141:6,12 147:11,13
148:12 150:22
151:2,23 152:4,14
153:12,13 170:4,14
171:22 172:19
173:16 174:3,19,21
174:22 176:16
177:9 178:13
180:18 181:5
186:18 187:15
194:6 197:1 206:18
206:24 207:8,10
208:8 217:22
224:22 239:3
**contact** 58:2 213:22
**contained** 98:17
143:24 145:18
148:10 177:12
203:8,18
**contingent** 161:22
**continually** 258:10
**continue** 149:15
156:8 222:9 235:13
**continued** 95:2
222:12,14
**Continuing** 249:18
**continuity** 57:16
**contract** 141:19
143:14,21 145:16
145:18,22 146:24
147:5,8 148:5,6,6,7
148:8 160:7,16,20
163:1,4 181:7,9
**contractor** 260:6
262:18
**contractors** 261:1
**contractor's** 259:6,9
259:17,20,24

260:19 261:6,9
**contracts** 141:2
146:1,7,14 224:19
**control** 93:17 266:17
**controller** 7:4 8:24
26:17 28:15,19
32:3,11,13 69:14
76:15 98:24 112:5
**convenient** 262:25
263:11
**conversation** 19:15
21:7,10 24:8 35:24
37:8,9,19,22 38:11
38:14 39:8,19 40:3
40:5,14,15 56:4,5
56:17 92:5 128:4
132:6,10 135:9
136:24 137:15,16
172:5,12 187:24
189:12,13,24 190:2
194:13 202:8,11,15
202:22 207:22
**conversations** 16:19
16:22,24 18:7,25
22:3,17 36:13,17
39:17 40:2 59:2,6
69:20 81:1 91:7,11
127:22 128:2,17,24
129:7 134:12
136:16 137:12,20
169:25 170:9
177:17 203:11,16
203:21,25 246:8,13
246:14,16
**coordinator** 43:3
**copied** 138:17 169:6
**copies** 28:14 33:15
74:19 84:18 120:9
**copy** 83:3 87:4,6,14
87:16,19,21,24
88:2 138:13 139:22
139:24 169:12
180:2,3,8,11,13
216:2 263:12 264:6
**copyright** 165:18
**Coral** 130:20
**corn** 44:2
**corners** 143:25
**Corp** 1:8 7:25 9:6
10:19,22,25 13:20
59:14 79:4 94:8
102:14 181:15
196:20 197:16

198:23
corporate 8:9 9:14
    52:18 67:7 78:19
    78:21 79:3,4,6,22
    80:1,8,9 81:5,7
    82:12,19,19,22,25
    83:16 87:24 96:8,9
    96:10 99:1,5,6
    102:19 103:2 106:3
    108:19 109:16
    110:3,21,22,25
    111:17,19 112:5
    118:23 119:15
    152:15 153:2
    166:24 168:10,25
    169:24 182:1
    195:16 198:6,7
    216:3 225:8 235:9
    235:11 261:11,17
    262:8,10,11,12
corporation 6:18 7:5
    7:12,18,19 8:13 9:8
    9:14 10:12 13:4
    52:22,23 53:3
    58:20 62:20 69:7
    96:12 100:22,25
    101:6 102:2 109:20
    109:21 133:7
    194:20,24 195:1
    196:13,15 198:8
    262:2
corporations 59:16
    102:22
correct 10:13,14
    11:14,15 20:7,9
    23:3,4 27:13 42:9
    54:12,13 93:7
    116:1 121:4 123:16
    123:24 139:7,8,15
    141:3 146:14 150:1
    150:2,9 152:20
    153:20 157:2,15
    158:2 161:15 162:1
    162:6,8,10,12,13
    162:19 163:22
    164:5,8 170:25
    171:1 172:8,22
    173:3 175:12,16
    179:17 181:1,7,8
    181:15 182:3
    184:20,24 189:6,8
    191:10,18 192:3,14
    192:21 193:10,22

195:5 202:18 206:6
    206:19 207:3,6,11
    207:15 208:4 216:5
    216:11 217:3,10,24
    218:5,17 223:21
    226:23 227:2,16
    229:16 232:17
    236:25 241:1,23
    251:18,20 252:3,10
    252:11 259:1,9,22
    259:25 260:1,4,7
    266:7
correcting 97:6
corrections 264:7
correspondence
    246:5
cost 77:3,4
costs 77:4 161:22
counsel 33:25 37:15
    78:19,21 79:3,4,5,6
    79:11,13,22 80:1
    80:15 82:12,19,22
    82:25 93:13,13
    114:19 122:13
    168:25 169:10,24
    177:17 183:4 198:6
    198:7 200:9,11
    202:14 204:1,2
    213:22 214:1 215:8
    215:12 263:6,7
    266:13,13
counterproductive
    230:22 245:2
Country 44:14,17
County 1:1 8:19 93:4
    94:1 264:3,14
    265:4 266:4
couple 9:17 11:24
    42:15 114:4 116:7
    117:18
course 6:25 90:25
    96:19 118:6 126:19
    148:20 149:10
    152:15 169:14
    188:9 191:12
    217:18 233:15
    248:17
court 1:1 4:11 5:8
    34:22 93:5 94:1
    213:9 266:5 268:14
    268:19
Courtney 13:15,16
    13:23 14:2,11,14

14:19 15:4 16:9,19
    16:25 17:1,11,13
    17:17,20,23 18:1,4
    18:14,18,22,24
    19:5,15 20:8,11,24
    23:2,9,23 24:1,4
    25:17 38:14,17,18
    40:25 55:14 56:14
    56:18 57:22 111:22
    146:3,6 178:11,13
    201:20 203:8,10
Courtney's 17:16
cousins 240:6
covenants 183:7
cover 216:13
covers 216:14
created 52:8 104:12
creating 127:14
criteria 71:11,14
critical 23:18
criticized 59:23
CROSS 3:3
crystal 26:18
culture 55:21,22
curious 113:14
current 59:24
    106:24 110:7,9
    262:3
currently 6:8 261:4
customer 42:17,18
    42:22,25 43:1
    98:14
cute 196:10
cutting 188:8
cystic 131:25 132:2
c/o 268:2

**D**

D 3:2 73:1 160:22
    182:13,14 191:22
    191:23
Dade 8:19
data 105:13
date 14:1 99:23
    103:24 106:25
    113:15 131:19
    189:19 216:10
    221:20 222:4
    263:11 267:23
    268:1
dated 3:14 204:16
dates 128:15,20
David 77:7 234:7,24

234:25 235:15
    256:8
Dawn 236:18 237:7
day 68:2 91:12,15
    92:4,6,7 93:19
    131:20 187:10,14
    189:16,20 207:17
    228:11 229:14
    259:15 262:21,22
    262:23 264:7,21
    265:9 266:19
days 12:2 13:11
    55:12 113:18
    184:20 185:16
    187:3,8,9,10,11
    188:4,11 189:15,18
    189:23 202:12
    206:22 207:15,18
    208:4,4
DD621770 93:23
    265:14 266:23
deadline 253:6
deadlines 242:4
    243:21 252:18
deal 21:22
dealing 255:6
dealings 129:16,18
dealt 258:19
Dean 234:6,25 235:1
    235:8,15
Debock 256:8
December 3:13
    11:17 14:1 20:19
    22:19 30:20 41:2
    115:16 120:16
    127:5 133:14,15
decide 48:10,12
decided 153:19
decision 65:20,21,22
    65:24 71:1 89:21
    89:25 126:6 131:8
    148:2 153:20,22
    185:25 187:12
    224:7 235:8 247:2
    247:10 256:1
    257:17,24
decisions 71:6
    126:24 188:3 223:5
    223:19,24 224:2
    239:3 246:23 247:8
    254:20 255:9,12,13
    257:18,21 258:17
Defendant 1:9 2:6

94:9
defending 161:24
defined 193:25
definition 156:9
    243:14
definitions 245:7
delegate 70:6,7
deliver 234:11
delivered 164:4
    192:24 247:18
department 29:15
    41:24 72:2,5,6,15
    96:23 98:23 101:12
    244:3
departments 245:4
    252:15
Deponent 264:11
deposit 8:11
deposition 1:12 4:12
    4:22 21:20 93:7,8,9
    93:10 94:12 130:13
    198:11 200:10,12
    201:4,7 214:23
    215:1,10 258:10
    263:15 264:6 266:6
    266:8,9,10 268:8
    268:10,13
depositions 256:10
described 264:18
describing 62:21
DESCRIPTION 3:8
design 133:3 229:21
    247:13 253:19,23
    254:15,18,20
    255:10,15,20
    256:12,13 257:15
    258:5
designed 253:17,18
designee 165:15
designing 127:18
    254:25
designs 156:17
    254:21
desire 264:7
desk 134:16
detailed 30:10
details 258:7
determination
    29:24 98:24 99:1
    106:1
determine 109:8
    117:22 119:6
determined 73:1

89:4 108:16 213:8
**determining** 91:18
  91:22
**developed** 165:6
**development** 77:3
  88:20 109:4 232:9
  253:21
**developments**
  165:24
**Diana** 1:12 3:4,15
  4:2,10 10:7 11:16
  28:1 31:24 41:7
  70:3 94:12 102:21
  151:16 152:17
  164:24 171:13
  172:13 193:18
  196:10 205:7
  227:16 251:6 265:6
  268:2,23
**dichotomy** 58:6
**Dickson** 10:2,7,11,21
  11:3,12,18,21 12:4
  13:24 16:5 19:4,16
  20:4 60:24 61:1,6
  63:4,7 65:23,25
  66:7 68:8 70:18,21
  71:1,3,4,5,13 78:15
  78:16 89:15,16,20
  90:1 111:20 116:18
  117:8 118:16 127:4
  127:7 133:12,13,19
  133:20 134:9,12
  135:10,16 136:16
  137:12 153:21,23
  154:2 171:3,5
  177:21 178:9,16
  201:18 203:17
**Dickson's** 12:18
**difference** 123:23
  135:22,24 139:12
**differences** 139:16
  229:2
**different** 6:14 42:13
  113:14 138:24
**difficult** 217:15,16
  251:2
**direct** 3:3 4:5 8:11
  9:24 67:19 93:17
  114:17 161:21
  249:1 266:17
**directed** 60:3,10
**direction** 93:17
  223:6 226:6 253:11

266:17
**directions** 253:14
**directly** 13:24 63:5
  67:21,23 248:17
  250:11
**director** 76:17,18
**directors** 161:20
**disagree** 89:18
**disagreement** 58:1
**disclose** 148:18
  156:1
**disclosure** 165:12
**discoveries** 165:16
**discrimination**
  184:16
**discuss** 17:1 21:12
  22:9 25:9,11,14,16
  28:23 65:22 88:6
  89:12,14 134:5
  146:20 154:14
  171:2 178:2,4,6,11
  188:4 201:18,20,22
  201:23 202:1
**discussed** 36:6
  37:22 59:21 64:25
  65:24 112:3 136:23
  186:16,17 202:25
  203:5,7 239:24
**discussing** 88:17
**discussion** 65:25
  66:3 68:8 80:19
  88:10 97:5 100:2
  112:8 185:9 228:23
**discussions** 18:14
  55:24 68:21 69:10
  69:15
**disparaging** 161:3
**disputes** 4:23
**disrupting** 253:3
**disruptive** 230:16
**distributed** 87:10
**distribution** 116:25
  220:10
**division** 3:10,11 52:7
  58:19 97:7 98:17
  102:23 108:3 196:6
**document** 5:18,19
  5:23,23 29:4 31:24
  59:14,17 61:15,16
  61:16,18,21,23
  82:6,9,10,17,17
  83:3 85:21,25 86:9
  86:17 96:25 97:14

97:20 99:6 100:5
  100:22 107:22,23
  109:5,10,10,13,16
  111:7,13 113:7
  114:22 115:9
  120:22 122:15
  130:12,17 136:22
  138:15,17 140:2,4
  140:5 143:25 144:5
  148:25 149:2,4
  150:17 151:17,20
  152:3,5 155:5
  169:5,8 176:22
  179:12,16 180:4,8
  180:13 182:5,6
  187:25 198:24
  199:4,15 203:3
  204:9 208:3 209:11
  209:20,23 214:8,25
  215:2,17,19
**documents** 81:12,16
  82:5 98:21 106:22
  106:22 125:10,16
  137:11 164:2
  169:16 195:25
  201:3
**doing** 14:9 33:2
  76:24 88:19,21
  119:1 141:2 150:7
  165:21 233:11
  239:18 246:10
  262:16
**dollar** 221:6
**dollars** 123:24
  144:24 145:3,5
  147:21 191:15,15
  220:4,23,24 221:3
**done** 5:20 19:21
  27:8,11,14 69:18
  74:14,15,24 82:20
  84:11,12,12 88:23
  106:2,3 108:7
  124:17 126:9,15
  150:4 161:13
  184:11 215:10
  229:18 252:8,8
  253:14 258:8
**door** 102:10,13,15,16
  102:17
**doubt** 123:1 152:11
  219:12
**down** 6:6 13:3 34:11
  34:24 72:19,20

74:7 88:5 121:9
  124:4,5 156:8
  236:8
**draft** 29:5,8 33:20
  35:6 36:10 97:19
  97:22 134:16 153:8
  166:21 168:6,19
**drafted** 166:23
  168:8,21
**drafting** 141:12
**drafts** 35:16,18,20
  35:21 38:6 95:24
  115:12
**drastically** 72:4,18
**drink** 6:3
**dual** 5:10
**due** 23:1 147:21
  149:3 185:17
**duly** 4:3 264:5 265:7
**dumb** 18:13
**during** 11:23 15:2,12
  28:24 29:20 39:8
  39:18 40:2 43:5
  47:21 49:17 50:5
  51:1 55:15,23
  58:12,17 62:8 68:1
  68:19 126:3 127:17
  128:19 129:21
  132:9 137:16
  155:15,20 157:13
  157:25 160:9,15
  215:18 237:4 260:9
  260:12,16,17
**duties** 32:14 48:1
  143:22
**duty** 73:4

_____

**E**

**E** 3:2,7 161:8,12
  267:1
**each** 15:9 28:3 46:25
  49:23 68:9 72:2,5
  120:6,19 121:1
  122:7 216:21 217:3
  220:4,5 229:5
  258:6
**earlier** 206:21
  214:11
**early** 45:16 126:21
**earnings** 49:24
**easier** 140:3
**Eastern** 232:22,25
  233:3,13,16

**easy** 42:15 208:17
**edit** 35:14
**edited** 83:1
**effect** 59:4 136:6
**effectively** 244:2
**efficiency** 72:17
**effort** 262:1
**eight** 28:20 237:17
  237:17 250:2
**eight-year** 28:24
**Eisenacher** 23:6,11
  27:25 29:19 31:7
  110:23 112:20
  126:1 169:2
**either** 35:25 52:6
  56:14 60:6 61:1
  62:19 77:11 106:15
  113:22 185:15
  186:17 206:22
**electronic** 66:5
  69:16
**elevator** 232:10
  243:6
**elevators** 242:15
  243:7 253:13
**Elizabeth** 66:18
**elongated** 11:24
**else's** 101:11
**employ** 79:11
**employed** 6:8,10
  45:16 60:5 80:3
  103:2 159:7 163:25
  187:12 206:9
**employee** 61:6
  62:21 64:10,13
  72:25,25 84:23
  93:13 103:23 105:2
  127:8 128:25 136:1
  142:1,15,21,25
  155:11 159:2,10
  163:9 189:3,5
  197:15 211:16
  230:6 240:14 242:8
  243:22 244:2 246:3
  247:17 249:15
  252:1,13 266:13
**employees** 91:13
  102:3,18 103:4,20
  106:7 107:12 115:3
  209:25 210:3,22
  211:23 252:21
**employer** 6:13
  234:20

**employment** 4:23
49:15,18,21 56:19
140:19,22 143:22
144:14,17 146:1
155:2 200:18 206:3
**end** 3:13 15:23 19:3
19:14,17 20:18
23:1 35:25,25 36:8
39:4 74:15 77:11
82:16 90:19 97:1
98:22 106:15,20
107:2,6,14,15
108:7,8 109:6,8
115:15,23 116:17
117:11,13 121:24
128:13 132:4 164:4
213:1 257:19
**ended** 122:2 232:11
**ending** 120:16
**endurance** 5:11
**engagement** 155:20
183:9
**engaging** 202:14
**enough** 5:22 19:1
28:12 34:25 37:21
48:18 120:21
240:12,14 260:2,2
**enter** 77:13 173:16
174:2 176:16
224:18
**entered** 157:20
205:11,13 207:17
**entering** 206:17
**entities** 7:22
**entitled** 30:24 40:19
116:10,15,25 117:7
185:20,21,23 186:2
212:19
**entitlements** 31:10
**entity** 7:15 8:9 11:8
48:20 52:9,19
194:19 195:5,7
196:17
**entrance** 102:11
**episodes** 253:12
**equitable** 160:21
**Errata** 264:8
**Esq** 2:3,7 268:3,24
**estate** 81:8 141:2
**Estates** 44:14
**et** 26:21 29:17 32:16
64:25 70:12 77:4
79:23 106:8 107:4

107:5,5 138:18
142:14 247:14
254:23
**ethic** 245:16,17
**evaluation** 201:11
262:16
**even** 8:10 32:2 91:24
123:8 171:22
173:23 176:1
182:16 183:8,22
193:8,8 242:18
251:2
**eventually** 21:2
44:20 112:13
**ever** 4:12,22 12:2
13:25 14:1 17:7,10
17:23 22:3,9 36:18
36:22 40:23 47:8
56:5,13 57:19,21
57:25 58:4,17 59:6
59:13,19,23 60:3
60:10 61:1 63:15
63:18 64:3,21
67:24 68:1,9 70:21
70:25 83:21,22
87:4 88:5,9 98:5
104:5 118:2,10
129:22 135:4
141:11 143:21
145:17 146:21
152:2,5 154:10,14
156:25 157:15
160:16 174:22
178:13,24 179:1,19
200:6,9,23 201:14
202:25 203:5,7,10
203:16 206:3
209:20 214:8 228:5
228:12,18,24 229:2
234:23 237:2 239:4
239:7,10 246:8,16
248:18,21 249:1,8
250:9,18 251:4,7
253:2 257:3,7,14
257:18 260:10,13
**every** 27:8 74:2
103:23 105:2 142:8
142:15,21,25
155:17 156:25
221:10 222:22
223:4 247:10,16
256:11
**everybody** 57:14

