UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21605 CIV-HIGHSMITH/McALILEY

LEONARD CHERNYS, an individual,       )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
STANDARD PACIFIC OF SOUTH             )
FLORIDA, G.P. INC., a foreign profit  )
corporation, and STANDARD PACIFIC    )
CORP., an unregistered corporation,   )
                                      )
        Defendants.                   )
_____)

### AFFIDAVIT OF DIANA IBARRIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA      )
                      ) ss.:
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, personally appeared Diana Ibarria, who after being duly sworn deposes and states as follows:

1. I am over 18 years of age and otherwise competent to testify to the matters set forth in this Affidavit which are based on my personal knowledge.

2. I am the President of Standard Pacific of South Florida ("SPSF"), and I have worked in this capacity at SPSF since December 2004.

**2005 Bonus Worksheets**

3. In the fall of 2005, I prepared a worksheet entitled, "Salary Increases for 2006 Dl.xls," setting forth salary increases for 2006 and proposed year-end bonuses for the SPSF administrative employees, executives and vice-presidents for 2005. A true and correct copy of this document maintained in the ordinary course of business is appended at **Exhibit A** hereto.

The column setting forth the proposed 2005 bonuses contains a typographical error as it was incorrectly entitled, "Proposed <u>2006</u> yr-end bonus," when it should have been entitled "Proposed <u>2005</u> yr-end bonus." Thus, the numbers in that column represent the proposed bonuses those employees were to receive for 2005. The column entitled "Proposed 2006 Amount Inc." represents the amount of salary or percent of salary increase each individual would receive in 2006.

4. In the column provided for "Comments" for Leonard Chernys, I wrote "2.5% as per Hal Eisenacher & Jim Carr." I wrote this statement because I had been advised by my predecessors, Eisenacher and Carr, that Mr. Chernys was supposed to receive profit sharing in that amount. As far as I was aware at that time, Mr. Chernys was simply receiving the same profit sharing he had received in the past. I did not take part in, nor was I aware of at that time, the conversations between Jim Carr and Michael Cortney in 2004 regarding Mr. Chernys' profit sharing.

5. I provided my handwritten worksheet to Vice President of Administration, Janette Tavel, whose job it is to prepare a chart containing similar information for the entire office. Ms. Tavel inputs the administrative/executive information into a Bonus and Salary Worksheet to be submitted to the corporate office and Regional President, Bruce Dixon.

6. At my deposition I was presented with a document entitled "2005 Westbrooke Division Bonus and Salary Worksheet." A true and correct copy of this document maintained in the ordinary course of business is appended at **Exhibit B**. In the row containing the salary and bonus information regarding Mr. Chernys there is a comment that states "as per Hal Eisenacher and Jim Carr 2.5% of profit bonus." In my deposition, I was asked who wrote the comment on the Worksheet. I answered that I had no idea who wrote it and that it must have come from the corporate office. At the time of the deposition, I was not provided with, nor had I

recently seen my notes attached at Exhibit B, and I was unsure from where the comment regarding Eisenacher and Carr arose. After reviewing Exhibit A in the course of this lawsuit, I recall that I provided this information to Ms. Tavel for the preparation of the budget proposal for the entire office.

**2006 Reduction in Force**

7. In 2003 and 2004, Florida's real estate market was booming, and SPSF built a number of communities in the southeast region of the State. In 2006, the market slowed greatly and SPSF did not meet its projected number of home closings and sales for the year.

8. As SPSF entered 2006, it was clear profits would be lower than the previous year and the Company was going to fall far short of its projected income. SPSF fell more than $8 million short of its projected net income for 2006. Because of the market slow down, the projected income for 2007 was approximately $44 million less than the income for 2006. Although we estimated a profit of approximately $5 million for 2007, SPSF suffered a loss of approximately $21 million.

9. Based on these facts, in or about August 2006, I made the business decision that SPSF needed to reduce its workforce due to the decline in the real estate market and its financial impact on the Company.

10. Based on information provided to me by SPSF's managers, and our discussions at management meetings, a decision was made to eliminate 37 positions, approximately one-third of our workforce. Additionally, a number of full-time jobs had their hours reduced.

11. Immediately prior to the reduction in force, SPSF employed 125 employees. Of the 125 employees, 74 (59.2%) employees were 40 or older, and 17 (13.6%) employees were 60 or older. After the reduction in force, the percentage of the Company's

CASE No. 07-21605 CIV-HIGHSMITH/McALILEY

workforce age 40 and older remained essentially the same (59.5%), and the percentage of those age 60 and older increased slightly (14.8%). A true and correct copy of the list of employees selected for the RIF maintained in the ordinary course of business is appended at **Exhibit C** hereto.

