```
                                                          100
 1
 2  RE     : Chernys vs Standard Pacific
    DEPO OF: Griselle Chernys
 3  TAKEN  : February 22, 2008
 4
 5                    EXCEPT FOR ANY CORRECTIONS
                      MADE ON THE ERRATA SHEET BY
 6                    ME, I CERTIFY THIS IS A TRUE
                      AND ACCURATE TRANSCRIPT.
 7                    FURTHER DEPONENT SAYETH NOT.
 8                    _____
                      GRISELLE CHERNYS
 9
10
11  STATE OF FLORIDA    )
                        ) SS:
12  COUNTY OF MIAMI-DADE)
13         Sworn and subscribed to before me this
14  _____ day of _____, 2008.
15  PERSONALLY KNOWN _____ OR I.D._____
16
17                    _____
                      Notary Public in and for
18                    the State of Florida at
                      Large.
19
    My Commission Expires:
20
21
22
23
24
25
```

```
                                                              101
 1                        ERRATA SHEET
 2   RE      : Chernys vs Standard Pacific
     DEPO OF: GRISELLE CHERNYS
 3   TAKEN   : February 22, 2008
 4   DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE
 5   Page #| Line #|  Change                        |  Reason
 6   _____|_____|_____|_____
 7   _____|_____|_____|_____
 8   _____|_____|_____|_____
 9   _____|_____|_____|_____
10   _____|_____|_____|_____
11   _____|_____|_____|_____
12   _____|_____|_____|_____
13   _____|_____|_____|_____
14   _____|_____|_____|_____
15   _____|_____|_____|_____
16   _____|_____|_____|_____
17   _____|_____|_____|_____
18   _____|_____|_____|_____
19   _____|_____|_____|_____
20   State of Florida)
     County of       )
21
     Under penalties of perjury, I declare that I have
22   read by deposition transcript, and it is true and
     correct subject to any changes in form or
23   substance entered here.

24   Date                      GRISELLE CHERNYS
25
```

```
                                                         102
 1            CERTIFICATE OF OATH OF WITNESS
 2
 3   STATE OF FLORIDA    )
                         ) SS:
 4   COUNTY OF MIAMI-DADE)
 5
 6        I, JEANNE L. VOLK, Notary Public in and for
 7   the State of Florida at Large, certify that the
 8   witness, GRISELLE CHERNYS, personally appeared
 9   before me on February 22, 2008, and was duly
10   sworn by me.
11        WITNESS my hand and official seal this
12   6th day of March, 2008.
13
14                    _____
15                    JEANNE L. VOLK
                      Notary Public, State of Florida
16                    at Large
17
18   Notary #DD665928
     My Commission Expires:  5-1-11
```

103

1     REPORTER'S DEPOSITION CERTIFICATE

2

3         I, JEANNE L. VOLK, Court Reporter, certify

4    that I was authorized to and did stenographically

5    report the deposition of GRISELLE CHERNYS,

6    the witness herein on February 22, 2008; that a

7    review of the transcript was requested; that the

8    foregoing pages numbered from 1 to 102 inclusive

9    is a true and complete record of my stenographic

10   notes of the deposition by said witness; and that

11   this computer-assisted transcript was prepared

12   under my supervision.

13        I further certify that I am not a relative,

14   employee, attorney or counsel of any of the

15   parties, nor am I a relative or employee of any

16   of the parties' attorney or counsel connected

17   with the action.

18        DATED this 6th day of March, 2008.

19

20   _____

     JEANNE L. VOLK

21   Court Reporter

22

23

24

25

```
                                                              104

 1              VERITEXT FLORIDA, LLC
        BENOWITZ - BERMAN - COOK - MATZ TRAKTMAN
 2           19 West Flagler Street, #1020
                 Miami, Florida  33130
 3                  (305) 371-1884
 4  March 6, 2008
 5  Griselle Chernys
    c/o Gary M. Carman, Esq.
 6  1111 Brickell Avenue, #2050
    Miami, Florida 33131
 7
 8  RE      : Chernys vs Standard Pacific
    DEPO OF: GRISELLE CHERNYS
 9  TAKEN   : February 22, 2008
    READ & SIGN BY:  April 5, 2008
10
    Dear Ms. Chernys:
11
    This letter is to advise you that the transcript
12  of the deposition listed above is completed and
    is awaiting reading and signing.
13
    Please arrange to stop by our office in Suite
14  1020, 19 West Flagler Street, Miami, Florida to
    read and sign the transcript.  Our office hours
15  are from 8:00 a.m. to 4:00 p.m. Monday through
    Friday.  Depending on the length of the
16  transcript, you should allow yourself sufficient
    time.
17
    If the reading and signing has not been completed
18  prior to the referenced date, we shall conclude
    that you have waived the reading and signing of
19  the deposition transcript.
20  Your prompt attention to this matter is
    appreciated.
21
    Sincerely,
22
    JEANNE L. VOLK, Court Reporter
23
    cc:  Ms. Schwartz
24
25
```

```
                                                              105
 1              VERITEXT FLORIDA, LLC
        BENOWITZ - BERMAN - COOK - MATZ TRAKTMAN
 2           19 West Flagler Street, #1020
                 Miami, Florida  33130
 3                  (305) 371-1884
 4
    March 6, 2008
 5
    Jennifer A. Schwartz, Esq.
 6  Jackson Lewis, LLP
    Two South Biscayne Boulevard, #3500
 7  Miami, Florida 33131
 8  RE     : Chernys vs Standard Pacific
    DEPO OF: GRISELLE CHERNYS
 9  TAKEN  : February 22, 2008
    READ & SIGN BY:  April 5, 2008
10
11  Dear Ms. Schwartz:
12  The original transcript of the deposition listed
    above was previously provided to your office. The
13  witness did not waive reading and signing and was
    duly notified to come in and read the transcript.
14
         Attached to this letter you will find a copy
15  ____ of the corrections made by the witness.
         PLEASE ATTACH THEM TO YOUR COPY OF THE
16       DEPOSITION SO IT WILL BE COMPLETE.
17  ____ The witness made no corrections to
    transcript.
18
         As of the above date, the witness has not
19  ____ come in to read and sign the transcript.  Please
    attach this letter to the original transcript
20  so it will be complete.
21
22  Sincerely,
23
    JEANNE L. VOLK, Court Reporter
24
    cc:  Mr. Carman
25
```