UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21605-CIV-LENARD/GARBER

LEONARD CHERNYS,

    Plaintiff,

vs.

STANDARD PACIFIC OF SOUTH FLORIDA,
G.P., INC., et al.,

    Defendants.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Rule 16.1.B.2 of the Local Rules of the United States District Court for the Southern District of Florida, and this Court's Order entered February 27, 2009, the parties, by and through their undersigned counsel, file this Joint Scheduling Report and Form. The parties conferred on March 12, 2009. Based on the information exchanged during the Rule 26(f) conference and pursuant to the Order Directing Parties to File a Joint Scheduling Report and Form, the parties agreed to this Joint Scheduling Report and Form.

    **A.    A discussion of the likelihood of settlement:**

The parties have mediated this case twice and have not reached a settlement. Plaintiff believes that another mediation would only be successful if both Defendants' representatives and the insurance carrier appear in person at the mediation. Defendants do not believe settlement is likely.

    **B.    A discussion of the likelihood of appearance in the action of additional parties:**

The parties do not anticipate the appearance in this action of any additional parties.

CASE NO. 07-21605-CIV-LENARD/GARBER

**C.     The necessity or desirability of amendments to the pleadings:**

No further amendments to the pleadings are required or expected.

**D.     A proposal for the formulation and simplification of issue, including the elimination of frivolous claims or defenses:**

The parties do not have proposals for the formulation and simplification of issues. Counsel for the parties shall meet before the pretrial conference to discuss any proposals for the formulation and simplification of issues and will endeavor to streamline the case to the fullest extent possible. The parties will submit joint stipulations as required by the Court.

**E.     Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The parties have already submitted witness lists and have no further suggestions at this time. The parties shall meet to discuss this issue thirty (30) days prior to the pretrial conference.

**F.     A discussion of possible admissions of fact; of possible stipulations regarding the authenticity of documents; and of the need for the advance rulings from the Court on the admissibility of evidence:**

Should it become necessary, counsel will meet before the pretrial conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence. The parties will submit joint stipulations as required by the Court.

**G.     A preliminary estimate of the time required for trial:**

The parties estimate that this trial will require 5 days.

**H.     Any other information that might be helpful to the Court:**

At this time, the parties are unaware of any other information that might be helpful to the Court.

CASE NO. 07-21605-CIV-LENARD/GARBER

Respectfully submitted,
s/Gary M. Carman
Gary M. Carman, Esq.
Florida Bar No.  17940
E-mail: *gary.carman@gray-robinson.com*
GRAY ROBINSON P.A.
1221 Brickell Avenue, Suite 1650
Miami, Florida  33131
Telephone:  305.416.6880
Facsimile:   305.416.6887
*Co-Counsel for Plaintiff*

and

s/Melanie E. Damian
Melanie E. Damian, P.A.
Florida Bar No. 0099392
E-mail:  *mdamian@dvllp.com*
Kenneth Dante Murena, P.A.
Florida Bar No. 0147486
E-mail:  kmurena@dvllp.com
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
Telephone:  305.371.3960
Facsimile:   305.371.3965
*Co-Counsel for Plaintiff*

s/Christine L. Wilson
Christine L. Wilson, Esq.
Florida Bar No. 143588
E-mail:  *wilsonc@JacksonLewis.com*
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
E-mail:  *schwartzj@JacksonLewis.com*
JACKSON LEWIS LLP
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131-2374
Telephone:  305.577.7600
Facsimile:   305.373.4466
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21605-CIV-LENARD/GARBER

LEONARD CHERNYS,

    Plaintiff,

vs.

STANDARD PACIFIC OF SOUTH FLORIDA,
G.P., INC., et al.,

    Defendants.
    _____/

## JOINT SCHEDULING FORM

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| Completed | All Motions for joinder of parties or to amend pleadings shall be filed. |
| Completed | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| Completed* (except the deposition of Michael Cortney which shall be re-scheduled when trial scheduled).[1] | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| No experts | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the summaries and reports required by Local Rule 16.1(K). Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert |

---

[1] Pursuant to the Court's March 7, 2008 Order, Plaintiff is required to pay for Mr. Cortney's reasonable airfare and hotel expenses in connection with his travel to Florida. The deposition is limited to three hours.

| | |
|---|---|
| | witnesses available for deposition by Defendant(s). |
| No experts | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the summaries and reports required by Local Rule 16.1(K).  Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial.  Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| No experts | All **expert** discovery must be completed. |
| (Defendants' Motion for summary judgment is pending) | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| Completed | Mediation shall be completed. |
| Pursuant to Southern District of Florida Local Rule 16.1.J, motions in limine will be filed no later than 5 days prior to the Calendar Call. | Proposed date before which all motions in limine must be filed. |
| July 1, 2009 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(K). |
| June 15, 2009 | Proposed date for pre-trial conference. |
| July 13, 2009 | Proposed date for trial. |