UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21605-CIV-GONZALEZ/LENARD

LEONARD CHERNYS, an individual,

    Plaintiff,

v.

STANDARD PACIFIC OF SOUTH FLORIDA, G.P. INC., a foreign profit corporation, and STANDARD PACIFIC CORP., an unregistered corporation,

Defendants.

## JOINT NOTICE OF SETTLEMENT

PLAINTIFF, LEONARD CHERNYS, and DEFENDANTS, STANDARD PACIFIC OF SOUTH FLORIDA, G.P. INC., and STANDARD PACIFIC CORP., notify this Court that the parties have reached a resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the terms of their resolution and will file the appropriate Joint Motion for Dismissal with Prejudice with this Court in accordance with D.E. 260.

Dated:  April 12, 2010
       Miami, Florida

[PAGE INTENTIONALLY LEFT BLANK]

CASE NO. 07-21605-CIV-GONZALEZ/LENARD

| | |
|---|---|
| Melanie E. Damian, Esq. | Christine L. Wilson, Esq. |
| Florida Bar No. 0099392 | Florida Bar No. 143588 |
| E-mail: *mdamian@dvllp.com* | E-mail: *WilsonC@JacksonLewis.com* |
| DAMIAN & VALORI, LLP | Thomas Mead Santoro, Esq. |
| 1000 Brickell Avenue, Suite 1020 | Florida Bar No. 829722 |
| Miami, Florida 33131 | E-mail: *SantoroT@jacksonlewis.com* |
| Telephone: 305.371.3960 | Jennifer A. Schwartz, Esq. |
| Facsimile: 305.371.3965 | Florida Bar No. 502431 |
| | E-mail: *SchwartJ@JacksonLewis.com* |
| | JACKSON LEWIS LLP |
| | 2 South Biscayne Boulevard |
| By:   /s/ Melanie E. Damian, Esq. | Suite 3500 |
|       Melanie E. Damian, Esq. | Miami, Florida 33131-2374 |
| Date:   April 12, 2010 | Telephone: 305.577.7600 |
| | Facsimile: 305.373.4466 |
| Gary Carman, Esq. | |
| Florida Bar No. 17940 | |
| E-mail: *gary.carman@gray-robinson.com* | By:   /s/ Christine L. Wilson, Esq. |
| GRAY ROBINSON, P.A. |       Christine L. Wilson, Esq. |
| 1221 Brickell Avenue, Suite 1650 | Date:   April 12, 2010 |
| Miami, Florida 33131 |       ATTORNEYS FOR DEFENDANTS |
| Telephone: 305.379.8300 | |
| Facsimile: 305.379.4404 | |

By:   /s/ Gary Carman, Esq.
      Gary Carman, Esq.
Date:   April 12, 2010
      ATTORNEYS FOR PLAINTIFF