UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21605-LENARD/GARBER

LEONARD CHERNYS, an individual, )
)
        Plaintiff, )
)
v. )
)
STANDARD PACIFIC OF SOUTH )
FLORIDA, G.P. INC., a foreign profit )
corporation, and STANDARD PACIFIC )
CORP., an unregistered corporation, )
)
        Defendants. )

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendants in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorney's fees and costs. The parties request this Court to retain jurisdiction to enforce the terms of the agreement.

[THIS PAGE INTENTIONALLY LEFT BLANK]

CASE NO. 07-21605-LENARD/GARBER

May 12, 2010
Miami, Florida

Respectfully submitted,

| | |
|---|---|
| Melanie E. Damian, Esq.<br>Florida Bar No. 0099392<br>E-mail: *mdamian@dvllp.com*<br>DAMIAN & VALORI, LLP<br>1000 Brickell Avenue, Suite 1020<br>Miami, FL 33131<br>Telephone: 305-371-3960<br>Facsimile:   305-371-3965 | Christine L. Wilson, Esq.<br>Florida Bar No. 143588<br>E-mail: *WilsonC@JacksonLewis.com*<br>Jennifer A. Schwartz, Esq.<br>Florida Bar No. 502431<br>E-mail: *SchwartJ@JacksonLewis.com*<br>JACKSON LEWIS LLP<br>2 South Biscayne Boulevard<br>Suite 3500<br>Miami, Florida 33131-2374<br>Telephone: 305-577-7600<br>Facsimile:   305-373-4466 |
| By: s/Melanie E. Damien<br>    Melanie E. Damian, Esq.<br>Date: May 12, 2010<br>    ATTORNEYS FOR PLAINTIFF | By: s/Jennifer A. Schwartz<br>    Jennifer A. Schwartz, Esq.<br>Date: May 12, 2010<br>    ATTORNEYS FOR DEFENDANTS |