92:20 230:21
**everybody's** 230:17
**everyone** 25:7
131:21 149:18
230:22 251:1
**everything** 155:14
155:19 156:16,24
158:14 183:6
**evidence** 222:20
**evidenced** 206:23
**exact** 78:3 131:19
189:16,19 192:23
210:4 222:4
**exactly** 44:3 45:7
47:24,25 85:19
105:17 109:17
134:10 186:7 220:8
225:19
**EXAMINATION** 4:5
**examine** 108:22
**examined** 4:4
**example** 13:2 32:24
84:16 120:13,15
247:12
**exceeds** 245:12
**Excel** 87:2
**excellent** 229:20
**except** 143:15 153:4
**exceptions** 165:14
**exchange** 206:17
**Excuse** 97:9 132:21
142:24 190:23
**execute** 170:15
179:5 217:23
237:10 259:11
**executed** 175:25
264:18,18
**executing** 184:18
**executive** 13:19
45:6 46:16 60:4
67:8 238:19
**executives** 46:15
56:3 57:8 58:6,19
59:11,24 145:8
**exhibit** 85:22 86:1,8
86:18,21,22 96:6,7
96:8 97:13,15
98:18 99:4 103:12
103:14 104:13,23
105:14 119:16,17
120:15 122:13,16
122:19 130:11,13
150:15,18 160:22

166:20 167:15
168:19 176:21,23
177:7 179:5,9
180:17 195:23
197:21 199:9,11
206:25 207:3,8,9
208:22 209:5 211:6
214:17 229:15
**exhibits** 125:12,14
135:5 196:1
**existence** 82:7,13
152:14
**existing** 149:1
151:20 152:25
164:22 208:8
**expect** 12:7 59:15
162:21 251:7
**expectations** 245:6
**expected** 142:14
**expecting** 213:3
**expense** 29:19
135:22 136:3
161:23
**expenses** 26:22 27:1
**experience** 232:23
234:20
**expertise** 128:5,6
**Expires** 93:23
264:24 265:13
266:23
**explain** 252:1
**explained** 108:11
121:21 138:5
152:13 179:13
207:21 208:12
**explaining** 59:11
251:17
**express** 40:18
**expressed** 264:19
**extent** 181:18 182:4
229:3
**eye** 133:2
**eyes** 242:12
**e-mail** 17:11,13
18:13 33:4,15
67:11,14,19,24
68:9 136:23 138:16
140:2,4 169:18,19
170:3 203:14
261:16 262:8
**e-mailed** 100:9
**e-mails** 33:14
137:11,14 169:23

**F**

**F** 119:24
**face** 248:21
**facetious** 104:19
**face-to-face** 66:1
**fact** 22:9 40:8 55:25
72:3,18 130:1
144:4 159:2 172:19
185:15,17 218:15
218:22 226:1,9
260:16
**facts** 131:12 166:4
212:14 213:13
222:20 227:16
**failed** 243:21 256:12
256:12
**failure** 246:6
**failures** 244:21
**fair** 8:12 10:19 13:6
13:17,21 18:17
24:16 25:22 26:23
27:16 29:2 30:23
31:7 32:7 36:16
46:16,23 50:19
54:7 57:10 79:21
90:10 98:3 120:1
121:18 142:15
147:20 149:11,12
149:17 158:4,5,11
159:23 162:24
163:13 164:7,15
166:2 167:7 183:25
185:8 193:19
205:23 210:18
213:19 226:2
**fairly** 202:6
**fall** 15:13
**fallen** 72:4
**falling** 226:9,12
**familiar** 95:12,16
204:23
**family** 147:25 193:1
230:20 236:15
**far** 26:20 57:3 73:9
74:23 105:4 135:16
223:23 241:16
254:21
**farther** 75:22
**fashioned** 41:11
**fast** 5:6 45:14
**fault** 232:2
**fax** 17:21
**faxes** 17:17

**February** 15:21
115:3 216:10
**fee** 135:20 207:10
**feed** 147:24
**feel** 58:4
**fees** 134:25 135:1
161:23
**Feldman** 7:4 9:4
28:17,18 32:7,10
69:14 71:12 74:21
76:1,15 90:6 95:11
96:3 119:9,18
120:11 122:11
178:2,24 198:19
256:8
**felt** 40:8,9 89:17
133:2 159:21
**few** 13:11 42:19 95:5
153:4 187:3,8,9
188:4,11 189:15,18
189:23 202:12
**fibrosis** 131:25
132:3
**field** 141:2 246:15
249:7,8
**fight** 34:13 37:25
**figure** 26:19 29:16
77:2 221:6
**figures** 32:18
**file** 28:10 35:5,15
83:10,11,12,16,22
84:1,5,8,15 85:5
100:8 139:7,20,25
147:14 153:13,15
153:16 179:25
249:10
**filed** 212:13 213:13
268:14
**files** 84:22 100:24
101:5,11,11 216:2
**filing** 209:8
**filled** 218:6
**final** 32:17 70:13,18
91:8 99:1 100:14
**financial** 32:15 33:3
50:16
**financially** 93:14
266:14
**find** 20:14,15 59:6
125:19,20 129:14
136:25 262:7,7
**fine** 5:1 7:7 9:21
12:25 16:4 29:10

42:6 44:1 53:2
114:3,21 116:4
137:5 143:11
213:20 228:22
**finish** 127:9,11 188:7
191:11 230:19
242:17 252:19
257:11 258:8,11,15
**finished** 159:15
**fire** 217:16
**fired** 212:1,18 235:6
238:25 239:1
240:20,23,25 241:5
241:9 260:18
**firing** 125:5
**firm** 37:16 80:4,6
**first** 4:3 5:2 9:19
27:11 29:5 36:10
41:10 42:14 44:8
64:6,19,20 65:5
68:15 72:1 73:25
74:8,10,11 85:25
88:12 95:25 97:18
110:5 116:14,21
117:18 131:10,13
131:17 132:6 151:6
180:17 182:21
207:17 208:18
245:10 250:3 264:5
**fit** 55:22 223:11
**five** 26:7 63:23 145:1
145:13 236:4
237:18 241:20,23
258:2
**five-minute** 137:3
**floor** 158:19 253:13
**Florida** 1:1,7,18,23
2:4,8 6:16,17,21
8:19,22,25 9:23,23
14:3,10 15:1 52:8
60:1,5,15 64:12
84:8 93:3,6,22 94:1
94:7,18,23 96:15
96:17 102:23 103:5
105:3 116:10 119:1
119:4 143:1,2
144:11 145:21
182:1 192:21,25
194:12,15,17,18,23
195:8,11 196:5,19
196:25 197:2,8,11
197:12,22,23,24
199:7,17,18,18

205:15,20 206:10
206:10 264:3,7,14
265:3,13 266:3,5
266:22 268:4
**Florida's** 31:3
**flown** 146:5,12
**focus** 230:8,13,14
245:4
**fold** 228:6,9
**follow** 5:1 34:10,12
242:9,11 243:9,20
253:7,10,15
**following** 38:3 64:1
92:22 109:9 117:20
137:7 184:14
193:16 267:3,4
**follows** 4:4 110:16
**footer** 151:22
**force** 61:14,21
**forceful** 223:15
**foregoing** 93:7,16
264:18 266:6,16
**forever** 247:14
**forget** 34:19
**forgot** 19:11 34:21
176:10 182:9
**form** 12:9 16:11,13
22:13 23:12 24:17
27:17 29:1,25
30:16 31:16 33:17
33:22 34:1,18 37:2
38:23 40:20 45:6
46:21 47:17 56:9
56:23 57:4,11,17
58:9 59:1,8 62:14
62:23 63:9 65:17
66:8 68:12 69:2
71:25 81:13,21
85:2,6,9 86:25 87:5
87:11,22 89:6 90:2
90:11,16,20 91:2
97:21 99:12 104:15
106:11 108:10
109:14 113:2 115:5
116:12,16 117:2,15
121:13 123:3,17
125:6 126:5,23
127:25 129:5,10
131:11 133:1
134:15 135:11,18
140:21 141:4 144:1
144:13 146:15
148:1 149:14

151:18 154:7,12
155:6 156:21 157:3
157:16 158:6
159:24 160:12
161:5 162:2,7
163:14 164:19
166:3 167:10
170:16 171:15,24
172:3,23 173:4,22
174:7,11 175:23
176:5 177:13
179:11 181:2 183:1
183:10 184:21
188:23 189:7
191:19 192:16
193:11 197:17
207:4 208:11,25
209:9,19 210:19
211:1,8,21 212:7
212:23 213:7,15
214:21 217:25
218:18 221:1,13
222:16,19 223:7,14
223:22 224:4,10,15
225:9 226:3,24
227:13 228:7,14
234:14 239:14
240:16 241:2,13
246:11 247:4
248:12 249:23,25
251:9 252:4 256:15
256:20,25 257:4,9
257:20
**formal** 61:15,16
**format** 29:1
**former** 155:11
**forth** 66:6 72:6
93:10 112:16 131:6
160:21 213:13
239:2 247:14,15
266:10
**forward** 20:6 45:14
58:15 180:18 228:6
**forwarded** 268:14
**forwards** 156:2,3
**found** 54:22 129:16
129:22
**four** 15:8 65:7 68:17
68:18 143:25
159:12 178:17
209:4 211:6 220:9
237:18 241:25
242:1 245:12

246:24
**fourth** 31:14
**Fred** 231:17
**Freddy** 76:5 231:9
**Freddy's** 231:10
**frequent** 64:8
**Friday** 1:14 94:14
268:8,12
**friends** 132:20 133:3
217:14
**from** 3:14 14:1 18:21
36:10 37:16 42:15
42:25 43:2 49:23
58:12,14,14 60:20
60:22 63:1 79:10
82:7,17 95:3 98:21
101:11 103:13
104:10 109:20,21
110:20 115:3
116:18 121:17
124:5,7 128:16
133:7 142:9 147:23
150:7 152:9 161:17
167:7 171:21
173:18,19,21
205:12 207:25
209:8,8 211:16
215:19,22 225:6
228:5,11 235:6
244:20 261:16,24
**front** 205:12 216:7
**full** 107:22 116:1
122:6 125:23
165:11
**full-time** 191:9,16
**funny** 44:7
**further** 5:17 74:16
93:9,12 116:5
266:9,12
**future** 74:23 189:2
244:21

**G**

**Gables** 130:20
**gain** 244:20 245:13
**Gardens** 254:2
**Gary** 2:2,3 268:24
**gather** 29:12 98:20
**gave** 46:15,25 85:18
147:15 148:13
149:7,9 152:24
156:11 159:18
167:3 168:23

182:22 186:11
187:7,14,24 192:5
204:22 210:21
220:23 223:19,23
245:8,10,12,13
268:8
**general** 194:18
195:12 197:3,10,12
197:23 199:18
205:14,16 206:10
259:5,8,16,20,24
260:6,19 261:1,6,9
262:18
**generalities** 30:8
**generated** 26:3
126:17 246:4
**generating** 25:25
26:2
**gentleman** 171:21
172:20 174:15
**gentlemen** 28:4
**gets** 34:4 142:15
143:5
**getting** 170:14 213:2
213:4
**get-together** 14:17
**give** 4:25 5:22,22
21:19 23:19,20
32:1 33:20 47:3
87:19 92:20 99:3
122:13 139:22
146:7,13 154:20
155:1 158:20 169:3
174:4 184:13,15
188:4 207:18
209:25 216:24
217:9,22,22,24
241:16 242:2
243:25 244:3,11,12
244:14 245:21
246:21,22,25
247:12 249:16
250:5,6,8 251:3
253:10 259:13
**given** 72:1 128:12
177:9,11 178:14,18
199:21 212:21
215:8
**gives** 34:9 109:11
160:20 161:2
**giving** 128:15 163:5
168:16 200:1
217:12

**go** 6:1,2 8:15 13:2
17:16 22:20 28:2
38:5 41:9,25 42:2
42:15 43:2 44:10
49:3 64:19,20 65:2
67:21 73:8 81:9
82:15 84:11,13,14
84:19 86:10 95:5
96:5 100:7 103:12
104:12,19 105:1,3
105:7,10 106:21,23
110:5 112:13,16
116:4 118:14
128:16 131:16
139:1,25 140:1
143:12,17 150:21
153:17 163:17
166:13 180:16
194:2 195:21
199:12 204:13
208:18 213:20
216:7 217:5 221:21
229:13,23 230:5,19
231:14 232:7
234:17,19 236:8
241:11 243:22
244:7 245:16
246:14 248:24
249:7,8,14 250:2,5
250:21,24 252:12
252:18 253:9
**goals** 68:10
**goes** 67:23 107:1
119:15
**going** 4:25 6:5 7:24
9:17 15:10 16:3
19:18 20:6 29:16
32:9 33:25 34:5,10
37:24 39:1 41:8,8
41:25 56:1 58:13
65:2 68:16,22,23
72:20 73:15 74:6
77:3 88:21 91:12
91:18,23 92:8
106:18 112:13
116:4 122:6 124:25
125:1,25 126:12,20
127:4 131:22
132:15,25 135:15
138:22 139:13
143:17 155:9 156:2
159:20 164:17
171:19 173:20

181:1,13,14 183:8
183:17 184:5
188:22 189:11
191:9 199:4 204:20
205:2,5,7 207:9
208:23 209:15
212:3 215:3 223:6
228:22 230:16
234:11 247:15,16
256:2 258:4 261:4
**Gonzalez** 247:22
**good** 4:6,7 13:2 14:6
52:1 72:8 105:4
133:2 149:17
216:19,24 229:4
239:18 240:12,14
244:13 260:2
**goodness** 247:19
**goof-off** 256:14
**gotten** 207:24
**government** 130:8
**grade** 72:11
**grasp** 245:12
**grasping** 244:15
**Greek** 51:22
**Greenfield** 235:16
**group** 14:5 45:5
71:21
**guess** 5:16 13:1
22:20 27:15 29:1
50:25 70:3 79:15
92:19 104:10
150:15 194:20
221:8 225:18
262:10
**guidance** 133:7
141:12
**guidelines** 72:22
74:20
**G.P** 1:7 94:7

**H**

**H** 3:7
**Hal** 21:19 23:20
24:15,24 25:20
27:16 36:17 40:9
43:15,16 45:12
46:3,4 47:4,16 49:3
49:7 50:13,15,18
53:19 55:8 110:23
112:25 145:8
146:20 148:6 169:2
219:9 223:2,10,12

223:16,24 224:2,8
227:9,18,21
**half** 47:15 110:24
123:24 191:15
220:3,13
**Halvorsen** 78:23
80:13 169:3 204:3
**Halvorson's** 198:21
**hand** 93:19 119:19
264:21 265:8
266:19
**handle** 243:23
**handy** 125:3
**happen** 55:1 161:11
175:10
**happened** 51:18
68:18 187:7
**happy** 5:4,8 202:18
219:15
**hard** 16:20 87:4,6
99:3 257:10,14,16
257:24
**having** 4:3 18:5
35:24 57:19 90:18
173:17 203:21
**head** 44:20 61:25
62:1 72:2,5,15 75:1
75:1,4,7,15,18
88:20 89:3 231:16
234:21
**heads** 29:15 96:21
96:23 98:23
**hear** 34:11 225:6
**heard** 25:12
**Heather** 63:14,15
69:13 84:2,3 178:4
**Heather's** 180:9
**held** 38:3 64:1 92:22
97:5 100:2 112:8
137:7 193:16
**help** 31:25 91:19
99:15,19 127:24
136:20,24 138:24
179:21,24 195:10
**helped** 88:25
**Henry** 75:6 232:12
232:14 235:9
239:18,19,20
255:11 256:7
260:22
**Henry's** 232:19
259:10
**her** 7:5 29:15 32:14

33:9,10,11,12,15
34:7,10,12 35:9,17
35:25 36:1,4,7,11
36:13 37:12 39:21
63:4 64:7,10,13,18
69:24 74:25 80:11
80:13,18 88:2
98:11,20 168:9
182:5 188:8 198:20
212:8 215:14
230:19 232:7 233:9
235:17 236:19,24
237:2,4 238:4,5
242:17 244:3 252:1
258:9,11,11,12
**hereinabove** 93:10
93:11 266:10,11
**HEREOF** 93:19
266:19
**hereunto** 93:19
266:19
**herself** 62:20
**hidden** 249:16
**highly** 219:12
**him** 11:13 12:7 14:4
16:20 18:5 20:14
20:16 21:1,4,7,10
21:19 23:6,20 24:4
25:3,4,9,13,14,16
36:18,22 39:13,14
39:21 43:11 61:9
81:9 83:19 84:16
91:17 92:9 127:8
127:23,23,23 128:2
128:4,9,12,24
129:15,16,17,22,24
130:6,19 131:10,21
132:7,16,18,25
133:4,8,25 134:2
134:17 136:10
138:22 141:5,6
147:15 148:22
149:7,9,18,24
150:7 155:9,14
156:11 159:18,22
161:11,25 162:21
162:22 163:5 165:5
167:8 172:22
173:17 175:5,8
181:13,14 182:22
185:12,18 186:17
187:4,7,13,14,14
187:24 189:11,15