12. I was never told by anyone that Mr. Chernys had to retire at the end of 2006.

13. I swear and affirm that the matters herein are true and correct to the best of my knowledge.

DIANA IBARRIA

The foregoing instrument was executed before me this 3 day of January 2008, by Diana Ibarria who is personally known by me [or who has produced _____ as identification] and who took an oath.

Notary Public
My Commission Expires:

CINTHIA F RAYBON
MY COMMISSION #DD721436
EXPIRES: OCT 02, 2011
Bonded through 1st State Insurance

-4-

# EXHIBIT A

Salary Increase for 2006 DI.xls

| Name | % Overtime 10.15.2005 | Proposed 2006 Annual Salary | Proposed 2006 Amount Inc. | Proposed 2006 % Inc. | Proposed 2006 Car Allowance | Proposed 2006 yr-end bonus | Proposed 2005 Holiday bonus | Comments |
|---|---|---|---|---|---|---|---|---|
| **Administration** | | | | | | | | |
| Burdette, Elizabeth | | | -0- | | | 4,000- | 2 weeks | |
| Chapman, Terri | | | cost of living | | | 28,000- | -0- | |
| (illegible) | | | 158,000- | | | 60,000- | -0- | Went (illegible) |
| **Executives** | | | | | | | | |
| Chernys, Len | | | -0- | | | 72,576 | as per Had Cybersuite of (illegible) | |
| Webber, David | | | cost of living | | | 250,000- | Profit bonus | Cali |
| | | | | | | | | |
| **Vice-Presidents** | | | | | | | | |
| Laureiro, Enrique | | | cost of living | | | 100,000 | -0- | |
| Marante, Freddy | | | " | | | 30,000 | -0- | |
| Messer, Kimberly | | | " | | | 35,000- | -0- | |
| Tavel, Janette | | | " | | | 45,000- | -0- | |