189:24 190:10
191:16,17 192:6
198:15 200:1 202:4
207:18 213:12
214:1 217:9,12,16
217:16,21,22,22,24
218:13 219:22,23
219:24 224:9 228:6
228:18,21,25
230:15 232:10
239:7,23,23 241:8
241:9,10,16 242:2
243:25 244:3,11,12
244:14 245:8,10,12
245:13,21 246:5,8
246:9,13,14,16,21
246:22,25 248:13
248:18,19,21,23
249:1,12,16 250:5
250:6,8,9,11,18
251:2,3,4,17,17
252:9,24,25 253:5
253:6,10 257:1,11
257:16 259:13
**hire** 79:14 103:24
189:2 216:10
**hired** 80:7,10,13
**history** 107:12
**history-year** 29:21
**hold** 86:9 161:10
165:12
**Holdings** 144:11
**holiday** 107:2
**home** 48:23
**homes** 6:11,12,15,21
7:16,18 8:22,25
9:22 44:14 48:14
48:24 49:24 50:6
51:11,12,16 52:8
54:15 73:13,17,20
74:6 126:10 192:20
193:2,3 196:5,6,9
196:13,18,25
205:14,16,19
233:14 234:11
235:23,24
**Honestly** 200:8
**hour** 258:14
**hourly** 138:23
139:13
**hours** 11:25 268:11
**house** 44:8 76:25
77:1

**houses** 193:8
**housing** 126:12
165:7
**HR** 62:3 63:11,13
84:16 98:10 177:25
**human** 61:25 62:1
98:14,15 216:4
**hundred** 222:7
**hundreds** 73:13
**hypothetical** 184:14

_____
**I**
**Ibarria** 1:12 3:4,15
4:2,10 94:12 265:6
268:2,23
**idea** 46:12 53:5 67:5
68:6 81:14 104:4
107:10 110:20
111:25 112:2
119:23 125:7
151:10,12 165:6
188:25 260:11,23
**ideas** 165:16,23
255:17
**identical** 175:4
**identification** 85:23
86:19,22,23 97:16
122:17 130:14
150:19 176:24
196:2
**identify** 86:1 122:20
**identifying** 62:21
**II** 92:23 94:10
**immediately** 35:23
**importance** 170:10
**important** 46:19
57:16 70:7,8,10
172:17 173:2,9,12
175:18 176:4
**impose** 147:11
**improve** 244:21
248:19,22
**improvements**
165:17,25
**Inc** 1:7 6:16,21 8:22
9:1 52:24 53:1,7,10
54:7,12,17 60:1,15
94:7 144:11 145:21
194:15 196:20
197:24
**incentives** 73:20
**Including** 250:15,16
**inclusive** 266:7

**income** 3:8 86:3
120:19 122:24
123:11 124:3,20
126:13,17 149:22
**incorporated** 53:7
**incorrect** 20:12,13
206:5
**increase** 47:8
**incurred** 161:25
**indemnification**
161:9 259:12
**indemnify** 161:1
162:22 163:5
**indemnifying** 163:2
**indicate** 133:24
**indicated** 61:9 264:8
**indicating** 100:4
120:18 151:7
**indirect** 161:21
**individual** 21:25
61:3 69:7 103:19
103:23
**individually** 14:4
**individuals** 252:14
**individual's** 70:14
**industry** 150:8
**Informal** 97:5 100:2
112:8
**information** 29:12
74:22 98:16,21
99:2 103:15 104:20
104:22 105:10,18
107:9 119:14
155:10 156:10,19
157:12 161:4
**initial** 261:5
**initially** 31:6 103:15
198:24
**initials** 151:9
**initiative** 249:19
**input** 96:17
**inputs** 104:22
105:12
**insights** 244:20
245:13
**insist** 171:5
**instead** 19:25 166:1
208:19 218:23
**instruct** 34:12 168:9
215:3
**instructed** 58:17
**instruction** 34:9,10
37:18 41:6 44:2

253:7
**instructions** 4:25
34:13
**instrument** 264:18
264:19
**insulted** 258:15
**insulting** 247:6
**integrity** 129:24
**intercede** 235:5
**interest** 31:22 49:14
52:20 54:6,11
**interested** 55:19
93:14 266:14
**interesting** 44:9
**interests** 212:20
**interpret** 155:23,24
157:18 158:13,18
166:8,11 182:5
185:3,6 244:9
**interpretation** 22:4
22:6
**interpreted** 165:10
**interrupt** 258:12
**interrupting** 19:20
258:9
**intervene** 235:5
**inventory** 73:17
**investigating**
161:24
**investor** 192:13
**involved** 54:16
118:2 192:19
**involving** 4:23
**in-house** 78:24 81:5
81:9 204:1,2 255:2
**irrelevant** 215:21,22
**Irvine** 9:11 13:5,20
32:24 79:2 118:25
**issue** 5:11 37:1 41:5
41:5 59:20 73:23
**issues** 18:14 239:2
**item** 27:2,3 30:6
253:2
**items** 29:18
**I-B-A-R-R-I-A** 4:10

_____
**J**
**JACKSON** 2:6 268:2
**Janet** 62:2 64:18
69:13 76:11 87:20
90:6 96:4 98:10
100:9,10,19 103:16
103:17,18,21,22

104:12,20,24 105:2
111:15 112:24
113:3,4,22 186:10
256:7
**January** 12:6 15:23
27:9,10 115:16
117:25 128:16,21
227:22 228:11
**Jennifer** 203:22
**Jill** 55:8
**Jim** 21:19 22:3 23:20
27:20 36:25 39:3,6
39:12,18 40:11,13
41:10 43:18 45:10
46:13,14 48:6
49:17 50:7,9 53:10
54:1,2,24 57:7
110:23 112:20,25
116:18 141:25
142:1 145:7 146:3
146:20 148:7
202:15,22 203:5
205:11 219:14
220:2,20 221:11,14
221:16,24 222:24
223:1,12,15,19,23
224:7,13,18 225:13
225:21 227:11,11
227:25 228:5,12
**Jim's** 56:22 57:2
180:19 225:2
227:23
**job** 45:1,22 50:21
73:4 88:19 90:24
103:25 138:20,21
138:24 147:2 219:1
219:4 231:19 232:4
232:4,8 239:8,11
239:18 244:6 246:2
246:6,9,10,17
253:19 261:24
262:4,18
**jobs** 150:1,4 240:13
248:24 260:16
**join** 45:12 236:10
239:21
**jointly** 74:24 98:24
**Jones** 138:9,19
139:2,21 140:8
152:8 174:15,16
175:5,11
**Jones's** 139:25
175:10

**Jose** 101:20
j**udgment** 246:21
**JUDICIAL** 1:1 94:1
**Julia** 254:2
**July** 38:15
**jump** 32:9
**June** 3:14 38:15
  103:9
**just** 9:23 21:23,24
  23:9 27:2 30:7,10
  31:2 32:5 34:24
  35:22 39:13 40:3,4
  41:7,8 49:11 51:2
  55:25 72:21 104:1
  105:22 112:10
  116:6 124:18 140:1
  147:13 150:5,21
  154:6 155:12
  163:19 164:23
  168:9 169:24 174:4
  181:25 188:16
  194:6 199:21 204:4
  205:22 206:2
  213:25 215:1 218:7
  247:17 252:16
  256:24 257:8 258:1
  262:23,24 263:6
**J-U-L-I-A** 254:3

**K**

**Keen** 80:2,3,4
**keep** 35:6,18,20 72:7
  84:17 87:17,21
  92:13 157:11
  219:22 233:25
  235:6,8 240:14
**keeper** 28:12
**keeping** 219:24
**kept** 84:22 87:23
  187:11 208:23,24
  247:16
**key** 102:16,17,18
**Kimberly** 231:7
**kind** 19:1 34:25
  37:21 48:18 59:14
  120:21 136:23
  147:24 165:7,23
  167:7 192:17 204:9
**kindly** 55:7
**kinds** 27:4
**knew** 67:2 126:11,12
  187:12 188:13
  190:15 212:25

213:3 228:23
**know** 5:16,17 6:20
  6:22,23 7:4,19 8:2
  8:3,8,21 9:14 10:16
  10:23 11:9,10,10
  11:11 12:13,15,24
  13:12 15:9,18 16:1
  17:15 18:11,12,16
  20:17 21:3 22:2
  23:15,16 25:6
  29:10 30:7 31:19
  32:2 33:14 35:17
  35:19 36:4,6,9
  37:24,24 38:1
  40:13 41:7 43:12
  43:25 44:3,16,22
  45:1,3,7,12,22,23
  46:5,8,12 47:24
  48:16,21 49:20
  50:4,21,23 51:7,8
  51:10,15,19 52:4,5
  52:8,12,22 53:2,6
  54:2,4,14 55:4,11
  55:13,15,21 57:5
  59:18 61:19,22
  63:5 64:5 65:1 67:2
  72:22 74:3,14
  75:16,18 77:23
  78:1,4 80:14,20
  81:10,22 82:22
  83:20 85:11,13,14
  87:1,23 88:4 92:9
  98:6,25 99:5,13,25
  100:16,21 101:2,14
  104:3,16 105:17,18
  105:19 106:18,21
  107:19 108:5,11,18
  108:19,22 109:1
  110:1,4,8,9,15
  111:1,10,12,21,23
  112:10,11,12,15,18
  112:21 113:3,22
  114:2,3,25 115:2,6
  115:8,10,13,14
  116:5,5 119:21,25
  120:3,25 122:23
  123:8 129:24
  131:19 134:8
  135:12 137:17,19
  140:7,12 141:15
  142:18,19,20 146:9
  154:19 155:7,13
  156:7 158:3 159:5

159:7,9,15 160:13
  160:17,18,24 161:1
  161:6,13 162:11
  164:12 168:11,14
  168:22,24 169:13
  169:17,18,22 170:2
  170:5 173:23
  174:20 176:1,14,15
  176:18 177:14
  178:22,23 179:4
  180:5,7,10 183:15
  184:11 186:14
  189:20 190:14
  193:24 195:12
  196:6,8,14,25
  197:3,4,7,10,15,18
  198:3,4,5 199:1,2
  199:19,24 202:5
  203:1,4 204:6,17
  205:22 206:8
  208:10 209:1
  210:13,16,20
  214:10 216:3,6
  219:18 221:5,21
  223:16 224:21,23
  225:18 227:16,18
  230:17,20 232:21
  232:24 233:1
  239:22 243:19,20
  244:17 248:2,4,6,7
  248:13 250:23
  256:21 259:21
  260:20 261:3,7,11
  261:14,15 262:5,6
  262:15 263:13
**knowledge** 6:24
  128:23 164:16
  225:12 248:7,10
**known** 108:8 161:21
**known/known**
  264:17
**knows** 113:6,7

**L**

**label** 56:1
**labor** 70:25 81:7
**laid** 91:15,18,23
  131:21 187:9
  188:12,14,15,16,17
  189:3,5 236:5,15
  236:22 237:4 238:1
  238:3,7 260:18
**land** 77:3,5 79:23

138:24 140:16
  141:3 223:5 239:5
**landing** 21:19,21
  22:1,5,7 23:1,21
  40:24 90:19 91:1
**landscaper** 258:23
**landscaping** 254:22
  256:13 258:19
**language** 159:8
  170:7
**Large** 93:6 266:5
**Las** 15:1
**last** 12:4 15:18 19:5
  19:24 20:6,16
  21:17 36:25 126:13
  128:25 129:18
  140:12 149:23
  210:6 259:19
  262:13,14
**late** 258:14
**later** 29:11 43:16
  84:11 113:18
  189:23 221:19
  222:5
**latest** 92:19
**Laureiro** 75:6 76:1
  235:10 256:7
**law** 41:15,20,24,25
  42:3 165:14
**laws** 165:19
**lawsuit** 202:25
**lawsuits** 237:12
**lawyer** 34:17 35:12
  140:7 152:9 198:14
**lawyers** 123:9
  178:16 198:15
**lay** 70:12 71:19,20
  126:6 217:16,21
  236:6
**laying** 70:9
**layoff** 131:23 203:11
**layperson** 181:23
**leading** 34:3
**learn** 34:16 251:8
**learned** 54:19
  155:10,14,17,20
  156:16 157:13,18
  157:25 158:14
**learning** 244:7
**leave** 30:19 66:23
  68:1 71:9 77:10
  244:6,18
**leaving** 78:2

**left** 30:23 44:4
  108:14,19,21 111:9
  112:25 119:19
  186:24 187:2
**left-hand** 151:3
**legal** 50:6 79:11
  153:2 161:2,22
  181:18 194:19
**Len** 3:13 16:19 17:24
  18:6,19 20:13
  21:18 25:12,13
  31:11 40:9,19,25
  43:12,20,25 47:4
  47:15 55:8 83:10
  83:12,16 108:24
  115:8 116:19
  122:21 131:22
  133:2,6 134:3
  139:13 141:13
  145:8 146:20
  147:11 152:24
  154:10 160:9
  172:13 178:18
  179:4 181:1 185:9
  186:12 190:5
  193:19 199:12,21
  203:11 204:22
  206:2,9 208:1
  218:22,23 220:2,3
  221:11 223:2 230:1
  231:21 232:16
  238:20 239:4,7,10
  239:23,25 247:22
  250:18 251:15
  256:12 257:8,14
  261:1,9 262:17
**Lenny** 16:21 17:12
  17:24 18:23 20:4
  21:14 23:1,11,19
  25:9 31:2 36:1 49:3
  49:6 53:15 63:19
  84:8 218:8 230:21
  258:18
**Lenny's** 45:1 83:25
**Len's** 21:17 40:7
  45:22 118:19,21
  139:10 152:12
  153:11,13 180:19
  180:20 200:18
  219:15 260:20
  262:14
**Leonard** 1:4 3:18,20
  94:4 151:23 264:6

268:5
**Leonardo** 108:23,25
  110:5 111:9 112:25
  116:9 125:21
**Less** 220:13
**let** 6:7 8:5,12 13:2
  19:13 21:21 32:10
  38:25 41:9 57:7
  65:2 79:8 81:4
  82:15 86:8 95:5
  96:5,6 97:12,25
  103:21 104:19
  105:1 109:19
  112:15 113:13
  119:16 122:12,13
  127:8 130:10
  136:20 139:1 143:8
  159:15 161:13
  176:20 181:16
  184:11,13 188:7
  191:11 195:20
  214:17 218:7
  223:12 230:19,24
  232:3,7 234:17,19
  242:17 252:19
  253:6 258:8 259:5
  263:13
**letter** 3:14 81:25
  130:1,6,18,19,21
  130:24 131:1 142:8
  142:10,12 143:5,6
  143:15,17,18 177:7
  177:11,12 199:10
  199:12,16 204:14
  204:19 208:18,20
  210:1,2 247:3
  249:12 268:15
**letters** 119:21,21
**let's** 9:23 16:16
  17:16 38:5 41:4
  42:14 45:14 51:2
  58:19 73:8 97:18
  105:22 106:21
  110:5 111:4 115:18
  128:16 131:16
  137:3 143:20
  150:21,21 152:19
  152:20 153:17
  154:16 156:8
  157:23 161:8
  163:17 165:3
  180:16 182:20
  191:6,8 194:2,10

197:21 204:13
206:16 207:6
208:20 213:20
216:7 217:5 221:21
228:13 229:13,23
230:5 233:2 235:13
236:8 241:11 243:4
243:22 244:7
245:16 249:14
250:2,21,24 252:12
253:9
**level** 106:3
**LEWIS** 2:6 268:2
**liability** 167:8
**liable** 161:10
**liar** 129:12
**license** 259:6,9,13
  259:17,20,25 260:3
  260:10,14,19,21,22
  261:1,6,9,22,23
  262:3,14,19
**licenses** 261:20
**lies** 251:16
**light** 42:2
**like** 5:3,18 29:5 34:2
  34:6,14 40:16 43:6
  63:7 74:24 80:5
  83:9 86:12,15,16
  86:24 87:17 88:6
  99:18 104:1 105:14
  106:6,22 107:11
  109:2,4 113:12
  119:24 120:6
  130:23 131:4 134:3
  138:5 151:1 152:3
  152:5,13 155:4
  166:24 186:8
  187:11 198:14,15
  205:3 209:1,20,24
  210:7 222:4 226:19
**limitation** 161:22
  164:2
**limited** 197:4 205:23
**line** 27:2,3 29:18
  30:6 132:24 136:6
  169:12,13,17 267:6
**lines** 169:9,16
**linked** 101:3,4,9
**list** 26:25 71:9,13
  72:2 108:20,21
  134:24 135:1 156:8
  234:23 235:4,13
  236:8

**listed** 103:23 108:17
  134:21 135:4
**listing** 62:21
**lists** 164:1 235:2
**litigation** 79:25 81:7
**little** 9:18 34:16
  45:14 72:3 73:8,9
  73:10 121:25
  127:16 138:23
  153:1 230:22
**LLP** 2:6 268:2
**locally** 8:15 84:16
  106:2
**log** 133:23
**long** 28:18 36:15
  42:18 44:18 51:3
  51:15 55:11 62:3,6
  62:7 66:21 75:11
  75:12 88:22 126:13
  134:19 135:12
  218:12 235:19,20
  239:22 243:13
  247:17 253:25
**longer** 26:5 36:1
  40:9 43:14 58:20
  73:5 88:20 90:10
  90:15,23,24 132:19
  229:8 235:20
  240:25 241:6,7
**long-range** 26:8
**long-term** 242:11
  243:8,14
**look** 8:11 26:12,22
  28:3,6 29:2,23
  33:21 37:7 61:23
  61:24 67:10,13
  86:21 92:1 97:18
  105:22 113:9
  115:19 119:19
  120:21 121:24
  122:23 125:14
  143:10 152:25
  153:17 154:17
  157:23 161:8,12
  163:18 165:3,4
  177:2 179:21,21,23
  179:25 180:6
  182:13,20 191:6,8
  194:10 197:1 205:9
  206:2,16 207:7,13
  208:22 209:4
  259:21
**looked** 86:12,24