Page 2 of 2

CONFIDENTIAL

DEF 002477

# EXHIBIT B

2005 Westbrooke Division
Bonus and Salary Worksheet

| | Name | Date of Hire | Years of Service | Title | 2004 Annual Salary | 2005 Current Annual Salary | 2005 Current Annual Auto Allowance (1) | 2004 Bonus (Cash Paid in 2005) | 2005 YTD Overtime through 09-30-2005 | 2005 YTD Comm through 09-30-2005 | 2005 YTD Bonus & Incentive through 9/30/2005 (3) | 2005 Total | 2005 $ Change | % Change 2004-2005 | Date of Last Change | 2005 Holiday Bonus To Be Paid on 12/15/2005 | 2005 Year End Bonus To Be Paid 01/15/2006 | 2006 Annual Auto Allowance | 2006 Annual Salary | Reason for Change (please choose from list) | Comments | Base Salary Change ($) | Base Salary Change (%) | Bonus Change ($) | Bonus Change (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounting** | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Alpino, Marie | 8/2/1993 | 12 | Sr A P Clerk | 38,406 | 38,000 | | 3,016.93 | | | 1,500 | 1,594 | | 4.30% | 1/1/2005 | 1,583.33 | 3,500.00 | | 42,000 | M | | 4,000 | 10.53% | $2,066.40 | 65% |
| | Diaz, Daisy | 7/16/2004 | 1 | Accounts Payable Clerk | 26,000 | 30,000 | | 1,083.33 | | | 1,500 | 4,000 | | 15.38% | 1/1/2005 | 250.00 | 2,000.00 | | 32,000 | M | | 2,000 | 6.67% | $2,106.67 | 205% |
| | Feldman, Claudia | 6/1/1998 | 7 | Division Controller | 125,000 | 130,000 | | 30,000.00 | | | | 5,000 | | 4.00% | 1/1/2005 | | 180,000.00 | | 155,000 | M | | 25,000 | 19.23% | $30,000.00 | 100% |
| | Molina, Jacqueline | 5/23/1994 | 11 | Lot Start Coordinator | 31,497 | 35,000 | | 3,312.36 | 593.14 | | 1,500 | 3,503 | | 11.12% | 1/1/2005 | 1,458.33 | 3,000.00 | | 38,000 | M | | 3,000 | 8.57% | $1,145.97 | 35% |
| | Morales, Llsbet | 5/17/2004 | 1 | Financial Analyst | 43,000 | 48,000 | | 1,791.67 | | | 3,000 | 5,000 | | 11.63% | 1/1/2005 | 2,000.00 | 6,000.00 | | 53,000 | BMM | | 5,000 | 10.42% | $5,208.33 | 201% |
| | Nathaniel, Elena | 8/1/1980 | 25 | Accounting Manager | 75,713 | 78,742 | | 3,154.72 | | | 7,500 | 3,029 | | 4.00% | 1/1/2005 | 3,280.91 | 9,000.00 | | 83,230 | G | | 4,488 | 5.70% | $8,125.19 | 209% |
| | Prats, Antonio | 2/1/2002 | 3 | Bookkeeper | 33,746 | 35,098 | | 5,000.00 | 472.50 | | | 1,350 | | 4.00% | 1/1/2005 | 500.00 | 6,330.00 | | 49,920 | M | | 14,824 | 6.10% | $2,000.00 | 40% |
| | Standlarda, Caridad | 7/5/1981 | 24 | Accounts Payable Mgr | 62,191 | 64,679 | | 6,591.30 | | | 4,500 | 2,488 | | 4.00% | 1/1/2005 | 2,694.95 | 15,500.00 | | 68,000 | G | | 3,321 | 5.13% | $2,603.66 | 47% |
| | Tavel, Ileana | 7/2/1999 | 6 | Sr AP Clerk | 42,615 | 44,320 | | 3,275.63 | | | 1,500 | 1,705 | | 4.00% | 1/1/2005 | 1,845.66 | 3,000.00 | | 46,000 | M | | 1,680 | 3.79% | $1,571.03 | 48% |
| **Administration** | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Bido, Upia Elena | 9/22/2003 | 2 | HR Assistant | 25,959 | 30,000 | | 1,031.64 | 48.68 | | 1,500 | 4,041 | | 15.57% | 1/1/2005 | 1,250.00 | 3,000.00 | | 32,100 | BMM | | 2,400 | 8.00% | $3,168.36 | 293% |
| | Burdette, Christine E | 12/23/2002 | 2 | Receptionist | 12,979 | 18,720 | | 499.20 | 207.00 | | 500 | 5,741 | | 44.23% | 2/1/2005 | 702.00 | 1,500.00 | | 19,781 | G | | 1,061 | 5.70% | $702.80 | 141% |
| | Burdette, Elizabeth | 5/26/1998 | 7 | Cust. Rel Coord / Exec | 64,904 | 67,501 | | 2,704.25 | | | 3,000 | 2,596 | | 4.00% | 1/1/2005 | 2,812.52 | 4,000.00 | | 67,501 | C | | 0 | 0.00% | $4,106.17 | 152% |
| | Chapman, Teri | 12/30/1999 | 5 | Dir of Planning and Bud | 90,000 | 95,000 | | 3,750.00 | | | 16,000 | 5,000 | | 5.55% | 6/1/2005 | | 28,000.00 | | 100,415 | G | as per Hal Elsenstadt and Jim Carr 2.5% of proj bonus | 5,415 | 5.70% | $24,250.00 | 647% |
| | Cheves, Leonardo | 2/1/1978 | 27 | SR VP Product Develop | 186,039 | 193,481 | 9,000 | 0.00 | | | 420,129 | 7,442 | | 4.00% | 1/1/2005 | | | 9,000.00 | 193,481 | M | | 0 | 0.00% | | n/a |