182:23
**looking** 26:18 71:18
  71:19,20,23 95:7
  99:3,20 100:4
  103:14 108:6
  114:21 122:19
  125:12 142:19
  152:2 180:22
  181:12 182:14
  184:13 197:14,14
  224:8 229:15
  252:13
**looks** 105:14 106:22
  107:11 109:2,4
  113:12 119:24
  123:18 130:23
  131:4 151:1 204:23
  209:24
**Lordes** 103:9
**Lorraine** 236:9
**lose** 34:15 245:4
**lot** 240:5 258:1
**lots** 169:16
**love** 37:25
**loved** 149:16
**loves** 230:21,21
**Lower** 124:13
**loyalty** 57:16
**lunch** 92:20
**luncheon** 92:21
**lying** 129:4,9,22

_____ M _____
**M** 2:2,3
**mad** 229:10,12
**made** 42:2 61:5
  82:10 83:1 121:4
  123:16,20 126:8,14
  126:20,25 131:20
  149:21,23 153:22
  161:17 166:25
  170:24 223:5,19
  235:8 255:9 257:22
  258:18 262:1
**magic** 104:13,17
**mail** 17:21
**main** 39:10 225:25
  242:18,21
**maintain** 230:7
  260:3
**maintained** 28:9
  47:22 83:10 84:15
**maintaining** 83:25

**maintains** 28:13
**majority** 27:14 53:3
**make** 7:21 34:1,5,15
  37:12,24 56:15
  70:20 79:13 98:24
  103:21 124:18
  153:3,5 159:20
  165:11 185:25
  187:12 188:2
  208:17 220:3,5,6
  220:12 239:3 245:4
  246:2,22 247:2,9
  252:17 255:11,13
  257:17 264:7 267:3
**making** 65:21 126:3
  126:10 147:21
  191:14 224:7
  240:21
**man** 7:9 43:6 129:24
  147:20,21 161:17
  165:23
**management** 13:19
  55:20 56:15 57:9
  60:4,7 91:24 92:1
  120:12 125:22
  251:16 252:1,7,9
  256:4,5 258:18
**manager** 44:21 45:1
  242:23
**managers** 247:19
**managing** 197:10,24
  198:1 199:6
**mandatory** 217:4
**many** 4:15 6:4 15:2
  16:4 26:20 42:13
  64:17 79:7,16 88:8
  95:19 102:21 114:5
  115:11 159:23
  210:22 211:23
  219:19 231:3 235:4
  235:24 237:16
  238:11 240:2
  242:16 243:10,10
  243:13 244:6 249:5
  252:7 253:16,16
  255:11 258:4,6,6
  258:17,19,20,21
  260:25
**Marante** 76:5 231:9
**March** 1:14 93:19
  94:14 99:24 264:7
  265:9 266:19 268:1
  268:8

mark 86:8 130:11
  150:15 176:20
  190:13 195:23
marked 85:22,25
  86:18 97:15 122:12
  122:16,19 130:13
  150:18 176:23
  194:10 196:1
marketing 7:11
  45:21 47:23 53:13
  74:25 75:1 237:25
  238:7,8
marking 97:13
material 18:21
matter 212:13 268:9
matters 26:11 79:25
may 9:18 17:3 21:21
  24:9,11,14 28:16
  34:3,8 37:4,6 65:19
  71:8 104:12 130:10
  191:1 194:3 195:19
  199:9 205:12 235:1
  268:14
maybe 7:5 43:1
  48:13 66:17 69:23
  83:8 84:12 119:24
  152:18 169:18
  203:20 251:15,16
ma'am 143:8 165:3
  211:13 215:17
mean 10:7 14:4 39:8
  61:16 69:3 70:22
  71:16 72:10,16
  74:5 77:25 78:12
  83:18 85:3 96:9,23
  99:11 101:10 103:6
  104:16 120:25
  134:17 143:7
  148:17 151:4,11
  154:21 171:14
  188:15 193:4 196:8
  224:16 228:2,8
  244:5 248:6
meaning 73:13 77:1
  103:2
means 34:18 93:17
  99:25 110:9 111:12
  111:16 112:21,21
  112:22 113:6 120:1
  120:4 154:19 158:2
  158:3 160:24
  171:16 193:5
  195:13 245:12

266:17
meant 22:8 38:19
  99:21
mechanic 233:1,2,3
meet 14:4 26:21
  41:10 54:25 55:20
  78:16 91:12 114:3
  114:5,7 121:8
  243:21 245:6
meeting 14:17 29:14
  55:15,23 92:16
  114:10,13 146:12
  215:15,18 242:3
meetings 14:5,11,14
  14:21 15:3,5,9 16:4
  59:19 98:22 222:12
  222:13,14,18 223:1
  223:3,12 225:22
meets 245:7,11,14
member 236:15
memo 33:6,7 59:13
  61:10 85:5 248:19
  249:10
memoranda 136:22
  164:1,16 203:13
memory 136:18
memos 17:17 59:7
  59:11 62:19 137:11
  246:4
mentioned 214:11
  252:23
Messer 75:3 76:1
  231:7 238:6 256:7
met 14:1 55:13,14
  114:4 187:14
  189:15,18,20
  200:24 260:5
methods 244:10
Miami 1:18 2:4,8
  4:11 8:18 11:19,21
  11:23 12:5 44:17
  44:17 64:3 94:18
  102:3 103:5 177:25
  268:4
MIAMI-DADE 1:1
  93:4 94:1 265:4
  266:4
Michael 13:15 80:2
  256:8
Michele 1:23 93:5,22
  94:23 265:12 266:5
  266:22 268:19
mid 44:25

might 18:7 99:21
  108:2 112:4,5
  168:24 198:13
Mike 38:14,17,18
  55:14 56:18 101:18
  146:3
million 121:25
  123:24 124:12,14
  124:15,21 144:24
  145:1,3,4,10
  147:21 149:23
  161:18 191:14,15
  220:3,7,9,23,24
  221:3,6,10
mind 6:7 39:21,24
  116:23 135:10
  136:10 173:20
minor 83:2
minute 22:21 37:12
  65:3 72:21 118:14
  174:25
minutes 63:23
mis 19:3
Mischaracterizes
  233:8
mischaracterizing
  202:16
misconduct 159:22
misinterpreted 24:8
Misrepresenting
  131:12 166:4
missed 5:7
mission 230:14
misspoke 106:19
mistaken 175:8,9
mistakes 250:9,12
  250:15,17
misunderstood
  24:12,14
mixed 97:9
model 139:9 175:1
modifications 82:10
moment 154:19
  156:13 159:13
  163:18 177:2
  180:17 182:13
  184:10 189:4 205:4
  205:4 206:1 217:6
Monday 187:5
  268:12
money 56:16 125:4
  154:10 206:18
  240:20

month 12:16 37:5
  40:16 55:9 92:4
  120:3,6,19 136:14
  153:19 161:17
  167:9 171:22
  191:18 207:10
  218:11 243:15
monthly 120:10,18
  136:10 139:14
  207:10
months 25:2 128:19
  135:15 221:19
  222:5
more 11:24 56:2
  154:10 237:20
  238:9 243:15
  246:15 258:2
morning 4:6,7 85:18
  146:11 150:14
  205:3
most 13:19 73:12
  126:8,9,13,19
  218:11 224:2
mother 236:24 237:2
mouth 23:8 32:5
  71:4
move 42:16 180:18
  228:22 241:8,10
moved 42:11 226:15
  226:21 227:7,9,22
moving 226:19
much 43:10 56:16
  73:14 75:22 125:4
  127:21 137:4,23
  155:19 183:16,18
  220:5 240:20
  251:15 258:14
  263:10
multiple 243:23
multi-family 193:1,3
must 38:14 107:23
  110:20 160:5
mutually 262:25
  263:11
myself 6:25 29:15
  55:8 60:17 69:13
  74:25 96:21 106:3
  120:11 122:11
  126:25 216:18
  255:11 256:9

_____ N _____

N 3:2

name 4:8 6:13,14,15
  7:15 8:21 11:8
  28:10,11,16 48:19
  61:22 80:6 88:12
  88:14,18 105:23
  108:25 119:22
  138:9,17 140:7,12
  152:12,15,18
  169:20 179:17
  198:22 199:1 204:2
  205:16 261:19
  262:5 268:15
names 16:20 19:25
  82:11,19 254:1
nature 37:22 38:10
  86:23 158:20
  192:23
nay 70:14
near 33:12
necessary 73:5
  260:5 268:9
necessity 177:18
need 5:23,25 6:1,3,4
  28:22 31:24 34:9
  60:22 68:16 112:16
  121:11 128:18
  137:4 174:10
  177:18 179:24
  183:17,18 198:11
needed 90:10,15,23
  90:24 127:23 128:2
  128:5 129:1 132:18
  132:23 187:3,8
  211:20 241:1,7
needs 72:6
negotiate 60:14
negotiated 40:24
  78:8 145:7,11
negotiations 54:16
  78:11
neither 154:25
  158:25 198:4
nephews 240:6
net 123:21 124:1
network 1:24 94:24
  101:10 268:17
networked 101:13
never 18:16 24:15
  56:4 106:4,5
  127:20 128:1,4,17
  128:23 139:2 144:5
  144:11 147:5 148:8
  156:5 158:15,22

172:21 175:3
176:13 178:7 190:8
193:19 208:1,1
215:25 221:7
227:25 228:15
231:23 232:12
248:1 251:6 252:8
252:9
**new** 25:7 67:3 73:16
127:18 244:9
**Newmark** 48:24
49:23 50:3,4,6
**next** 12:16 44:10
63:23 97:2 106:8
187:19 236:12
249:14,18 253:9
**nice** 128:10 258:11
**nine** 128:19 252:12
**noncompete** 141:15
141:22,25 143:23
147:9 148:9,14
150:7 192:2
**nondisclosure**
143:23 147:9 148:9
148:14,16
**none** 234:2
**nonsolicitation**
143:24 147:10
148:9,15
**non-disparageme...**
160:3,11
**normally** 95:19
**North** 44:17
**Notary** 1:23 93:1,5
93:22 94:23 264:24
265:13 266:1,5,22
**note** 49:23 110:16
111:10 136:22
**noted** 164:21 166:5
**notes** 16:25 17:7
18:5,6 21:6 93:8
134:11 137:11,15
137:17,19 164:1
190:1,4 191:3
266:7
**nothing** 37:23 59:3
131:7 253:18
**notice** 34:4 99:8
110:16 138:3,4
185:16 198:21,22
207:15,18 208:5
214:5 268:8
**notify** 89:25 90:5

**November** 77:12,22
**number** 3:8 27:2,3
29:16 97:8 98:18
99:18 104:14
113:10 114:22
123:10,12,15 125:3
150:16 151:11,13
167:15,16 180:22
181:12 182:14
191:6 194:10
199:11 206:2,8,16
207:13 209:4
241:12,16,22,25
245:7,16 250:21,24
268:11
**numbered** 266:7
**numbers** 107:15
119:10

_____ **O** _____

**OATH** 265:1
**object** 12:9 104:15
126:23 181:17
212:7 249:23
**objection** 16:11,13
18:8 22:13 23:12
24:17 27:17 29:25
30:16 31:16 33:17
33:22 34:5,7,18
37:2,12 38:23
40:20 46:21 47:17
56:9,23 57:4,11,17
58:9 59:1,8 62:14
62:23 63:9 65:17
66:8 68:4,12 69:2
71:25 81:13,21
85:2,6,9 86:25 87:5
87:11,22 89:6 90:2
90:11,16,20 91:2
97:21 99:12 105:15
106:11 107:17
108:10 109:14
113:2 115:16 116:12
116:16 117:2,15
121:13 123:3,17
125:6 126:5 127:25
129:5,10 131:11
133:1 135:11,18
140:21 141:4 144:1
144:13 146:15
148:1 149:14
151:18 154:7,12
155:6 156:21 157:3

157:16 158:6 159:4
159:24 160:12
161:5 162:2,7,17
163:10,14 164:19
166:3,7 167:10
170:16 171:15,24
172:3,23 173:4,22
174:7,11 175:23
176:5 177:13
178:19 179:6,11
181:2 182:4 183:1
183:10 184:21
187:20 188:18,23
189:7 190:18
191:19 193:11
197:17 202:16
207:1,4,6 208:11
208:25 209:9
210:19 211:1,8,21
212:15,23 213:7,15
214:21 215:12
217:25 218:18
221:1,13 222:16,19
223:7,14,22 224:4
224:10,15 225:9
226:3,24 227:13
228:7,14 233:8
234:14 239:14
240:16 241:2,13
246:11 247:4
248:12 249:25
251:9,21 252:4
256:15,20,25 257:4
257:9,20
**objections** 34:1
**objectives** 252:14
**Obligations** 181:25
**obtain** 133:7 155:21
155:21
**obtained** 157:24
**obtaining** 98:16
**occasion** 25:8 63:17
64:7
**occupation** 149:25
232:19,21
**occupy** 7:1
**occur** 15:10,13 36:14
**occurred** 65:8
228:21 248:4
**October** 77:11,22
115:4 121:11 125:5
126:2 127:5 128:13
131:9,14 132:4

212:18 238:11,15
**off** 5:2 33:21 70:9,12
71:19,21 91:15,19
91:23 97:4,5 100:1
100:2 108:15,19,21
112:7,8 121:17,20
126:6 131:21 140:1
187:9 188:8,12,14
188:15,16,17 189:3
189:5 217:17,22
231:15 233:24
235:4 236:5,6,16
236:22 237:4 238:1
238:3,7 250:23
260:18
**offer** 133:8 134:3
219:4 220:3
**offered** 218:15 219:1
219:5,6,8,9
**offering** 73:19
**office** 25:5,7 33:12
37:7 43:4 87:18
88:23,25 92:8
100:25 101:7 102:5
102:8 131:22
133:23 138:13
179:2 180:9,12,13
186:24 187:1,5,18
187:22,23 191:17
216:5 226:14,15,19
226:21 227:7,12,18
227:23 228:2,9,13
228:16,22 230:17
242:19,21,24 243:7
247:13 252:18
253:14 268:11
**officer** 15:4 50:16
52:15,18,21
**officers** 6:20 161:20
**offices** 102:19
230:23 247:14
253:1,4
**official** 264:21 265:8
**often** 11:21 14:21
26:2,3 222:18
**Oh** 42:19 56:24
73:21,24 75:22
76:9 89:13 101:14
158:3 243:1 258:3
**okay** 5:5,14 7:3,23
8:5 10:1 12:22
15:15,17 16:17
17:14 19:13 20:15

21:15 28:22 29:18
30:9,12,21 33:1
35:10 36:16 37:16
42:20 43:17 45:9
46:7 48:10,10
50:24 51:1,10
54:10 57:1 59:23
61:15 63:21 64:16
65:9 67:18 70:8,11
73:6 76:10,12,16
84:10 86:14 88:16
90:23 96:22 98:3
98:20 99:11,15,20
100:7 102:5 104:5
104:8,10 105:4
106:17 107:8,21
110:7 111:6,7
113:13 115:8 116:7
116:21 117:6,12
118:24 120:9,13,25
121:23 122:1,12
123:7,20 124:10
125:14 129:3
130:25 131:8
139:24 143:4,19
144:17 147:4 149:5
149:8 151:2 152:1
152:21 153:18
154:16,18,23
156:13,15 157:6,9
158:4,10 159:16
160:23 161:14
163:21 166:15,17
167:15 169:15
170:6 172:16
176:19 180:21,24
181:12,21 182:15
182:20 184:12
185:8 189:14 191:7
191:24 194:8 197:1
197:20,24 198:20
199:14,15 200:3
202:25 204:13,15
205:6,7,11,22
206:8,13,15 208:21
209:6 210:9,12
213:20 214:5
220:10,11 221:9
225:1 229:13 231:8
231:14 235:3,15
236:2,12 237:4
238:1,15 239:21,23
240:3,10,12 242:6

244:2,14,20,24
245:5,15 246:20
249:18 250:24
251:12 254:5,9
256:3 262:13 263:1
**old** 41:11 231:19
239:11,19
**Olga** 235:15
**Olympic** 51:20,25
52:11,13,15,19
53:4,9,24 54:6,11
54:19
**once** 11:22 14:23,24
64:4 95:21,22
114:6 263:3
**one** 2:7 5:10 9:19
15:18 27:16 40:3,4
41:18 51:6 55:12
73:2 79:16 81:11
84:12 85:20 91:19
113:6,6,17 120:3
122:13 125:20
136:1,1 143:5
144:17,19 145:16
146:3 147:6 149:7
152:8 167:1 168:18
169:1,6 177:11
178:16 180:19
190:15 191:6 193:8
194:3,5 195:20
206:2,5 214:15,18
217:5 218:5 225:25
229:15 230:4
232:16 235:1
236:15 237:18,20
238:8 241:22 242:2
242:3,6 243:23
245:10 246,22,25
249:14 250:6,8,12
250:17 253:9
256:11 257:7
258:11 268:3
**ones** 6:23 31:2 49:9
135:1,3
**one-day** 49:11
**one-year** 138:1
**online** 254:11
**only** 21:16 27:11,15
30:23 31:2 107:16
121:17 124:15
142:18 143:5
181:13 190:16,24
214:25 231:15

238:19
**onto** 138:17 166:13
**openly** 244:9
**operate** 17:18
102:22
**opportunity** 252:2
**opposed** 57:1
**Options** 44:6,7
**order** 32:4,6 122:5
122:22 263:12
**ordering** 268:14
**orders** 63:1
**oriented** 230:21
**original** 82:8 119:25
268:13
**Orlando** 15:1 16:2
**other** 5:10,15,21
18:7 29:18 39:17
56:20 60:21 68:9
71:18 73:3 103:4
116:7 118:11 138:8
138:11 139:16
145:16 147:24
149:25 150:4 156:1
161:19,23 164:1
177:17 178:16
182:2 191:1 197:7
199:22 203:21
229:5,10,11 236:2
237:15 241:10
245:3 248:24
250:14 252:14,14
253:12,14
**others** 21:21 69:23
73:6 75:25 103:10
**out** 5:10 17:20 20:14
20:15 26:19 29:16
35:13,13,14,23
41:20 54:22 77:2
92:11 93:11 102:5
113:15,19,21 114:9
114:12,13,17 116:7
127:9,12,20 131:23
132:15,17 136:25
140:4,5 146:5,12
154:6 172:8,10,13
172:14 173:9 218:6
226:9,12 228:5,12
246:15 248:24
249:7,8 252:25
253:3 262:7,7
266:11
**outside** 6:2 215:15