| | Corrales, Stephen | 10/3/2005 | 0 | Office Asst | | 20,800 | | 0.00 | | | | | n/a | n/a | 10/3/2005 | 463.33 | 20,800.00 | | | | | | | | |
| | Kravec, Maria Maria | 7/18/2003 | 2 | Administrative Asst. | 39,000 | 40,582 | | 750.00 | | | 250 | 1,582 | | 4.01% | 1/1/2005 | | 4,100,000.00 | | 40,560 | C | | 0 | 0.00% | | 100% |
| | Lauredo, Enrique | 12/13/1993 | 11 | VP Construction | 170,000 | 170,000 | 9,000 | 45,000.00 | | | 110,000 | | n/a | 0.00% | 10/1/2004 | | 50,000.00 | 9,000.00 | 170,000 | C | | 9,690 | 5.70% | $55,000.00 | 122% |
| | Leighton, Dawn M | 10/19/2004 | 1 | Receptionist | 18,720 | 23,920 | | 390.00 | 3,199.13 | | | 5,200 | | 27.78% | 5/16/2005 | 996.67 | 1,500.00 | | 23,920 | C | | 0 | 0.00% | $605.67 | 67% |
| | Margarita, Freddy | 1/19/1998 | 7 | VP Purchasing | 128,500 | 133,640 | 6,000 | 30,000.00 | | | 70,000 | 5,140 | | 4.00% | 1/1/2005 | | 35,000.00 | 6,000.00 | 141,250 | M | | 7,617 | 5.70% | $3,200.00 | 16% |
| | Messer, Kimberly | 8/19/1991 | 14 | VP Sales & Marketing | 90,000 | 90,000 | 4,800 | 15,000.00 | | | | | n/a | 0.00% | 10/1/2004 | | 35,000.00 | 4,800.00 | 95,130 | C | | 5,130 | 5.70% | $20,000.00 | 133% |
| | Reynaud, Alexandra | 3/8/2000 | 5 | Receptionist | 30,000 | 31,200 | | 1,250.00 | 45.00 | | 2,500 | 1,200 | | 4.00% | 1/17/2005 | 300.00 | 1,500.00 | | 31,200 | M | | 0 | 0.00% | $0.00 | 1% |
| | Ruiz, Ashley N | 6/28/2002 | 3 | Sales & Marketing Clerk | 18,200 | 20,800 | | 378.17 | 135.00 | | 250 | 2,600 | | 14.29% | 1/16/2005 | 666.67 | 1,500.00 | | 25,000 | BMM | | 4,200 | 20.19% | $1,987.50 | 524% |
| | Siles, Claudia | 4/4/2005 | 0 | Customer Care Asst. | | 19,760 | | 0.00 | 195.75 | | | n/a | n/a | 10/16/2005 | | 823.33 | | | | | | | | |
| | Tavel, Janet | 5/8/1988 | 17 | VP of Administration | 90,000 | 93,500 | | 30,000.00 | | | | 3,500 | | 4.00% | 1/1/2005 | 250.00 | 40,000.00 | | 98,835 | G | | 5,335 | 5.70% | $15,000.00 | 50% |
| | Webber, David | 5/11/1998 | 7 | SR VP Land Acquisition | 158,151 | 164,477 | 12,000 | 225,996.00 | | | | 6,326 | | 4.00% | 1/1/2005 | | 200,000.00 | 12,000.00 | 173,852 | C | | 9,375 | 5.70% | $24,000.00 | 11% |
| | Yundi, Robert | 5/23/1983 | 22 | VP Construction | 160,000 | 160,000 | 6,000 | 24,000.00 | | | 31,000 | | n/a | 0.00% | 10/1/2004 | | 15,000.00 | 6,000.00 | 160,000 | C | | 0 | 0.00% | $(9,000.00) | 38% |
| **Construction** | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Alas, Juan M | 2/1/2005 | 0 | Construction Laborer | | 20,800 | 2,100 | 0.00 | 1,282.50 | | | n/a | n/a | 2/1/2005 | 200.00 | | 2,100.00 | 21,996 | M | | 1,198 | 5.70% | $260.00 | 0% |
| | Almirall, Amado | 6/24/1985 | 20 | Construction Laborer | 33,357 | 34,591 | 2,100 | 200.00 | 4,528.37 | | | 1,334 | | 4.00% | 1/2/2005 | 200.00 | | 2,100.00 | 36,659 | G | | 1,977 | 5.70% | | 0% |
| | Almirall, Yolanda | 8/24/1991 | 14 | Housekeeper | 25,353 | 26,367 | | 250.00 | 3,061.50 | | | 1,014 | | 4.00% | 1/1/2005 | 250.00 | | | 27,870 | G | | 503 | 6.70% | | 0% |
| | Alvarado, Carlo | 6/4/2001 | 4 | Construction Laborer | 20,853 | 21,687 | 2,100 | 200.00 | 5,403.81 | | | 834 | | 4.00% | 1/1/2005 | 200.00 | | 2,100.00 | 22,923 | G | | 1,236 | 5.70% | | 0% |
| | Alvarez, Arthur | 4/1/2003 | 2 | Superintendent | 57,200 | 59,488 | 3,600 | 3,000.00 | | | 5,750 | 2,288 | | 4.00% | 1/1/2005 | | 3,000.00 | 3,600.00 | 62,879 | M | | 3,391 | 6.70% | $(9,000.00) | 0% |
| | Ancane, Ivan | 3/19/1996 | 9 | Construction Laborer | 30,284 | 31,495 | 2,100 | 200.00 | 181.50 | | | 1,211 | | 4.00% | 1/1/2005 | 200.00 | | 2,100.00 | 33,571 | G | | 2,075 | 6.59% | | 0% |
| | Avila, Carlos Andres | 3/31/2003 | 2 | Asst. Project Manager | 48,672 | 51,500 | 3,600 | 3,000.00 | | | 7,500 | 2,829 | | 5.81% | 1/1/2005 | | 5,000.00 | 3,600.00 | 59,000 | M/G | | 7,500 | 14.55% | $2,000.00 | 57% |

Westbrooke 2005salaryWorksheet (2)3/13/2007 3:22 PM