255:4
**outsourced** 89:5
**over** 10:21 42:15
43:7 47:9 51:23
70:5,18 75:12,16
106:25 111:9
121:25 129:18
145:1,13 149:23
161:18 191:14
198:9 223:12
226:14 236:1
260:24
**overall** 13:11 244:10
**overcome** 34:7
**Overhead** 30:11
**overruled** 70:21,25
257:25
**oversaw** 240:4
241:6
**oversee** 12:19 27:7
106:2,3 253:22
**overseeing** 218:8
**oversees** 12:21
98:14
**overtime** 106:25
**own** 80:4 88:2 119:4
193:9 215:7 237:17
**owned** 45:9 47:9
48:23 50:5 51:15
58:23
**owner** 192:14
**ownership** 51:23

---

**P**

**P** 119:24
**Pacific** 1:7,8 3:8
6:11,12,15,21 7:16
7:18,25 8:22,25 9:6
9:22 10:10,12,19
10:22,25 11:6,10
13:4,20 27:20
48:19,21 50:4,5
51:2,4,12,15 52:7
52:20 54:15,17,21
54:25 56:6,21 58:7
58:12,23 59:14,25
60:5,15 62:20
64:12 79:4 94:7,8
96:12,15 100:21,25
101:6 102:2,13
133:7 142:22
144:10 145:20,25
160:16,19 181:15

181:25 182:1
193:21 194:12,14
194:17,22 195:8
196:5,6,9,13,18,25
197:2,8,11,16,22
197:23 198:23
199:7,17 205:15,20
206:10 221:18,22
264:7 268:5
**package** 69:1,9
81:12,18 186:15,19
186:21,23
**packages** 68:22
**page** 3:8 151:6
153:17 154:16
156:9 157:8,23
159:12 160:22
184:8,9 194:3,5
197:21 198:21
207:7 208:18,19
214:6 249:18 267:6
**pages** 93:7 97:10
266:6
**paid** 46:20 50:3 56:2
56:8 58:21 107:2,3
115:16 117:17,19
134:25 135:2
137:23 139:13,13
145:13 153:19
206:18 207:9,19
**pain** 80:10
**paper** 35:15 66:6
87:8 105:2,3,6
**papers** 186:25
**par** 241:7
**paragraph** 131:6
154:17 155:4 157:6
157:7,24 158:13
159:12,17 160:22
161:8,12 163:17
165:5,9 166:13,14
166:23 167:21
180:22 181:12,19
181:24 182:13,14
184:5,7,10,13
185:10 190:16,24
190:25 191:6,17,22
191:23 206:2,5,16
206:16 207:8,13,23
208:9 209:4 210:21
210:24 211:6
213:21 217:5 218:5
229:15,23 230:3

241:11,19,22,25
242:1 244:7 245:5
246:20 252:12
**paragraphs** 147:17
189:12 190:5,13
210:15,22
**parent** 7:12 8:16
10:13 13:5 84:4
207:25
**part** 61:11,13 66:25
67:3 71:8 81:17
83:9 88:9 91:24
92:9 131:23 145:1
155:25 170:23,24
172:17 173:2,5,8
173:10,12 175:18
209:24 236:5 237:9
244:6 253:21
**partially** 245:7,11,13
**participate** 20:5
22:11 31:3 36:2
46:9 47:1 58:22
91:18 116:10 212:3
**participated** 78:10
149:22
**particular** 15:12
28:10,12 29:4
49:12 69:6 71:18
71:20,21,22 81:6
82:16 114:21 123:5
124:10 134:15
136:8 193:18
210:21,24 245:5
**particulars** 52:5
**parties** 93:13 266:13
**partner** 140:14
197:11,24 198:2
199:7 205:23
**partners** 197:5,7
**partnership** 194:18
195:12 197:3,4,12
197:23 198:1
199:18 205:14,17
206:11
**party** 185:16
**past** 27:10 108:17
144:15 156:25
**patch** 229:2
**patentable** 165:18
**Paul** 80:22 81:2
204:3
**pay** 56:16 136:10
138:22,23 185:17

185:21,23 186:2,5
186:6
**payable** 32:16
**paycheck** 8:6
**paying** 57:8,14
**payment** 57:3
**payout** 49:24
**pays** 8:9
**people** 5:21 46:20
54:25 55:25 56:1,7
56:8,15,16,20 57:3
57:8 58:8,14 64:25
68:22 69:11,12
70:10 71:9 72:8,16
72:17,19 76:20
91:16,23 126:6,11
126:21 174:4 179:2
230:24 231:3
234:19 235:4
238:11 240:2,13
245:3 247:24 251:7
252:17 256:11
257:10
**peoples** 253:1,3
**people's** 230:23
**per** 112:21 136:2
186:5
**percent** 44:24 47:7
47:13,15,16 110:24
121:9,17,20 149:22
222:7
**percentage** 30:10,11
47:3,6
**perfect** 33:1 46:7
170:20
**perfectly** 5:16 13:2
**performance** 3:18
3:19 200:18 201:10
214:12 219:15
220:17 241:7
244:22
**performed** 229:24
230:6
**perhaps** 51:6 73:4
84:4 170:5
**period** 11:24 12:2
15:12 28:24 216:13
**permission** 60:20
207:24
**permits** 261:5
**persistence** 244:8
**persistent** 245:2,3
**person** 9:3 18:6

28:25 33:10,11
48:7 62:9 63:11,13
67:6 70:13,16,22
71:17,22 73:1 82:9
83:24 84:3 89:2
95:9 96:2,5,7 98:8
98:10 100:19
101:15,17 116:1
133:20 139:12
140:16 195:2,4
235:11 253:5
261:22 264:17
**personal** 42:4 83:12
181:7,9 225:12
**personally** 78:17
198:15 264:16
265:6
**personnel** 83:11,14
83:18,22,25 87:18
**person's** 28:16
**pertaining** 4:18,19
**philosophy** 46:20
57:2 59:12,16
**phone** 21:1 23:5
33:9 37:7,9 39:19
69:21 70:3 133:19
133:21,23 137:15
137:16 189:13,24
190:1 207:22
**photographs** 49:6
**phrase** 57:7
**pick** 23:5
**picked** 154:6
**picture** 122:6
**place** 14:22,24,25
16:1 48:25 65:25
88:18 93:10 144:25
202:11 230:8
254:16 266:10
**placed** 88:14
**Plaintiff** 1:5 2:2 94:5
**Plaintiff's** 85:22
86:1,8,18,21,22
97:15 120:15
122:16 130:13
150:18 176:23
196:1 214:17
**plan** 26:24,25 61:21
85:5 92:10 156:25
**planning** 247:12
254:22
**plans** 30:7 156:17
158:20 189:2

253:17
**play** 26:14,16 126:22
**please** 4:8 5:11,25
15:20 19:2 28:16
37:6 55:18 71:4
122:14 157:6
159:13 162:14
163:18 166:16
182:13 184:11
193:14 194:5
195:19 199:9 205:4
206:1 209:5 235:14
268:8,11
**plenty** 28:22
**plus** 218:14 220:9
**point** 58:15 124:10
169:25 189:5
205:23
**policy** 216:23 217:1
217:2
**poorly** 226:18
**portion** 35:1 38:7
162:15 171:2 185:1
225:16 227:4
**position** 7:1,5 42:12
43:25 47:22 53:17
75:14 143:20 218:8
219:3,5 235:17
236:19 239:5 241:6
241:9,10
**positions** 42:13,15
75:16
**positively** 245:19,22
**possible** 145:2
151:16 154:15
**Possibly** 92:3
**power** 172:7,10
226:23
**practice** 16:25 27:14
35:17,20 155:1
**precedent** 170:13
**precise** 6:15
**predecessors**
100:17
**pregnancy** 237:5
**pregnant** 236:21
237:8
**preparation** 26:14
201:3 214:22 215:1
215:10
**prepare** 65:14,16
97:1,22 109:15,22
111:2,3 115:12

116:2 123:4 134:20
151:17,20 204:18
204:19 209:2,10
211:12
**prepared** 28:4,5
29:20 31:7,8 59:13
59:14 81:12,17,20
82:1,3,9,17 95:9,20
95:24 96:7,8,13
99:5,16 106:10,15
106:19 107:6,13,15
109:6 110:8 111:7
111:18 112:6
114:25 120:6 122:4
123:8 140:8 148:12
149:6,7 150:25
152:22 169:5
175:19,25 176:2
198:24 201:6 214:8
216:1
**prepares** 96:6 99:6
100:22 108:19
119:17
**preparing** 97:19
**presence** 223:15
260:17
**present** 14:1 21:9
37:10 40:2 132:9
228:11
**presented** 117:8
**preserving** 34:18
**preside** 223:12,16
**presided** 16:5
**presidency** 218:16
219:8 222:2
**president** 3:7:2,6,10
8:14 9:13,13,22
10:4,5,5,6,10,11,15
10:22,24 11:13
13:10,25 14:2,10
15:3 18:15,22
21:25 25:20,24
26:11 27:6,20,24
27:25 29:20 45:21
45:23,25 47:10,13
47:22 50:7,11,14
51:24 52:12 53:10
53:12,18 54:21
58:5,18 60:11,23
75:23 76:5,7,13,21
79:10 106:6 109:3
143:7,21 158:5
164:25 172:7

181:23 194:21,22
194:24 198:1
211:14 212:1
218:22 221:24
223:10,17 224:24
224:25 225:24
226:1,22 227:21
238:20 262:2
**presidents** 14:18
27:15 60:14
**president's** 60:11
227:6
**presiding** 15:4
**pretax** 117:22 119:6
121:3 122:24
123:10 124:1,3,20
127:15 149:22
**pretty** 43:10 133:21
155:19 234:15
258:14
**prevent** 209:8
**prevented** 147:23
**prevents** 150:7
**previous** 245:1
**previously** 121:21
252:23
**pre-existing** 138:6
**price** 49:14
**primarily** 45:9
**print** 35:14 113:17
113:18
**printed** 100:5,7,9
113:16,19,21,22,24
116:6
**prior** 25:21 29:14
39:19 43:14 50:21
82:7,14 98:20
117:19 124:7
126:14,15 133:6
156:18 157:20
158:1 163:5 164:11
200:6 201:2 202:14
260:23
**private** 67:16
**privileged** 81:2
168:11
**proactive** 250:3,4
**probably** 18:13
42:21 68:18 74:18
83:5 113:9 139:18
140:3 147:19 153:9
153:15 156:12
159:19 167:5 168:1

182:23 200:4
220:13 249:16
250:23
**problem** 6:4 15:17
16:8 50:24 57:22
181:20 200:6
204:13 248:4,11
251:15,16,17,23,25
262:10
**problems** 244:10
249:16 251:7 252:9
260:13
**procedures** 244:10
**proceed** 6:7
**proceedings** 38:3
64:1 92:22 95:2
137:7 193:16
237:13
**process** 74:4
**produce** 5:19 139:19
**produced** 26:6 29:6
87:4 123:2,9 152:3
152:5
**product** 88:20,21
109:4 127:18 165:8
165:24 193:5,6,6
215:9,12 253:21
254:25
**productive** 40:9
127:17 132:23
**products** 192:23
255:20
**profit** 19:6,17,24
20:5 21:18 22:11
23:19 27:4 29:22
30:21,24 31:3,9,22
36:2 39:2 40:19,25
46:9 47:1,13 49:13
49:16 50:2 56:21
57:3 58:22 107:24
116:11,25 117:22
118:21 119:6
121:25 123:21
124:1 126:3,19
145:6 184:17 212:3
212:20 213:2,3,4
220:15,18
**profitability** 32:18
**profits** 47:3 127:15
**program** 47:1 85:1,3
91:1 116:11 242:18
245:24,25
**programs** 73:19

**project** 96:21 165:7
232:9 242:23
243:14,15 247:19
255:10 258:6
**projected** 36:19
121:18,21,25
**projections** 26:8
33:2 124:11,24
126:22
**projects** 32:15 44:12
242:9,11 243:8,17
243:18,19,21,23
254:1,19 255:16
258:4 260:25 261:4
261:10
**promise** 154:10
**promissory** 49:23
**promptly** 165:11
**properties** 192:20
233:17
**property** 4:20 164:4
**proposed** 33:16
**propositions** 224:8
**proprietary** 155:15
155:18
**provide** 74:22
**providing** 191:17
**provision** 138:2
147:10 148:15
164:8,10 169:6
170:10 171:8 172:8
175:12 177:4,10,12
177:19 192:2
193:18 208:9
**provisions** 143:24
**public** 1:23 93:6,22
94:23 148:20
264:24 265:13
266:5,22
**pull** 101:6 114:17
140:1,4
**pulled** 113:15 114:9
114:12,13 261:6
**punctual** 245:17
**purchase** 49:14
**purchased** 51:19
52:3,19 221:18
**purchaser** 239:5
**purchasing** 55:19
76:6,8 231:11,18
231:23
**purports** 96:25

**purpose** 55:16,18
172:19 211:7
264:19
**purposes** 211:25
**put** 23:8 29:12 30:14
32:4 58:4 62:12,19
71:3 103:15,17,21
103:22 111:8,10
148:24 149:1
151:22 152:14
164:23 175:15
182:24 196:4
242:22 244:24,25
263:6
**puts** 104:24
**putting** 28:25 32:17
34:4 62:9 109:7
239:4,10
**P.A** 2:2
**p.m** 1:15 94:15
263:16 268:12

_____
**Q**
**qualifications** 260:5
**qualifying** 262:3
**quality** 229:23
**Quantity** 230:5
**quarter** 11:22 27:11
31:14,14 36:10
74:2,8,9,10,11,15
74:17 129:19,21
161:18 191:15
**quarterly** 26:4
121:22 122:3,4
**quarter's** 122:7
**question** 5:2,12 8:5
14:6 18:13 30:2
31:20 32:6 33:24
34:2,6,8,19,21
38:25 39:13 42:5
44:12 48:13 54:9
56:10 66:17 90:12
106:9 108:4,12
115:17 116:23
117:9 125:13 139:1
144:6 152:19 157:4
160:6 162:4,20,21
168:15 170:17
176:10 182:8,9,11
183:19 184:22
188:20 194:21
195:14 198:13
200:25 201:2 202:6

202:19 205:7 211:3
211:11,25 212:11
212:16 213:10,12
218:3,25 225:15
227:3 247:5 248:9
250:3 251:19
255:19 261:25
**questions** 6:6 9:18
13:1 14:7 41:8 95:5
105:21 113:10
115:11 116:7
154:20 205:2,5,8,9
**quick** 41:22 116:8
**quickly** 5:7 245:11
246:23 247:2
**quiet** 19:18
**quite** 15:16 31:23
221:20

_____
**R**
**R** 267:1,1
**raise** 106:7
**Ramos** 101:20
**ran** 48:7 50:9 53:23
53:25 58:1,2
**rarely** 222:22 232:4
232:8 249:9
**rat** 35:15
**rating** 72:11,11,12
72:12,14 241:17
**Raybon** 234:6
**RE** 268:5
**reach** 29:24 39:12
164:15 228:5,12
**reached** 89:9 199:16
199:17
**reaches** 163:24
**reaching** 156:24
257:25
**reaction** 56:22
**read** 5:9,21,23 17:4
34:4,20,25 35:1
38:7 147:15,16
149:9 150:11
154:20 156:10
157:7 159:13,17
161:15 162:11,14
162:15 163:17,19
163:22 165:1
166:14,16,18 167:3
167:6,15,21,23
181:16 182:14,21
183:11,12 184:10

185:1 191:23,25
192:5 200:15,21,23
204:22,24,25 205:4
209:13 217:6
225:16 227:4
237:17 263:2,8,9
264:6 268:13
**reading** 5:20 157:6
161:13 162:13
168:4 191:11 263:5
**real** 41:22 44:12
81:8 116:7 141:2
**realistic** 242:3
**realize** 74:7
**realized** 147:17
**really** 22:8 32:9 48:2
54:4 73:14 81:24
83:20 88:21 107:21
114:23 117:3
127:21 135:13
140:16,19 147:6
157:17 160:25
180:7 202:6 250:22
254:20
**Realty** 48:19,21 50:5
51:4 52:7
**Realty's** 52:20
**Realty/Westbroo...**
51:3
**reason** 21:16 36:14
107:4 110:2,4
114:15 123:1
124:16 184:20
211:17,18 229:10
229:11 267:8,10,12
267:14,16,18,20
**reasonable** 268:13
**reasoning** 73:11
**reasons** 267:4
**recall** 4:16 24:18
25:19 36:5,12,15
36:24 39:5,11,16
40:7,21 56:18 58:3
63:20 64:4 66:9
69:17 75:8 76:9
78:3 88:11,13 92:3
92:4 118:13 128:22
129:2,8,13 130:5,6
130:18,21 132:2,5
134:1,19,23 139:18
144:19 145:4,5,19
146:16,19,22
148:11 154:5,8,15

168:1,4 171:4,6,7
171:11,11 172:4,11
172:11 174:13
175:13,14,14
177:20,22 178:1,3
178:5,10,12,25
179:3,20 180:5,15
183:2,5 186:1
189:16,18 190:22
191:2 198:25
199:23 200:1,2,4,5
200:5,6 203:9,12
203:19,20 204:23
223:4,11 224:5,11
225:7 226:8 235:12
243:5,12,18 246:7
254:10 258:1
**recalls** 38:14
**receivable** 32:16
**receive** 29:22 40:25
47:4 49:13 58:20
59:25 67:6 68:23
78:2,6 125:9
137:13 186:21
208:7
**received** 18:21
49:15 56:7 59:25
115:3 201:17
**receiving** 56:2 166:2
**recently** 24:25 25:1
**receptionist** 41:21
**recess** 38:2 63:25
92:21 137:6 193:15
**recession** 126:12
**recognize** 210:14
**recollection** 23:24
31:25 36:18,22
38:13,21 136:15
137:10 150:13
152:2 203:14
204:10
**recommendation**
70:20 154:2
**recommendations**
61:5
**recommended**
153:25 218:22
**Recommending**
130:4
**record** 19:7 34:19
35:1 38:7 97:4,5,6
100:1,2 109:20
110:3 112:7,8

162:15 185:1 194:6
203:13 225:16
227:4 263:6
**records** 95:7 133:22
**RECROSS** 3:3
**red** 169:9,12,13,16
169:17
**REDIRECT** 3:3
**reduce** 60:3,10,13
61:2,6,8
**reduction** 61:14,20
**reference** 38:12
**referred** 25:18 85:21
86:17 97:14 122:15
130:12 150:17
176:22 195:25
**referring** 64:12
194:6
**reflect** 73:23
**refresh** 31:25 136:15
136:18 137:10
150:13 152:1
203:14 204:10
**regarding** 16:19
17:12 18:19,23
22:4 23:11 37:1
56:6 63:19 71:1
110:23 170:3
181:18 202:15,23
202:24
**Regeira** 80:4
**region** 12:21
**regional** 10:4,5,6,11
10:21,24 14:18,21
60:22 106:6
**registered** 165:18
**regularly** 14:11
**rehired** 188:22
**related** 44:2 45:3
231:12 233:21
**relates** 161:25
**relating** 79:23,25
**relations** 216:4
**relative** 93:13 235:6
266:13
**relatives** 233:23
234:4 235:14
237:15
**relax** 19:23
**relay** 21:13
**relaying** 38:13
**release** 81:25 166:20
167:7 169:6 170:6

170:10,15 171:5,14
171:19,21 172:20
173:17,21 174:4,10
174:16,18 175:12
176:12 177:4,7,10
177:11,12,12,18
199:10 206:17
209:24 211:16,20
211:22 217:23
237:10 247:3
**releases** 171:16
**releasing** 173:18
**relief** 160:21
**remain** 164:3
**remains** 165:22
**remember** 16:4,4,7
16:22 19:1 22:23
22:24 35:24 39:7
40:6 42:19 44:8
45:13 55:1,9 56:14
56:24 57:19 65:5
80:5 83:7 89:9
110:15 113:23
121:21 130:25
131:2 134:10
135:13,16 136:14
136:24 137:21,22
137:24,25 138:12
144:22 146:8,9
148:16 151:25
153:7 169:4,11
172:5 176:2 180:1
186:14 201:19,21
202:20 204:8 220:1
231:16 261:19
262:9
**remembers** 38:16
**remove** 261:8,23
262:3
**Remy** 101:18
**rep** 43:1
**repeat** 5:3,8,12 54:9
56:10 115:17 144:6
225:15 227:3 248:9
**repeated** 127:22
128:1
**repeatedly** 248:24
**repercussions** 160:5
**rephrase** 5:12 34:3,6
38:25
**report** 7:13 10:1,2
13:23,24 32:20,21
32:23 48:3,5 93:6

266:6
**reported** 1:22 11:13
54:2 94:22 248:17
**reporter** 5:9 34:23
35:2 38:8 93:5,17
162:16 185:2
225:17 227:5 266:5
266:17 268:19
**reporting** 1:24 9:24
94:24 268:17
**represent** 113:11
119:22
**represented** 100:13
**represents** 109:13
119:23 198:7
**reproduction** 93:16
266:16
**request** 139:19
213:21
**requested** 65:13
**requesting** 261:21
**requests** 191:4
**require** 157:11 181:1
216:20
**required** 88:20
206:15
**requirements**
254:22
**requires** 243:15
**research** 156:17
**reset** 262:24
**residential** 192:20
193:1 233:16
**resign** 206:3 222:2
**resigned** 227:22
238:24
**resigning** 13:11
**resources** 61:25
62:1 98:14,15
216:4
**respect** 11:12 12:18
33:2,14 40:5 41:4,9
49:12 59:16 65:4
115:15 131:8
138:19 141:11
143:13 149:3
153:16 176:19
189:10 191:22
203:22 213:21
247:8 258:17
**respond** 244:9
**responds** 245:19
**response** 132:12

**responsibilities**
12:20,23 98:11
**responsibility** 9:24
69:8 149:4 249:19
250:13,19
**responsible** 25:25
32:17 62:9 68:25
69:4 76:24 77:5
89:1,2 97:19 98:16
250:14 254:18,24
255:6 258:5
**rest** 120:11 255:25
**rested** 256:2
**restroom** 6:2 63:22
**result** 104:23
**retained** 82:25
**retire** 125:25
**retirement** 40:8
**retiring** 21:18
**return** 268:15
**revenues** 125:1
**review** 3:18,19 5:20
35:9 105:9 114:23
152:16 178:13
200:9,11,17,18
201:3 213:22
214:14,18,20 215:7
215:8,17 216:15,19
216:24 217:3,9,10
217:13,24 229:18
**reviewed** 201:12,14
214:12,15,25 215:5
215:14
**reviewing** 200:6
**reviews** 72:23,25
73:1 84:11,12
214:13 216:21
**revise** 35:11 73:22
73:25 74:16
**revised** 74:2,12,19
122:3
**revision** 74:3,5,14
**rewards** 31:10,10
**RIF** 61:11 62:12
64:22,24 65:4,6,14
65:16 66:25 67:3
68:11,16 71:1,6,9
84:25 85:5,14
86:12,24,24 87:4
88:7,12,14,18 91:8
92:1,10 121:12,16
124:16 236:5 237:9
238:19

**RIFs** 62:9 210:8,10
**RIF'd** 67:3 68:10,10
  68:22 233:24
  234:23 238:11,15
  238:16,22
**right** 5:13 11:18 14:9
  16:8 31:15 32:10
  34:24 37:17 42:6,7
  42:11 46:25 50:7
  52:1 60:20 82:15
  82:21 84:5 86:10
  86:24 96:24 103:16
  108:9 113:19
  117:18 123:18,21
  131:20 136:6
  139:24 145:3,11,14
  147:7 148:15,25
  150:22 151:6 155:2
  155:3 159:1 160:21
  161:2 165:13,16
  173:10,11 183:14
  183:16 184:15,19
  187:25 188:3,11
  194:15 199:22
  203:1 204:11,20
  206:6,7 207:20
  218:15 220:18,19
  220:24 222:1
  223:13 224:3
  227:12 230:5 233:7
  243:20 251:10
  257:18 263:2,4
**road** 34:11
**Robert** 234:24
  240:10
**Roberta** 234:6
**role** 12:18 14:2
  25:21 26:14,16
  64:21,24 80:15
  91:22 92:12 119:1
  127:14 231:10
**roles** 91:19
**room** 18:4 21:9 88:6
**roughly** 123:23
  220:9
**RPR** 1:23 94:23
**Ruiz** 237:21,23
**run** 26:7
**running** 221:16
**rush** 252:17

**S**
s 3:7 79:4

**safe** 246:9,18
**safety** 127:19 232:4
  232:6 242:18
  245:24,25
**salaries** 27:4 59:3,17
  59:20 60:4,14
  62:21 97:2 98:25
  115:3
**salary** 3:10,12 58:24
  59:24 60:11 61:2,6
  61:8 71:20 95:8,16
  96:2,4 97:8 98:18
  99:9 100:12,14
  103:18,25,25 104:1
  106:1,4,24,24
  107:4,12 108:3,9
  108:15 109:5,7,9
  109:11,11,12 110:5
  110:7,10,12,14
  125:10,11,15,17,22
  135:10,17,19
  137:13 142:13
  143:23 147:22,24
  212:21 220:9
**sale** 52:3 144:24
  145:1 235:24
**sales** 4:19 7:10
  26:17,20 29:15
  43:4 44:11,18,20
  44:21 45:1,21
  47:23 53:13 72:4
  73:12,12 74:23,25
  75:2 124:17,25
  126:8,10,14,17
  238:8
**salespeople** 236:2,6
**salesperson** 235:18
  236:9
**same** 17:5 21:5
  22:18,18 38:17
  41:6 43:12 50:2
  58:21 77:22 79:15
  86:9 88:17 93:17
  102:25 113:10,12
  114:15 115:11
  133:14 162:17
  166:7 229:8,9,22
  229:24 242:10
  244:6 266:17
**Sanchez** 236:9
**satisfactory** 245:17
**save** 17:7 35:13,15
  125:4 246:3 259:15

262:21
**saw** 41:21 210:6
**saying** 19:14 24:13
  32:1 34:6 56:14
  104:11 107:25
  122:5 151:5 175:11
  183:20 213:2 239:7
  252:6
**says** 29:9 34:8,17
  99:8,18,21 102:13
  106:7,14,24 107:1
  107:23 110:10
  115:22 119:20
  120:23,23 122:21
  142:10,13 150:22
  151:2 155:17,19
  156:16 157:20
  158:16 163:25
  165:9,20 166:1
  167:21 182:16
  183:24 188:16
  191:8,13 193:7
  196:5,18 197:2,3
  197:22 199:12
  207:9 208:3,6,22
**Scarborough** 10:9
  10:15 13:8 55:14
  56:14 57:22 111:24
  178:6,7
**scarce** 226:2,7
**SCH** 120:3
**schedule** 120:3,6
  268:11
**scheduled** 12:11,12
  14:11 202:12
  233:24
**schedules** 120:10,10
**school** 41:15,20,24
  41:25 42:3
**Schwartz** 37:15
  203:22
**scribble** 17:3
**scribbles** 17:7
**se** 136:2
**seal** 264:21 265:8
**second** 74:9,16 86:2
  95:6 111:5 143:18
  182:20 194:3
  205:13 208:19
  250:6 261:21
**secretary** 66:11,15
  66:18 236:24
**secrets** 158:19

165:17
**section** 102:7 182:21
  183:12,20
**sections** 182:17
  183:12,20
**see** 5:9,18,23 13:2
  17:3 23:9 24:7,11
  25:7 29:5 30:15
  33:10,11 34:23
  42:2 55:21 57:7
  68:2 81:4 98:5
  105:7 106:4 110:6
  111:19,20,22,24
  112:1,20 113:13
  115:18,19,22
  136:20 137:9
  139:24 143:8
  150:22 151:2,8
  156:9 157:23
  165:20 167:21
  168:2,3 169:16
  174:22 177:3,6
  178:17 182:18,20
  184:14 190:11
  195:19,20 207:6
  249:15
**seeing** 57:22
**seek** 141:12 214:1
**seems** 41:5 83:9
  121:16
**seen** 36:9 49:9 59:13
  83:22 104:5 112:4
  118:10 176:13
  205:6 209:20,23
  215:25 216:1
**select** 80:18
**selecting** 80:15
**selection** 44:4
**selection/options**
  43:3
**sell** 29:16 48:11,12
  54:17 73:20
**selling** 44:13 235:22
**sells** 235:23
**semester** 41:18
**send** 17:17,20 18:6
  84:20 98:2,6
**sending** 98:5 232:11
**sends** 98:25 104:20
**senior** 47:25 48:1
  50:13 53:12,18
  54:20 56:15 60:11
  109:3 238:19
**sent** 82:11,19,22

83:3,21 87:24 98:9
  138:16 152:15
  153:2
**separate** 101:2
  102:7,10,10 104:5
  104:11
**September** 65:10
  66:24 107:1,16
  128:16,21 131:14
  132:4 133:15,16
  134:21 211:19
**series** 119:21
**serve** 139:19
**service** 42:17,18,22
  43:1 98:14 103:25
  181:7,9 186:4,5,6
**services** 90:15,23
  128:18 129:1
  132:18,22 184:19
**set** 93:10,11,19
  131:6 160:21
  212:14 213:13
  266:10,11,19
**setting** 14:5
**settlement** 161:22
**seven** 166:13,14,23
  167:21 194:10
  198:21 213:21
  237:19,19,20
  246:20 249:14
**several** 4:16 44:19
  69:10 75:20 82:11
  114:4 252:21,25
**severance** 68:21
  69:1,9 77:18,24
  81:12,18 185:17,21
  185:23 186:2,15,19
  186:21,23
**SFCMBMESE** 120:1
**share** 19:17 116:25
  178:24 179:1 223:1
**shareholder** 53:3
**sharing** 19:6,17 20:5
  21:18 22:11 23:19
  27:4 29:22 30:21
  30:24 31:4,10,22
  36:2 39:2 40:19,25
  46:9 47:1,13 49:13
  49:16 50:2 56:21
  57:3 58:22 116:11
  118:21 145:6
  184:17 212:3,20
  213:2,3,4

**sheet** 103:23,24
106:5 111:18,19,20
111:22,24 112:1,4
112:6 123:5 264:8
**sheets** 103:19 104:6
104:11,12,20,21
105:2,3,6,9,11,12
105:13
**she'll** 34:11,15 37:12
**short** 38:2 41:16
63:25 137:6 193:15
**shorthand** 93:7
266:7
**Shortly** 221:18
**shoulders** 256:2
**show** 119:16 122:12
169:9 174:25
176:20 214:17
226:22
**showing** 29:21
**shows** 121:3 196:16
**shrugs** 6:6
**sic** 80:4
**sick** 187:11
**side** 29:19 43:7 63:8
151:3 218:12,12
**sign** 170:18 172:20
179:19 186:20
195:2 199:4 204:20
209:15 211:23
212:22 268:9,13,15
**signature** 130:16,22
130:23 131:3,4
197:21 214:6,9
267:23 268:9,15,20
**signed** 77:18,21
81:17 82:18 148:21
180:1,2,3,4,14
186:18 192:10
193:9 199:3,6
**signing** 156:18
179:16 186:24
247:3 263:4
**signs** 9:1
**similar** 86:23 87:1
130:20,24 165:18
210:5,6,14,17
**Simple** 28:12
**simply** 205:15
**since** 11:13 109:21
110:8 123:1 245:8
258:14
**single** 193:1 247:10

**sir** 108:18,22 109:1
124:22
**sit** 35:9 88:5 137:22
171:7 175:17
177:16 197:20
205:24 206:8
**site** 127:19 232:9
247:20 253:17
254:22 261:24
**sites** 127:20 232:5
246:2,9,17 262:4
**sitting** 43:7 124:19
**situation** 5:22
**situations** 244:9
**six** 135:15 163:17
221:19 222:5
237:19 245:16
**skills** 17:17 244:15
**skim** 156:13
**skimmed** 156:12
**skip** 110:10 182:11
**skipped** 230:3
**Skipping** 81:24
**slow** 72:20
**slowed** 72:18
**smart** 41:19,21
171:13 260:2
**soft** 21:19,21,25 22:4
22:7 23:1,21 40:24
90:18 91:1
**software** 164:1
**sold** 48:14,16 51:9
51:12 54:6,11,14
54:20,22 192:24
220:20
**sole** 165:13 255:19
255:22
**solely** 153:20
**some** 4:25 9:5 44:25
52:18 82:10 83:2
107:23 111:8 145:7
166:25 185:18
205:2,5 210:14
222:13 223:3
232:11
**somebody** 18:4
24:14 28:13 70:6
80:10 101:11
114:17 149:3,6
151:22 242:23
251:6
**somebody's** 119:22
**somehow** 103:16

104:11,12
**someone** 8:25 9:24
71:19,21 82:7,18
111:7,8 112:3
160:19 173:17
174:3 261:17 262:8
**something** 35:12,13
46:14 69:24 70:5
80:5 82:17 86:15
89:17 97:10 108:16
108:18 110:1
112:17 151:14
157:14 175:15
186:8 225:8 244:5
252:7
**sometime** 12:6,7
20:18,18 44:25
68:19 133:14
138:12 222:6
227:22
**sometimes** 5:6,21
34:15,19 35:12
59:11 230:23
**somewhere** 34:11
189:23
**sorry** 10:5,17 16:12
19:11,20 20:2
24:20,22 30:2
33:25 39:9 43:23
51:11 61:13,22
62:17 69:6 77:1
78:1,13 97:11
104:9,25 106:19
117:13 130:10
132:21 133:16
136:20 138:19
151:5 176:9 177:25
189:17 199:12
200:24 201:1
202:24 206:6
228:12,15 231:17
233:4 237:19 243:5
243:5 249:24
251:12 258:16
262:12
**sort** 34:5 45:5 111:8
**sounded** 130:20
**source** 98:21
**South** 1:7 2:8 6:16
6:21 8:22,25 9:23
9:23 14:3,10 31:3
59:25 60:5,15
64:12 84:8 94:7

96:15,17 102:23
105:3 116:10 143:1
143:2 144:11
145:21 182:1
192:20,24 194:12
194:14,17,22 195:8
196:5,18,25 197:2
197:8,11,22,24
199:7,17,18 205:15
205:20 206:10
264:7 268:4
**southeast** 12:21
**Southwest** 4:11
**space** 88:23,25
214:6
**speak** 5:6,7 24:24
110:25 133:25
142:2,21
**speaker** 69:25 70:2
**speaking** 134:17
**speaks** 179:12 182:6
**specialty** 71:22 81:6
**specific** 105:21
202:7 245:7 257:5
**specifics** 243:12
258:1
**specs** 73:13
**speculate** 109:17
212:8
**speculation** 18:9
23:13 31:17 68:5
105:16 107:18
159:5 178:20
187:20 190:19
212:24 227:14
256:16
**speed** 5:21
**spell** 140:12
**spoke** 21:3 24:3
36:25 41:2 116:18
116:19
**spoken** 24:15 64:10
112:25
**spot** 58:5
**spreadsheet** 85:16
85:17 86:5,11,15
87:2 88:3,6 104:22
104:24 105:13
**staff** 258:19
**staffed** 244:3
**standard** 1:7,8 3:8
6:11,12,15,21 7:16
7:17,25 8:22,25 9:6

9:22 10:10,12,19
10:22,24 11:5,10
13:4,20 27:20
54:15,17,21,25
56:6,20 58:7,12,23
59:14,25 60:5,15
62:20 64:12 79:4
94:7,8 96:12,15
100:21,25 101:6
102:2,13 133:7
142:22 144:10
145:20,25 160:15
160:19 181:14
193:21 194:11,14
194:17,22 195:8
196:5,6,8,13,18,24
197:2,8,11,15,22
197:23 198:23
199:7,17 205:15,19
206:10 209:19,24
211:22 221:18,21
264:6 268:5
**stands** 208:3
**start** 16:16 19:13
41:9 42:14 43:10
143:6 254:13
**started** 41:12,23
43:5,12,16,18 46:8
194:13
**starting** 43:7
**state** 1:23 4:8 93:3,6
93:22 94:23 260:3
260:7 264:3,14
265:3,13 266:3,5
266:22
**stated** 49:16
**statement** 3:9 8:12
10:19 13:6,17,21
18:17 24:16 25:22
26:23 27:16 29:2
30:23 31:7 32:7
46:17,23 50:19
54:8 57:10 86:3
90:10 120:1 121:19
131:5 142:16
162:10,12,13 173:3
184:24 193:19
205:24 210:18
226:2 227:17 245:1
**statements** 32:15
33:3 120:18
**stating** 183:7
**stay** 44:18 92:11

127:24 128:2,6,11
181:25 188:13
253:3
**stenotype** 93:7
266:6
**step** 168:18
**steps** 261:8
**Steve** 79:18 140:11
198:7
**Steven** 10:9 55:14
**stick** 35:15 77:3
243:4
**sticker** 196:4
**still** 29:9 34:8 50:7,9
50:11 52:18 53:10
53:12,15,19 75:9
76:22 77:8 101:21
126:3 136:3,6
141:9 185:8 187:12
190:9 212:19
221:24 233:19
240:13 241:19,22
259:16
**stipulates** 141:20
**stock** 52:6
**stole** 103:13
**stop** 5:12 31:21
111:4 152:19
229:14
**stopped** 221:16
**stories** 242:15
**strictly** 208:23
**strike** 83:21 120:14
124:2 148:7
**structure** 9:15 58:24
58:25
**structures** 59:20,24
**stuff** 165:21
**subcontractor** 136:2
**subcontractors**
246:3
**subject** 65:1 165:14
**submitted** 29:1
**subpoenaing** 198:14
**subsidiary** 9:14
59:15 181:14 182:2
**successes** 244:21
**successful** 164:25
**successor** 182:2
**suck** 164:17
**sued** 172:21 211:19
**sufficient** 230:7,12
232:1

**suggested** 171:8,10
171:12
**suggestions** 255:18
**suing** 175:22 211:16
**suite** 2:3,7 103:1,1
268:3
**summer** 15:13 24:9
38:15 68:19
**superintendents**
234:9,17 240:5
**supervised** 248:1,13
**supervising** 246:18
**supervisor** 238:4,5
248:16,18 249:1
**supplement** 147:24
**support** 250:22
**supposed** 155:21,22
156:1 245:23,25
246:2 255:17
**sure** 4:10 7:22 8:3
15:16 28:21 31:20
31:23 32:25 33:8,9
33:18 44:24 46:6
46:11 50:23 51:5
51:17 52:5,14
56:13 63:24 74:18
82:24 87:12 90:14
92:17 96:1 98:2
103:21 108:1 116:2
124:19 133:21
186:7 193:14
196:11 199:20
217:4 221:20 222:4
222:21 229:1 233:4
233:10 246:2
254:14
**surprised** 132:13
**survive** 182:18 183:8
**survives** 183:20
**suspended** 260:10
**sworn** 4:3 264:5
265:7
**system** 101:3

_____

**———— T ————**

**T** 3:7 267:1
**table** 43:8
**take** 6:6 10:5,21
14:21,24,25 16:25
34:24 48:25 63:1
63:22 77:2 92:18
113:9 128:9 137:3
137:3 149:4,25

154:19 156:13
159:12 161:2
163:18 164:17
168:18 172:8,10,13
172:14 173:9 177:2
182:13 183:16,18
184:10 193:13
198:5,11 202:11
205:3,4,12 206:1
217:6 246:24
254:16 256:10
261:13 268:8
**taken** 4:12,22 38:2
63:25 92:21 93:10
137:6 193:15 261:8
264:6,7 266:10
**takes** 104:20,21
105:12 107:24
**taking** 18:5 93:10
147:23 260:23
261:11 262:17
263:15 266:10
**takings** 245:8
**talk** 17:16 18:5 32:2
32:7 33:9 39:6,25
49:9 64:7,18 117:6
133:11,13,19,20
177:21,23 178:9
185:7,19 187:10
228:18,24 234:21
239:7 252:18
263:11
**talked** 37:13,15,15
64:13 75:25 134:8
135:16 178:7 202:6
253:12
**talking** 17:5 26:19
38:6 39:21 40:7
53:6 70:9 86:5
180:16 194:14
225:2 237:6 242:14
250:16
**talks** 199:15
**targeted** 64:25
**taught** 240:1,8
**Tavel** 62:2,3 63:7
64:18,19,20 69:13
71:12 76:1,11
84:16 87:20 90:6
96:4 98:10 104:12
177:23 186:10
256:7
**teach** 239:23 240:10

240:12
**team** 120:12 250:24
251:2 256:4,5
**tech** 101:14
**technical** 9:18 51:20
51:25 52:6,11,13
52:15,19 53:4,9,24
54:5,10,19 144:10
**technicalities** 34:14
50:7
**telephone** 19:15
66:3 133:24
**telephonic** 14:14
**tell** 5:4,11,20,23,25
6:22 15:20 16:18
19:2 23:23 24:3
34:24 37:12,13,14
37:21,25 38:10,20
40:23 41:7 47:25
48:18 55:7,18
76:21 92:7 98:9
99:15 109:25
112:10 119:25
128:20 134:2 187:4
189:11 190:10
204:2 212:25
219:24 232:3
243:11 248:21
250:9,11,18 251:4
251:6 252:24 253:5
253:6 256:11 257:3
263:5
**telling** 34:2 114:16
124:19 133:6 165:5
246:9,14 248:19
**tells** 41:14
**ten** 208:20
**tenure** 29:20
**term** 98:15 137:25
138:1 155:20
157:25 158:1,1
184:5 243:13
**terminate** 126:21
131:9 184:19
185:16 187:13
217:21
**terminated** 91:9
126:2 131:10,18
148:22 182:16
183:8,23 187:2,16
188:17 207:14
212:4
**terminating** 207:19

**termination** 138:2
184:6 208:4
**terminations** 91:23
**terminology** 67:3
**terms** 77:23,25
134:5,9 143:22
181:19 229:4
**Terri** 76:17 256:8
**terrible** 160:4
**test** 34:23
**testified** 4:4 23:17
154:24 206:21
215:5 257:8
**testify** 7:24 29:19
39:14 129:3 175:7
198:15,16 218:21
**testimony** 152:20
201:4 202:17
216:25 217:8 233:9
**Texas** 11:4,5
**thank** 79:9 113:7
195:5,22 247:19
263:2,10
**their** 54:11 55:22
56:2,8 58:2 59:7,16
59:20 72:6,15,17
240:13 245:4
252:18,19 253:3
**thing** 5:15 38:17
39:10 50:2 113:12
155:17 204:25
242:10
**things** 6:3 17:20
27:4 35:15 82:11
87:17,18 135:6
145:18 158:20
191:1 223:20
248:24 249:2 257:3
257:5
**think** 7:25 15:14
19:13 26:20 38:5
39:5,10 45:23
46:11 51:8 55:12
59:9 73:6 75:21
80:13 83:23 84:9
84:12 85:17,17
86:9 97:9 98:2
103:19 108:2
111:15 112:24
117:3 119:22
125:20 127:11
134:7,14 136:13
137:2,14,15 147:20

149:11 150:10,16
155:17 158:4,5,11
159:23 162:24
163:13 167:6
173:24 176:4
179:13 180:7,11
185:8 187:3 188:11
194:14 203:15
206:21 208:12
211:13 213:19
215:11 216:3,6
219:3,14 229:4,20
231:24 233:1 235:9
237:17,20 239:4,24
241:19 248:3
251:23,25 261:11
261:16 262:20
**thinking** 158:9
165:24 190:9
**third** 31:13 250:7
253:13
**though** 91:24 168:2
182:16 183:8
**thought** 23:16,17
24:10,11,13 34:16
39:3 40:24 57:9
145:5 149:12,17
183:25 200:24,25
226:22
**threatening** 161:24
**three** 26:7,19 27:7
46:8 65:7 68:17
113:10,10 114:22
115:19 117:24
123:23 145:8
154:16 156:9
157:23 178:17
207:8 237:18
242:15,16 244:12
244:14 249:16
250:6 251:3
**three-story** 193:6
**three-year** 26:9,10
26:24,25 27:7 28:3
28:11,13 30:7
36:20 107:12
**through** 14:1 22:11
23:1,19 27:12 39:2
47:21 64:19,20
84:11 106:23 107:1
107:16,23 115:4
128:16,21 143:17
156:12,13 194:2

216:7 217:5 230:5
241:11 250:2
268:12
**throughout** 21:20
21:20 258:10
**throw** 35:23
**Thursday** 187:2,5,6
**time** 5:22 11:24 12:4
12:15 15:12 16:20
21:5 22:18,18,22
24:21,22 27:23
28:22 36:15,25
40:23 41:16 43:5
43:13 44:1,13 45:2
45:6,7,8 46:16 47:8
47:9,12 48:14
49:17,22 50:5 51:1
52:19,23 53:23,25
54:5,10 55:23
56:13,17 58:18
62:4,7 65:5 66:21
73:13 75:12 77:22
84:10 88:17,22
91:25 93:10 99:3
116:14,21,24
126:13 131:10,17
133:14 134:15,19
135:9 137:4 144:23
146:4,9 147:19
153:2 160:15
163:25 167:24,25
168:16,18 175:18
183:17,18,22 210:6
216:13 218:6,7
220:15 221:25
224:9,14 228:5
229:16 235:20
236:21 237:8
239:22 242:22
243:23 245:18
247:17,18,23
253:14,25 256:6
257:24 259:19
260:9,12,17,18
262:25 266:10
268:9,13
**timely** 242:9
**times** 4:15 5:21
12:11,12 64:17
88:8 114:4,4,5
219:19 249:5 252:7
252:25 255:11
**tired** 143:10

**title** 10:4 42:22 45:4
46:5 47:25 61:20
103:25
**today** 14:7 37:25
75:9 77:8 124:19
141:9 160:2 171:7
175:17 177:16
186:23 197:20
200:7,15 201:2,4
204:24 206:9 229:4
235:22,25 261:5
**together** 14:19
26:16 28:25 32:18
43:10 51:2,3 62:9
62:12,19 70:2 88:5
101:3,4 106:23
115:19 153:24
157:24 164:23
228:13
**told** 19:4,16 20:4,16
22:25 38:21 40:11
41:19 54:23 91:1
92:9 111:2 126:1
127:23 131:10,17
145:25 146:2,10,13
151:19 152:8 174:2
175:3,5,8 176:7
185:12,18 186:12
186:17 190:21,23
202:3 213:1 225:8
228:21 229:12
234:13 252:9,20
**top** 119:19 231:15
**torture** 6:1
**total** 121:1 124:14
**totaled** 221:7
**toward** 45:14
**towards** 245:19
**Tower** 2:7 268:3
**townhomes** 44:15
235:23
**townhouse** 193:6
**townhouses** 192:20
**trade** 158:19 165:17
**train** 34:16 247:24
**trained** 232:16 248:1
248:2
**training** 50:18
258:23,25
**transaction** 48:25
49:12,22
**transcribed** 263:3,4
**transcript** 93:16

266:16 268:24
**transcription** 93:7
266:7
**travel** 11:19
**traveled** 55:4
**treasurer** 8:24
**treat** 155:10 164:18
**treated** 57:2 157:1
159:21 226:18
**treatment** 157:11
**trial** 34:4
**trick** 44:12 96:24
197:25
**tricks** 34:16
**tried** 72:7 252:25
**trip** 49:11 54:24 55:5
221:4
**trips** 11:23
**true** 24:2,4 41:15
67:7 91:17 93:7
187:1 228:4 264:6
266:7
**truly** 268:16
**trust** 165:12
**truth** 217:13
**truthful** 129:15,17
**try** 12:25 19:25
26:19 92:10 132:15
134:3 198:19,20
205:10 228:6
**trying** 7:21 14:8
15:14 23:18 25:13
39:5 80:9 86:10
96:24 99:3 107:13
108:14 109:24
131:23 136:25
137:2 139:23
148:16 157:10
180:7 196:10 209:7
232:10 261:16
**Tuesday** 187:5
**Tuller** 103:9
**turn** 34:22 70:5
154:16 194:5
197:21 199:9
208:19
**turned** 187:10
**tutor** 239:23
**tutored** 239:25
**twice** 14:23,24
**two** 2:8 12:16 24:9
24:10 25:2 30:23
38:16,17,22 46:1

51:6,17,18 55:12
84:12 103:6 113:18
117:24 144:19
149:6 153:17 184:8
184:9 187:10
190:17 193:8 207:7
207:9,13 214:12,14
218:8,10,11 231:15
237:18 241:11,12
241:18 242:2,6
243:16 244:1,12,14
245:7,9,21 249:20
249:21 250:5,8,12
250:17 251:3
252:16,23 253:10
253:12 254:10
268:4
**type** 4:17 18:6 35:13
71:17 193:6 254:21
254:22 255:10

---

**U**

**Uh-hum** 43:21 194:4
**Ultimately** 256:1
**unbridled** 60:19
**under** 39:1 71:6
93:17 98:15 121:3
125:20,21 157:24
164:18 165:5,14,18
169:20,20 182:17
191:17 206:15,18
212:14 213:13
218:5 245:6 246:20
246:21 262:4
266:17
**underneath** 119:20
**undersigned** 265:6
**understand** 5:3 23:9
30:3,6 31:20 72:21
103:14,22 107:13
107:24 108:12,14
124:18,19 126:7
162:3 167:13 183:6
184:14 195:10
252:13,17
**understanding**
21:24 23:6 25:17
41:3 179:9 181:24
192:8 196:22,24
212:2 225:4 229:21
**unhappy** 220:2
221:11
**units** 29:16

**unknown** 161:21
**unless** 33:24 93:17
266:17
**unsold** 74:6
**until** 116:24 128:12
228:11 260:17
**untrue** 131:5,7
**upset** 228:24
**use** 17:13 19:25
60:19 118:7 136:9
158:15 161:3 210:2
227:12 244:21
254:21 259:13
261:10
**used** 58:7 139:9
210:9 227:18,19
259:8,10,19,22,24
260:20 262:14
**using** 71:13 227:11
259:16 261:6
**usually** 30:11 74:15
107:6 117:17,24
**utilize** 260:25
**utilized** 260:18
**utilizing** 262:1
**U.S.A** 52:11,13,16,19
54:6,11,20

**V**

**v** 264:6 268:5
**valued** 128:25
**Vasquez** 103:9
**Vegas** 15:1
**Veinder** 79:17
140:11 198:7
**verbal** 18:2,19
**verbally** 61:2
**versus** 56:8 127:5
234:19
**very** 40:9 41:16 62:7
70:4,10 72:3 73:10
75:12 127:16 147:2
149:12 164:25
210:5,14 213:1,19
217:14,16 226:18
230:1,20 235:20
239:18,22 241:21
245:2 249:9 251:1
251:2 252:16
253:25 263:10
268:16
**via** 268:24
**vice** 7:6,10 10:4,5

45:20,23,25 47:22
50:11,13 53:12,18
54:20 60:11,11,14
76:5,7,13 109:3
238:19
**viewed** 67:22
**views** 58:6
**Village** 44:14
**violated** 216:23
217:1
**visit** 25:4,7 232:11
**visited** 232:4,8
**Vista** 254:6
**Volume** 1:10 92:23
94:10 95:3
**volunteer** 139:23
**vouch** 123:5
**VP** 26:17,17 47:25
48:1 98:13 231:11
231:18,23,24
232:15
**vs** 1:6 94:6
**V-E-I-N-D-E-R**
140:13
**V-I-S-T-A** 254:7

**W**

**Wait** 19:13 181:17
**waive** 263:4,8 268:9
268:14,20
**Wakerly** 80:22 204:3
**walk** 68:2 230:16,23
**want** 5:15 7:21
12:24 13:1 19:7
23:8,9 28:20 32:4,5
32:10 34:6 37:11
37:14,23,24 44:23
50:25 51:5 58:4
66:17 71:3 72:21
75:12 81:24 82:15
103:12 109:16
111:4 112:17 114:2
114:3 124:18
139:24 147:10
150:11,12 163:19
168:9 181:17
188:12 197:25
202:5 204:6,25
211:14 218:24
221:19 229:19
241:12 263:6,8,8
**wanted** 55:20,21
92:9 101:5 128:5

133:4 149:24 179:4
187:9 190:5,14,16
190:24 191:1 214:1
226:22
**wants** 34:3
**war** 34:14
**warning** 34:7
**wasn't** 24:4 65:2
73:14 91:19,24
92:1 132:13 135:19
147:3 155:1 160:6
170:24 172:10
174:8 175:14
188:17 213:4
218:25 220:17
221:10 228:24
229:6 230:12 233:6
238:22 243:2
246:10
**way** 8:13 13:3 30:7
40:10 41:10,11,11
41:22 56:16 57:2,7
58:1,2,14 59:7 73:1
73:3 79:8 96:6
97:12 98:1 109:19
125:9 139:24
150:14,22 158:14
166:9 203:20
207:14 233:23
245:2
**ways** 73:2
**weaknesses** 252:2
**Webber** 30:25 31:1
77:7 78:11,12,17
81:17 238:22,24
256:8
**Weber's** 81:12 239:8
**Wednesday** 187:5
**week** 114:5,6,7
186:5,6 187:19
222:22 223:4
**weekend** 131:25
132:3
**weekly** 222:15 223:1
223:3
**weeks** 65:7 68:17,18
72:5 117:18,24
218:9,10,11
**welcome** 6:2
**well** 8:12 24:7 27:22
33:10 37:11 43:7
43:15 46:20 57:15
69:25 79:3,8 82:6

84:10 85:1 97:25
106:17 115:13
125:9 127:7 128:9
128:14 129:9,14
130:22 134:20
136:15 148:21
152:1,17 153:22
155:13 156:13
161:12 167:1
168:11 169:5
171:13 172:13
173:20 176:3,9,11
190:13 194:20
197:14 200:5
201:25 204:18
205:2 206:16 208:3
208:17 209:13
210:1,13,16,20
212:20,25 213:1
214:3 215:7 216:20
217:2,5 218:21
219:24 223:5 229:7
230:14 232:3 233:6
240:6 241:5 244:5
247:18 254:15,24
260:21 264:17
**well-liked** 251:1
**went** 41:20 42:6
66:6 127:20 145:20
166:24 187:1
232:12
**were** 16:5,6 18:19
19:2,3,14 20:4
21:23 25:24 30:22
30:23,24 31:2 38:3
38:5,6 40:2 41:14
41:19,22,25 42:18
44:13,16 45:16
46:16 47:4,12
50:11 51:7,21
52:9,15,18 53:12
54:16,20 55:11,19
56:1 57:9 58:7,20
61:23 64:1 65:13
65:13,13 66:5
68:11,21,22,22
69:12,15,18,20
70:20,25 71:9,13
71:17,19,20,23,23
71:23 72:25 73:12
73:14 76:20 77:21
81:16 84:11,12,18
88:17 90:15,23,25

91:23 92:22 95:2
100:16 114:12
115:2 126:1,10
127:2 132:17,20,25
133:3 137:7,11,14
138:22 139:16
143:24 144:21,23
144:23,25 145:13
145:25 146:5,12,13
146:23 147:17
155:9,13 157:10
172:2 174:6 176:3
179:16 180:16
181:25 183:7,7
189:11 190:14
191:4 192:23
193:16 194:14
195:25 199:3
204:20 209:7,15,18
212:1,1,3,4,18,19
215:7 217:12,19,21
218:16 224:9,25
225:24 226:22
232:10 233:24
234:2,17,23 235:2
235:15 236:5,7
238:11,15 239:2
243:7,17 246:3,4
246:18 247:11,21
248:16 252:17
254:1 255:2,4,20
255:21 256:1
257:18,21 258:4,18
261:5,18,20
**weren't** 88:21 91:5
108:17 126:10
132:18,22 209:18
217:19,23 224:25
234:19 246:9
**Westbrooke** 3:10,11
27:22,24,25 41:12
43:17 44:14 45:17
46:15 48:14 49:18
50:22 51:11,11,16
52:8,20,21,22,23
52:24,25 53:7,9,25
54:7,12,17 55:20
55:25 56:1,7,15
58:8,14,22 97:7
98:17 99:8 108:3
128:25 144:5,8,9
144:10 205:14,16
205:19

we'll 5:12,18 16:19
  19:23 21:22 22:20
  29:11 34:20,22
  41:10,11 42:15
  79:9 82:16 84:11
  92:19 110:10
  112:15 118:14
  130:11 137:4
  150:15 168:18
  180:18 182:11
  198:20 229:14
  258:14,15 259:15
  262:21,24 263:9,10
  263:12
we're 217:14
we've 75:25 79:15
  85:25 114:4
while 25:8 41:24
  108:6 148:21
  155:11 156:5
  161:18 259:25
White 79:20,21 82:9
  140:14 198:9
whole 116:23 172:19
  204:25 225:25
  256:4,5
wife 130:2 187:10
  188:5
willing 250:19
Willingness 250:13
Wilson 2:7 8:2 12:9
  16:11,13 18:8 19:7
  19:10,20,25 22:13
  23:12 24:17 27:17
  29:25 30:3,16
  31:16 33:17,22
  37:2 38:23 40:1,20
  43:22 46:21 47:17
  56:9,23 57:4,11,17
  58:9 59:1,8 62:14
  63:9,22 65:17 66:8
  68:4,12 69:2 71:25
  80:20 81:1,13,21
  85:2,6,9 86:25 87:5
  87:11,22 89:6 90:2
  90:11,16,20 91:2
  97:4,21 99:12
  104:15 105:15
  106:11 107:17
  108:10 109:14
  112:7,15 113:2
  115:5 116:12,16
  117:2,15 121:13

123:3,17 125:6
  126:5,23 127:25
  129:5,10 131:11
  133:1 135:11,18
  140:21 141:4 144:1
  144:13 146:15
  148:1 149:14 150:2
  151:18 154:7,12
  155:6 156:21 157:3
  157:16 158:6 159:4
  159:24 160:12
  161:5 162:2,7,17
  163:10,14 164:19
  166:3,7 167:10,19
  168:3,9,16 170:16
  171:15,24 172:3,23
  173:4,22 174:7,11
  175:23 176:5
  177:13 178:19
  179:6,11 181:2,17
  181:21 182:4 183:1
  183:10 184:21
  187:20 188:7,18,23
  189:7 190:18
  191:19 193:11,13
  196:11 197:17
  201:5 202:16 207:1
  207:4 208:11,25
  209:9 210:19 211:1
  211:8,21 212:7,15
  212:23 213:7,10,15
  214:21 215:3,9,14
  215:21 217:25
  218:18 221:1,13
  222:16,19 223:7,14
  223:22 224:4,10,15
  225:9 226:3,24
  227:13 228:7,14
  230:19 232:7 233:8
  234:14 239:14
  240:16 241:2,13
  242:17 246:11
  247:4 248:12
  249:23,25 251:9,21
  252:4 256:15,20,25
  257:4,9,20 258:9
  263:9,13 268:3
wish 267:3 268:14
withdraw 247:5
witness 3:3 8:3 19:9
  19:11 20:2 22:14
  27:18 30:17 33:18
  34:21 35:3 40:21

43:23 56:10,24
  57:5,12 58:10 59:2
  59:9 62:15,24 66:9
  68:6,13 69:3 72:1
  80:22 81:14,22
  85:3 87:1,6,12,23
  89:7 90:3,12,21
  91:3 93:19 97:9,22
  99:13,25 104:16
  105:17 106:12
  107:19 108:11
  109:15 112:17
  113:3 115:6 116:17
  117:3 121:14 123:4
  123:18 125:7 126:6
  126:24 128:1
  131:13 133:2
  135:12,19 140:22
  141:5 144:2,14
  146:16 148:2
  149:15 150:4
  151:19 154:8 155:7
  156:22 157:4,17
  159:25 160:13
  161:6 162:3,8
  163:11,15 166:8
  167:11 168:4
  170:17 171:16
  172:4,24 173:5,23
  174:8,13 176:7
  177:14 179:7,13
  181:3 182:9 183:2
  183:11 184:22
  185:3 188:7,9,25
  189:8 191:20
  193:12 197:18
  201:6 202:20
  208:12 209:1,10
  210:20 211:3,22
  212:9,16,25 213:16
  214:22 215:4,13,20
  215:22 218:19
  221:14 222:21
  223:8,15,23 224:5
  224:11,16 225:10
  225:18 226:4 227:6
  228:8,15 230:20
  232:8 233:10
  234:15 239:15
  240:18 241:3,14
  242:18 247:6
  248:13 251:10,13
  256:17,21 257:1,5

257:10,21 264:21
  265:8 266:19
  267:23
woman 7:9,10
  164:24 171:13
  177:25
word 22:4 60:18,20
  110:9 138:15,17
  139:7 140:2,5
  183:18 193:24
worded 7:20
wording 185:18,19
Wordperfect 153:15
  153:16
words 21:21,25 22:7
  23:8 32:5 71:4,18
  136:9 248:23
  250:14,20
work 6:13 10:8
  33:21 41:11,20
  42:6 51:3 72:3,19
  73:8,9 92:10,12
  97:25 101:23,25
  102:5 126:11
  131:23 132:15
  133:4 145:20
  147:22 149:16,24
  160:15 181:1,3,5
  191:9,16 192:11
  196:17,22,24 215:9
  215:11 222:9
  228:13 229:8,24
  230:6,7,8,13,24
  232:2 234:4,10
  245:17 250:13,19
  250:25 251:2
  252:19 253:3,6
worked 41:22 42:9
  49:17 57:15 71:22
  72:5 109:2 116:1
  139:2 144:4,8
  145:17 148:22
  149:20 155:15
  156:5 157:13
  158:23 160:9
  161:18 206:22,23
  218:12 232:22
  260:9,12
worker 237:2
working 41:12,23
  51:2 52:9 61:3 65:6
  92:10 128:11
  132:17

works 10:9 61:7
  101:24 103:1,7
  105:3 142:21,23,25
  233:19
worksheet 3:10,12
  97:8,13 98:18 99:9
  100:12,14,17
  103:18 108:4 118:7
  118:10,11
worksheets 95:8,17
  95:19,24 96:3,4
worried 217:12
worry 29:11
worst 149:21
worth 57:9 164:16
  245:16
wouldn't 39:24
  69:25 173:9 174:3
  216:19 217:1 230:1
  250:23
write 8:14,14,16
  17:4,4,20 35:12,14
  59:11 130:19
  248:18 249:10,12
writing 17:24,25
  61:2 89:23 130:6
  130:18,21,25 143:6
  147:8 157:14
  186:13 231:4
  237:18
written 9:5 18:21
  33:6 49:18 72:22
  81:16 142:3 143:13
  143:14,21 145:18
  145:21 146:7,13,18
  146:23 155:2 160:7
  160:16 165:11
  193:21 207:14,15
wrong 183:16 195:6
  202:19 231:25
wrongs 172:21
wrote 82:5 84:19
  110:19 130:1,23
  229:16

                    X

X 3:2,7

                    Y

yea 70:14
yeah 83:19 88:25
  117:11,13 130:23
  131:4 147:16,19

150:24 151:8 153:9
157:9 159:16 198:6
216:22 241:24
254:4
**year** 3:13 10:25
11:16 12:8 14:23
14:25 15:13,24
19:5 20:6,16,18
21:17 22:11 27:8
29:21 38:16 42:21
44:24 51:17,18
53:6 55:1 62:22
65:11 74:12 76:21
95:20,21,22 97:1,3
98:22 100:14 106:8
107:2,14,15,22,24
109:8 112:21
115:15,22 116:1,24
117:19,20 120:16
121:18 124:4,6,7
124:25 125:23
126:3,8,11,20
127:9,12 142:9,13
147:22,23 149:7,21
149:23 161:18
166:1 186:5 191:15
192:25 206:23
212:4 216:14,21
217:3 220:5,20
221:10,19 222:5
225:25 234:12
242:14,25 243:1
246:17
**yearly** 30:14
**years** 10:25 15:2
16:10 18:23 20:5
24:9,10 26:7,7,19
27:7 28:20 38:17
38:22 41:1 42:13
42:19 43:16 44:19
47:21 51:6,7 58:13
58:16 60:1,15 62:7
62:7,8,8 75:13,17
75:20 79:11,16
103:24 106:25
109:3 120:14 139:4
144:4,6,8 145:1,14
145:17 149:6
155:15 156:25
157:13 160:9
164:16,16 176:17
186:4,6 218:14
235:20 236:11

**year's** 97:2 109:9
**year-to-date** 120:23
121:2 122:3
**yesterday** 114:8,9
**young** 43:6
**younger** 43:11
**YTD** 120:23
**Yurubi** 234:6,6,24
236:18

—————— **$** ——————
**$1.3** 149:23 166:1
**$10,000** 136:13
**$100,000** 78:5
185:24 186:3
**$12,000** 154:14
**$120,000** 147:22
**$193,481** 110:11,13
110:17 125:22
**$24.880.744** 121:6
**$250,000** 147:22
149:21
**$3,500,000** 124:4
**$41,669,526** 123:20
**$41.669.526** 121:4
**$45,043,041** 123:14
**$5** 124:12,14,15,21
**$50** 121:25
**$8,000** 153:19,22,25
154:4,11 161:17
162:20 166:1 167:8
171:22 191:18
206:22 207:10,20
**$900,000** 145:10
**$96,000** 149:24
206:23

—————— **0** ——————
**03** 223:11
**04** 223:11
**05** 19:19 20:6 29:23
31:8 121:24 255:7
**06** 29:23 73:23
**06-25162** 268:6
**06-25162-CA-21**
1:2 94:2
**0609003JB** 151:3
**07** 15:22

—————— **1** ——————
**1** 3:8 85:22 86:1 96:6
96:7 99:22 115:4
119:16,17 120:15

125:12,14 128:21
135:5 216:10 266:7
**1C** 182:21
**1/15** 107:3
**1:30** 92:19
**10** 63:23 208:22
209:5 211:7
**10:13** 1:15 94:15
**100** 44:24
**11TH** 1:1 94:1
**1111** 1:17 2:3 94:17
**12** 120:4
**12/12/2010** 93:23
265:13 266:23
**12/15** 107:2
**122** 3:13
**13** 214:6
**13th** 113:17 114:14
**130** 3:14
**146th** 4:11
**15** 75:12 99:24 115:4
**15th** 113:18,19,21
**150** 3:16
**16** 1:14 94:14
**16th** 93:19 264:7
265:9 266:19 268:8
**176** 3:17
**196** 3:18,19
**1981** 41:13
**1984** 44:23,25
**1995** 47:21

—————— **2** ——————
**2** 3:10 47:7,15 86:8
86:18,21,22 98:18
99:4,18,21,23
103:14 104:14,23
105:14 110:23
115:16 121:17,20
125:12,14,14 135:5
149:22 184:5,7,10
184:13 190:25
206:8,16 230:3
245:10
**2s** 245:8
**2.8** 121:9
**2000** 47:21 115:15
115:17
**2002** 55:3
**2003** 219:21 220:2
221:11,23 222:6,10
222:12,14,24 223:2
223:20

**2004** 3:18 11:17
14:1 24:9,10 30:20
38:19 103:25
106:15,24,25 107:9
108:7,9 109:11
117:12,14,17
118:19,21 176:17
216:14 219:16,20
220:3,12 223:6,10
223:20 224:25
225:1,2,3,14 261:1
**2005** 3:10,13,19
11:1 15:2,6 16:10
16:16 17:11 18:23
19:1,4,14,24 20:20
22:19 23:19 24:10
24:11 30:22,24
31:1,9,14 33:16
35:25 36:8,19
38:18,19,20 39:2
41:1 58:13,18 60:1
60:6,16 62:13,15
62:22 75:2,5,21
79:11 97:10,11,18
98:17 99:9 100:14
100:17 104:1 106:9
106:12,16,20,24,25
107:7 108:3,7,8
109:6,11,11 110:5
110:7,10 115:22
116:1,17,24 117:1
117:6,10,11,13,18
123:16 124:6 131:9
176:17 213:1
216:15 217:9 220:6
220:7 225:21,23
226:10,12 227:22
228:11 229:18,25
242:12,13 243:5,9
243:17,18 246:10
246:17 247:13
248:5 253:19,23
254:12,17 255:9
261:2 262:17
**2006** 3:8,11,14 15:2
15:6 16:3,10 18:23
22:12 23:1 24:11
33:16,20 35:25
36:10,10,19 38:18
39:2,4,18 40:19
41:1 58:13,18 60:1
60:6,16 61:7,8
65:12 66:24 68:19

74:1,8,11 75:2,21
76:2 77:6,12 79:11
90:19 97:7,11,13
104:1 106:18,20
107:3,4 109:5,7,12
110:12,14 113:12
115:4,4 120:16,19
123:11,20 124:4
125:5,9,11,15,17
125:21,22,25
126:18,21 127:2,15
127:17 128:6,14,17
128:21,21 132:23
133:17 134:21
148:12 192:25
211:19 212:19,20
243:2,7,8 248:5
254:4 261:2
**2007** 1:14 11:1
16:10 18:23 27:10
27:11 39:18 58:13
58:18 93:19 94:14
124:11,15,21 125:2
264:7 265:9 266:19
268:1,8
**2010** 27:12
**2050** 2:3
**21** 268:6
**22** 236:11
**23** 236:11
**25** 145:17 218:14
**266** 266:7
**27** 109:3 268:1
**27-year** 127:8
**28** 139:4 155:15
156:25 157:13
160:9 164:15,16
235:20
**29** 235:20

—————— **3** ——————
**3** 3:5,11 47:12,16
97:13,15 99:18,21
99:22,22,22,23
121:17 125:12
135:5 208:9 229:23
241:19 245:10
**30** 107:16 128:21
184:20 185:16
206:22 207:15,18
208:4,4
**30-day** 138:3,4
**300** 234:11

**305-358-8188** 268:19
**305.358.8188** 1:24 94:24
**305.379.8300** 2:4
**31** 3:13 115:16 120:16
**33131** 2:4,8 268:4
**33183** 4:11
**3500** 2:7 268:3
**38** 238:12,13

**4**

**4** 3:13 122:13,16,19 135:5 160:22
**4B** 157:8
**4s** 245:8
**4:30** 268:12

**5**

**5** 3:14 130:11,13 131:6 157:24 244:7 245:6,8
**5A** 154:17,21
**5:11** 1:15 94:15 263:16
**5:15** 262:24
**50** 239:20
**500** 236:1
**574** 122:2
**5765** 4:11

**6**

**6** 3:16 150:16,18 160:22 207:3,9
**6A** 163:18,18
**6B** 163:18

**7**

**7** 3:17 176:21,23 206:25
**74** 44:8
**78** 216:10

**8**

**8** 3:14,18 180:23 195:24 196:1 199:9 229:13,15 250:21
**8A** 167:18 214:17
**80s** 44:25
**83500** 119:20
**85** 3:8
**850** 122:2
**86** 3:10

**9**

**9** 3:19 196:1 229:13 250:24
**9/30** 107:23
**9:00** 268:11
**90s** 45:15,16,20 46:2 46:4
**95** 46:11 144:17
**97** 3:11
**98** 51:8,12 144:18 220:22 221:5